## AFFIDAVIT OF MEDICAL RECORDS CUSTODIAN

STATE OF __Mississippi__

COUNTY OF __Clarke__

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named __Sonya Spelich__ who, having been first duly sworn by me, stated that he/she is the Medical Records Custodian for __H.C Watkins Memorial Hospital__, and in such capacity stated on his/her oath that the attached records are true and correct copies of the medical records authorized for release, relating to the examination, evaluation, and/or treatment of __Toni Cotten DOB 12-27-1994__, as generated in the regular course of the medical treatment.

__Sonya Spelich__
MEDICAL RECORDS CUSTODIAN

__Sonya Spelich__
PRINT NAME

SWORN TO AND SUBSCRIBED before me, this the __17th__ day of __June__, 20 __15__.

__Marylou Redd__
NOTARY PUBLIC

My Commission Expires:

__3-9-2018__

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 80464, MARYLOU REDD, Commission Expires March 9, 2018, JASPER COUNTY]

H.C. Watkins Memorial Hospital                                                                           Final - RN Addendum
605 South Archusa Avenue
Quitman, MS  39355
601-776-6925

## Emergency Department Chart

| Patient Name:  COTTEN, TONI | Account Number:  1323100357 |
| --- | --- |
| Medical Rec. Number:  001270857 | Birthdate:  12/27/1994     Gender:  F |
| Arrival Date:  08/19/2013 10:19 | Primary MD:  Andrew Medical Group of Quitman |
| Visit Date:     08/19/2013 10:24 | Watson MD |
|  | Attending MD: IVAN ZAMORA MD |

### Non- Drug Orders

**HLF CBC(AUTO DIFF / PLT)  STAT**
    Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22)  Results Back (14:23)  MD Sign (IVZ MD 11:22)
Comments: [OS: D] Notes: Blood drawn by Lab. Blood obtained from the right hand. Complication of blood draw included
MULTIPLY ATTEMPTS TO GET AN INT LINE. (SAB 11:33)
**HLF COMPREHENSIVE METABOLIC PANEL  STAT**
    Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22)  Results Back (11:59)  MD Sign (IVZ MD 11:22)
Comments: [OS: D] Notes: Blood drawn by Lab. Blood obtained from the right hand. Complication of blood draw included
MULTIPLY ATTEMPTS TO GET AN INT LINE. (SAB 11:33)
**HLF URINALYSIS WITH MICROSCOPIC  STAT**
    Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22)  Results Back (12:54)  MD Sign (IVZ MD 11:22)
Comments: [OS: D] Notes: U/A obtained - Catheterization Catheterized for urine culture. In and out urinary catheterization done.
Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)
**HLF HCG,QUALITATIVE URINE  STAT**
    Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22)  Results Back (12:54)  MD Sign (IVZ MD 11:22)
Comments: [OS: D] Notes: U/A obtained - Catheterization Catheterized for urine culture. In and out urinary catheterization done.
Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)
**HLF CULTURE, URINE  ROUTINE**
    Entered By (08/19/2013 12:20)  Ordered By (IVZ MD 12:20)  Results Back (08/21/2013 07:59)  MD Sign (IVZ MD 08/19/2013
12:20)  Comments: [OS: W] Notes: U/A obtained - Catheterization Catheterized for urine culture. In and out urinary
catheterization done. Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)
**HLF TYPE AND SCREEN  STAT**
    Entered By (IVZ MD 08/19/2013 12:30)  Ordered By (IVZ MD 12:30)  Results Back (15:42)  MD Sign (IVZ MD 12:30)
Comments: [OS: D] Notes: Blood drawn by Lab. (SAB 12:30)
**HLF CROSS MATCH 3 UNITS PRBCS  STAT**
    Entered By (IVZ MD 08/19/2013 12:30)  Ordered By (IVZ MD 12:30)  MD Sign (IVZ MD 12:30)  Comments: [OS: D] Notes:
Blood drawn by Lab. (SAB 12:30)
**O2 PER NASAL CANNULA  STAT**
    Entered By (IVZ MD 08/19/2013 12:43)  Ordered By (IVZ MD 12:43)  Completed By (SAB RN 13:04)  MD Sign (IVZ MD
12:43)  Comments: [OS: D] Notes: 2 liters/min O2 via nasal prongs. (SAB 13:04)
**SALINE LOCK  STAT**
    Entered By (IVZ MD 08/19/2013 12:43)  Ordered By (IVZ MD 12:43)  Completed By (SAB RN 13:04)  MD Sign (IVZ MD
12:43)  Comments: [OS: D]
**HLF CROSS MATCH 1 UNIT OF RBCs  STAT**
    Entered By (08/19/2013 13:23)  Ordered By (IVZ MD 13:23)  Results Back (15:46)  MD Sign (IVZ MD 13:23)  Comments:
[OS: W]
**ZZ HLF CROSS MATCH 2ND UNIT PRBC  STAT**
    Entered By (08/19/2013 13:23)  Ordered By (IVZ MD 13:23)  Completed By (SAB RN 13:36)  MD Sign (IVZ MD 13:23)
Comments: [OS: W]
**ZZ HLF CROSS MATCH 3RD UNIT PRBC  STAT**
    Entered By (08/19/2013 13:23)  Ordered By (IVZ MD 13:23)  Completed By (SAB RN 13:32)  MD Sign (IVZ MD 13:23)
Comments: [OS: W]
**HLF CULTURE, BLOOD  STAT**
    Entered By (IVZ MD 08/19/2013 14:13)  Ordered By (IVZ MD 14:13)  Results Back (08/24/2013 06:32)  MD Sign (IVZ MD
08/19/2013 14:13)  Comments: [OS: D] Notes: Blood cultures obtained. (SAB 14:13)
**ZZZ Refer to Observation Services**
    Entered By (IVZ MD 08/19/2013 14:20)  Ordered By (IVZ MD 14:20)  Completed By (JH RN 14:23)  MD Sign (IVZ MD 14:20)
 Comments: [OS: D]
**HLF TRANSFUSE RBC  ROUTINE**
    Entered By (08/19/2013 16:04)  Ordered By (IVZ MD 16:04)  Completed By (JH RN 16:00)  MD Sign (IVZ MD 17:58)
Comments: [OS: VORB]

| COTTEN, TONI | | Opt Out: No |
|---|---|---|
| Watkins | | |
| CompOrd | | |
| From: 08/19/2013 09:22 | To: 08/20/2013 21:10 | |
| Rm-Bed: 1102 - 01 | Admit Dt: 08/19/2013 14:15 | |
| Age: 18 yr | Gender: F   MD: Zamora, Ivan V., MD | |
| DOB: 12/27/1994   Acct: 1323100357 | | |
| MRN: 001270857 | | |
| Requested: 08/21/2013 07:57 | | Page 22 of 29 |

**WATKINS HLAB (Continued)**

**Order 19 - Version 2 (Continued)**

| ZZ HLF CROSS MATCH 3RD UNIT PRBC   ONCE STAT 1Occurrences | | |
|---|---|---|
| Start: 08/19/2013 13:00 | Ordered By: ZAMORA, IVAN V MD | Action: Ordered |
| End: 08/19/2013 13:00 | Entered By: STAFFID, DV6221 | |
| Originally Entered: 08/19/2013 13:23 | Modified By: STAFFID, DV6221 | |
| Last Modified: 08/19/2013 13:23 | Source: Written | |
| HLFSpecimen Source: Blood | | |
| | Application Source: LA01 | |
| | Performing Dept: WATKINS HLAB | |
| | Order Group: HLABF | |
| | Placer Number: 13231026121 | |

**Order 19 - Version 3**

| ZZ HLF CROSS MATCH 3RD UNIT PRBC   ONCE STAT 1 Occurrences | | |
|---|---|---|
| Start: 08/19/2013 13:00 | Ordered By: ZAMORA, IVAN V MD | Action: Completed |
| End: 08/19/2013 13:00 | Entered By: STAFFID, DV6221 | |
| Originally Entered: 08/19/2013 13:23 | Modified By: BECKMAN, SARA A RN | |
| Last Modified: 08/19/2013 13:37 | Source: Written | |
| HLFSpecimen Source: Blood | | |
| | Application Source: LA01 | |
| | Performing Dept: WATKINS HLAB | |
| | Order Group: HLABF | |
| | Placer Number: 13231026121 | |

**Order 21 - Version 1**

| ED HLF CULTURE, BLOOD   ONCE STAT 1Times | | |
|---|---|---|
| Start: 08/19/2013 14:07 | Ordered By: ZAMORA, IVAN V MD | Action: Ordered |
| End: 08/19/2013 14:07 | Entered By: ZAMORA, IVAN V MD | |
| Originally Entered: 08/19/2013 14:13 | Modified By: ZAMORA, IVAN V MD | |
| Last Modified: 08/19/2013 14:13 | Source: Direct | |
| HLFSpecimen Source: Blood | | |
| Signed Action: Sign New | By: ZAMORA, IVAN V MD | Date: 08/19/2013 14:13 |
| Signed Action: Acknowledge New | By: BECKMAN, SARA A RN | Date: 08/19/2013 14:13 |
| | Application Source: HEO-MD | |
| | Performing Dept: WATKINS HLAB | |
| | Order Group: HLABF | |
| | Placer Number: 12076085 | |

**Order 21 - Version 2**

| ED HLF CULTURE, BLOOD   ONCE STAT 1 Times | | |
|---|---|---|
| Start: 08/19/2013 14:07 | Ordered By: ZAMORA, IVAN V MD | Action: Ordered |
| End: 08/19/2013 14:07 | Entered By: ZAMORA, IVAN V MD | |
| Originally Entered: 08/19/2013 14:13 | Modified By: STAFFID, IF | |
| Last Modified: 08/20/2013 02:00 | Source: Direct | |
| HLFSpecimen Source: Blood | | |

| COTTEN, TONI | Acct: 1323100357 | DOB: 12/27/1994 | Page 22 of 29 |
|---|---|---|---|
| Rm-Bed: 1102 - 01 | MRN: 001270857 | CompOrd |  |

SSS

Watkins Hospital
Cotten, T. 00110

```
COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_adminrx
FROM: 08/19/13 09:22  TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y   SEX: F   MD: ZAMORA, IVAN V
DOB: 12/27/1994  ID: 1323100357  MR: 001270857
REQUESTED: 08/21/13 07:57
OPT OUT:
                                          Page: 3
```

| FLOWSHEET | 08/19 | | | | |
|---|---|---|---|---|---|
| ALL MEDS | 17:15 | 17:45 | 18:58 | 20:00 | 21:00 |
| CIPROFLOXACIN IN | | | | | Not Given-See Notes (modified) |
| ONDANSETRON | | | | | |
| Vital Signs | 17:15 | 17:45 | 18:58 | 20:00 | 21:00 |
| TEMP #1 in F | 98.4F | 98.3F | | 98.4F | |
| PULSE #1 | 140 | 141 | 140 | 146 & | |
| RESPIRATIONS | 20 | 20 | 24 | 20 | |
| BP (NIBP) | 72/32 | 70/33 | 81/43 left arm | 81/62 & | |

08/19/13 20:00 PULSE #1 (VC): REPORTED TO RN
08/19/13 20:00 BP (NIBP) (VC): REPORTED TO RN

| CARE PROVIDERS | RJ | RJ | KM5 | VC | MW6 |
|---|---|---|---|---|---|

COLEMAN, VICTORIA(VC)CNA           JENKINS, RITA(RJ)RN           MAY, KATHY(KM5)RN
WILLIAMS, MONICA(MW6)RN

CONTINUED

COTTEN, TONI  MR: 001270857  ID: 1323100357  DOB: 12/27/1994 - hpf_adminrx
ROOM: *1102-01*                                                    Page: 3
$$$

Watkins Hospital
Cotten, T. 00136

```
COTTEN, TONI
H. C. Watkins Memorial Hospital
IV Administration Report - pat_ivadmin
FROM: 08/19/13 09:22 TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y  SEX: F   MD: ZAMORA, IVAN V
DOB: 12/27/1994 ID: 1323100357  MR 001270857
REQUESTED:08/21/13 07:58
OPT OUT:
                                    Page: 1
```

**Stock Solutions:**

Detail - Bottle #: 1     Begin Vol: 1000 ML     I/O Label: NS
   SODIUM CHLORIDE 0.9 % 1,000 ML SOLP

| Admin Dt/Tm | Bot# | Act | Amt Inf | Site | Rate/Units | Dose/Units | Charted By/At |
|---|---|---|---|---|---|---|---|
| 08/20 02:32 | 1 | Start | | RH | 125 ml/hr | | MW6  08/20 02:33 |

Care Providers:
MW6   WILLIAMS, MONICA, RN

Watkins Hospital
Cotten, T. 00162

MW6  WILLIAMS, MONICA, RN
BI2   IVY, BROOKE, RN

```
COTTEN, TONI
H. C. Watkins Memorial Hospital
Medication Administration Report - ps_ma
FROM 08/19/13 14:15 TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y   SEX: F   MD: ZAMORA, IVAN V
DOB: 12/27/1994   ID: 1323100357   MR: 001270857
REQUESTED:08/21/13 07:58
OPT OUT
                                              Page: 1
```

\* see end of page for Administration Note
■ see end of page for Not-Given reason
HOLD:  DISCONTINUED:

| | start/stop | ord | 08/19/13 Day:1 |||||  08/20/13 Day:2 |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11 | 15 | 19 | 23 | 03 | 11 | 15 | 19 | 23 | 03 |
| **Ciprofloxacin IN D5W** ||||||||||||||
| 400 MG=200 IVPB EVERY TWELVE (12) HOURS | 08/19 21:00 08/20 06:57 | 5 | | | | *■ | | | | | | |
| **FUROSEMIDE** ||||||||||||||
| 40 MG IV | | | | | | 02:54 BI2 * | | | | | | |
| **KETOROLAC Tromethamine (KETOROLAC)** ||||||||||||||
| 30 MG IV | | | | | | 00:54 MW6 * | | | | | | |
| **Meperidine(Pf)** ||||||||||||||
| 25 MG=1 IV EVERY FOUR (4) HOURS AS NEEDED | 08/19 18:03 08/20 06:57 M:For pain | 3 | | | | 02:27 MW6 * | | | | | | |
| **Ondansetron HCL(PF)** ||||||||||||||
| 4 MG INVT | | | | | | 22:02 MW6 | | | | | | |
| **Promethazine** ||||||||||||||
| 12.5 MG=0.5 IVPB EVERY FOUR (4) HOURS AS NEEDED | 08/19 18:04 08/20 06:57 I:SODIUM CHLORIDE 0.9 % 1 EA | 4 | | | | 02:27 MW6 * | | | | | | |

Ciprofloxacin IN D5W
  08/19 21:00  MW6 ■ See Notes * medication held, pt receiving blood at this time
FUROSEMIDE
  08/20 02:54  BI2 *  S:Lt Hand
KETOROLAC Tromethamine (KETOROLAC)
  08/20 00:54  MW6 *  S:Lt Hand
Meperidine(Pf)
  08/20 02:27  MW6 *  S:Rt Hand
Promethazine
  08/20 02:27  MW6 *  S:Rt Hand

ACTIVE ALLERGIES: No Known Allergies

LAST PAGE
COTTEN, TONI  MR: 001270857  ID: 1323100357  DOB: 12/27/1994 - Medication Administration Report - ps_ma
ROOM: *1102-01*                                                                 Page: 1

SSS

Watkins Hospital
Cotten, T. 00163

```
COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_sbar_com
FROM: 08/19/13 09:22 TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y   SEX: F   MD: ZAMORA, IVAN V
DOB: 12/27/1994 ID: 1323100357 MR: 001270857
REQUESTED: 08/21/13 07:58
OPT OUT:
                                      Page: 3
```

| FLOWSHEET | 08/19 | | | | |
|---|---|---|---|---|---|
| Background | 17:15 | 17:45 | 19:15 | 20:00 | 21:00 |
| TEMP #1 in F | 98.4F | 98.3F | | 98.4F | |
| CARE PROVIDERS | RJ | RJ | | VC | |
| Assessment | 17:15 | 17:45 | 19:15 | 20:00 | 21:00 |
| Lvl of conscious | | | drowsy | | |
| Eyes open<br>Best verbal<br>Best motor<br>GCS score: | | | 3=to verbal<br>5=orient/verbalz<br>6=obeysVbCommand<br>14 | | |
| Moisture<br>Sensory perceptn<br>Activity<br>Mobility<br>Nutrition<br>Friction shear<br>Braden Score<br>Risk level | | | 4=rarely moist<br>4=no impairmnt<br>3=walks occasnly<br>4=no limitation<br>2=prob inadequ<br>3=no app probl<br>20<br>no<br>Risk | | |
| Orientation | | | oriented x 4 | | |
| Neuro Policy | | | Wdlx | | |
| CARE PROVIDERS | | | MW6 | | |
| ALL MEDS | 17:15 | 17:45 | 19:15 | 20:00 | 21:00 |
| CIPROFLOXACIN IN | | | | | Not Given-See Notes (modified) |
| ONDANSETRON | | | | | |
| CARE PROVIDERS | | | | | MW6 |

COLEMAN, VICTORIA(VC)CNA       JENKINS, RITA(RJ)RN       WILLIAMS, MONICA(MW6)RN

CONTINUED
COTTEN, TONI   MR: 001270857   ID: 1323100357   DOB: 12/27/1994 - hpf_sbar_com
ROOM: *1102-01*
SSS
Page: 3

Watkins Hospital
Cotten, T. 00191