**REGISTRATION RECORD** 

| | ACCOUNT NO. | ADMISSION DATE/TIME | F.C. | DATE OF BIRTH | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC | PT.TYPE | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PATIENT** | F1323100357 | 08/19/2013 10:20 | C | ▆▆1994 | 18Y | F | B | S | ERS | FED | ED 04 | G | ER | SAB | 001270857 |

**PATIENT**

| PATIENT NAME AND ADDRESS | SOCIAL SEC. NO. | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| COTTEN, TONI ▆▆ | XXX-XX▆ | | |
| | TELEPHONE NO. ▆▆ | | EMPL DATE |
| QUITMAN MS 39355 | | | |

**GUARANTOR**

| GUARANTOR NAME AND ADDRESS | SOCIAL SEC. NO. | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| COTTEN, TONI ▆▆ | XXX-XX-▆ | | OCCUPATION |
| | TELEPHONE NO. ▆▆ | | |
| QUITMAN MS 39355 | RELATION | | EMPL DATE |

**EMPLOYERS**

| RELATIVE | RELATIVE 1 EMPLOYER |
|---|---|
| COTTEN, ANTHONY | |

**INSURANCE**

| INSURANCE 1 | INSURANCE 2 |
|---|---|
| TRICARE-HUMANA MILITARY HEALTHCAR PO BOX 7032 | |
| CAMDEN SC 290207032 00417762200 LYNNITA BARTEE | |
| INSURANCE 3 | INSURANCE 4 |

**MISC**

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL. | DATE/TIME | ADM TYPE/SOURCE | ARRIVAL MODE | DENOM |
|---|---|---|---|---|---|
| SICKLE CELL CRISIS | | | EME/NONHEALTH FAC | PERSONAL VEH | UND |
| ADMITTING PHYSICIAN | | | PREVIOUS ADMIT NAME | | DATE |
| ATTENDING PHYSICIAN IVAN ZAMORA | | | PCP | | |
| DISCHARGE DATE | TIME | | DAY STAY | | |

**FINAL DIAGNOSIS:**

**SECONDARY DIAGNOSIS:**

**OPERATIONS:**



ADM1000

$$$



EXHIBIT
1

Printed on 08/19/2013

Watkins Hospital
Cotten, T. 00005



# REGISTRATION RECORD



**PATIENT**

| ACCOUNT NO. | ADMISSION DATE/TIME | F.C. | DATE OF BIRTH | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC | PT.TYPE | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1323100357 | 08/19/2013 14:15 | C | ▮994 | 18Y | F | B | S | MED | | | O | I/P | LS | 001270857 |

| PATIENT NAME AND ADDRESS | SOCIAL SEC. NO. | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| COTTEN, TONI<br><br>QUITMAN  MS  39355 | XXX-XX-▮<br>TELEPHONE NO. | | EMPL DATE |

**GUARANTOR**

| GUARANTOR NAME AND ADDRESS | SOCIAL SEC. NO. | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| COTTEN, TONI<br><br>QUITMAN  MS  39355 | XXX-XX-▮<br>TELEPHONE NO.<br><br>RELATION | | OCCUPATION<br><br>EMPL DATE |

| RELATIVE | RELATIVE 1 EMPLOYER |
|---|---|
| COTTEN, ANTHONY | |

**INSURANCE**

| INSURANCE 1 | INSURANCE 2 |
|---|---|
| TRICARE-HUMANA MILITARY HEALTHCAR<br>PO BOX 7032<br><br>CAMDEN  SC  290207032<br>417173405<br>LYNNITA BARTEE | |

| INSURANCE 3 | INSURANCE 4 |
|---|---|
| | |

**MISC**

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL. | DATE/TIME | ADM TYPE/SOURCE | ARRIVAL MODE | DENOM |
|---|---|---|---|---|---|
| SICKLE CELL ANEMIA | | | EME/NONHEALTH FAC | PERSONAL VEH | UND |

| ADMITTING PHYSICIAN | PREVIOUS ADMIT NAME | DATE |
|---|---|---|
| IVAN ZAMORA | | |

| ATTENDING PHYSICIAN | PCP |
|---|---|
| IVAN ZAMORA | |

| DISCHARGE DATE | TIME | DAY STAY |
|---|---|---|
| 08/20/2013 | 05:03 | |

**FINAL DIAGNOSIS:**

**SECONDARY DIAGNOSIS:**

**OPERATIONS:**



ADM1000

$$$

H.C. Watkins Memorial Hospital
605 South Archusa Avenue
Quitman, MS 39355
601-776-6925

Final - RN Addendum

## Emergency Department Chart

| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
|---|---|
| Medical Rec. Number: 001270857 | Birthdate: ▮▮▮▮1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD:  Andrew  Medical Group of Quitman |
| Visit Date:   08/19/2013 10:24 | Watson MD |
| | Attending MD:IVAN ZAMORA MD |

## Vital Signs/Data

| Time | Staff | Temperature | Pulse | Respiration | Blood Pressure | Pulse Oximetry | Pain |
|---|---|---|---|---|---|---|---|
| 08/19/2013 14:35 | SAB | | 145 /min | | | | |
| 08/19/2013 13:47 | SAB | 102 F Axillary | 152 /min | 38 /min | 76/42 mm Hg. | 98% on 2 L./min | |
| 08/19/2013 13:30 | SAB | 102 F Axillary | 150 /min | 30 /min | | 99% | |
| 08/19/2013 12:52 | SAB | | 162 /min | | | | |
| 08/19/2013 11:44 | SAB | 102 F Axillary | | | 77/48 mm Hg. | 86% on 2 L./min | |
| 08/19/2013 10:21 | SAB | 100.1 F Axillary | 150 /min | 23 /min | 143/97 mm Hg. | 99% on Room air | 10/10 |

## Allergies

**No Known Allergies [Confirmed by SARA A BECKMAN RN on 08/19/2013 11:29:02.] (SAB  08/19/2013 11:29)**

## Chief Complaint

Sickle Cell Disease (SAB  08/19/2013 11:21)

## Pre- Hospital Treatment

Mode of arrival: Wheelchair.   (SAB) 08/19/2013 10:15

## Triage

ESI 2 (SAB  08/19/2013 10:15)
Patient/Family state immunizations are up to date.  (SAB  10:15)
No language or communication barrier.  (SAB  10:15)
Patient has no mental status changes. (SAB  10:15)
Onset of symptoms was about 2 days ago. (SAB  10:15)
History comes from patient. (SAB 10:15)
sickle cell crisis started sunday am (SAB  10:15)
Patient denies use of alcohol. (SAB  10:15)
Patient denies illicit drug use. (SAB  10:15)
Patient is single. (SAB  10:15)
Patient's support mechanism includes family. (SAB  10:15)
Patient lives with family. (SAB  10:15)
Patient has no advance directives. (SAB  10:15)
Patient indicates no infectious disease risk factors. (SAB  10:15)
Patient is triaged directly to Main ED. (SAB  10:15)
No nutritional concerns noted for patient. (SAB  10:15)

## Height/Weight

Hgt: 69 inch (SAB  08/19/2013 10:15)
Wgt: 56.8 kg (SAB  10:15)

## Current Medications

Topamax 50 mg tablet Oral [Confirmed by SARA A BECKMAN RN on 08/19/2013 11:29:48.] ( 08/19/2013 11:29)
Singulair 10 mg tablet Oral [Confirmed by SARA A BECKMAN RN on 08/19/2013 11:29:51.] ( 11:29)
hydroxyurea Oral [Confirmed by SARA A BECKMAN RN on 08/19/2013 11:30:57.] (SAB  11:30)

Final - RN Addendum

## Emergency Department Chart

| | |
|---|---|
| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
| Medical Rec. Number: 001270857 | Birthdate: ████1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD: Andrew Medical Group of Quitman Watson MD |
| Visit Date:   08/19/2013 10:24 | Attending MD:IVAN ZAMORA MD |

## Nursing Assessment

GENERAL
NEGLECT/ABUSE: Survey shows NEGATIVE risk for this patient. (SAB) 08/19/2013 10:15

PAIN
Unable to provide pain education. Patient is . (SAB) 08/19/2013 14:30

### Nursing Continuation Notes - Refer to Orders section for all orders

Transported via wheelchair - placed in ED bed # 1. (SAB 08/19/2013 10:15)
Update: NS FLUIDS COMPLETED INFUSING AT 1330, D5NS STARTED AT 1335 INFUSING AT PRESENT TIME.. (SAB 13:30)

### Clinician History of Present Illness

Exam started at 11:28 The onset of the presenting problem started 2 day(s) ago. History comes from patient. Have reviewed and agree with RN note. Able to get a good history. Denies abdominal pain. No chest pain. No cough or sputum production. This is a typical crisis for patient and except for severity there are no unusual symptoms. Complains of pain involving the long bones. T max 100-101. Febrile for the last several hours. No history of chills or sweats. (IVZ) 08/19/2013 11:28

### Patient Problems

FH: Sickle cell anemia [Confirmed by IVAN V ZAMORA MD on 08/19/2013 14:20:24.] (IVZ 08/19/2013 14:20)

### Past Medical and Surgical History

S/P Hip surgery 2012 Sickle Cell Anemia: Patient has no emotional, spiritual, or cognitive needs noted. (SAB) 08/19/2013 10:15 Not known to be a frequent visitor to the ED. Not currently taking folate. No history of gall stones or cholecystectomy. Remainder of ROS is negative. No history of chronic narcotic use. Hemoglobin status has not been confirmed and it is assumed that this is a SS like syndrome. Taking narcotic analgesics for this exacerbation. No prior associated complications. No known gallstones or ischemic symptoms. (IVZ) 08/19/2013 11:28

### Review of Systems

Except as noted, all other ROS negative. (IVZ) 08/19/2013 11:28

### Social History

Never a smoker. (SAB) 08/19/2013 10:15 Nonsmoker. Denies use of alcohol. Patient is not employed. Does not take any drugs. Patient is single. Patient lives with family. (IVZ) 08/19/2013 11:28

### Family History

No relevant family history related to current problem. (IVZ) 08/19/2013 11:28

### Physical Exam

GENERAL:
Uncomfortable. Vital signs reviewed. Alert. Anxious. Appears to be in moderate distress. (IVZ) 08/19/2013 11:28

ENT:
Pharynx normal. ENT inspection normal. No evidence of venous jugular distension. The neck is supple, with no evidence of meningismus. No cervical adenopathy is noted. (IVZ) 08/19/2013 11:28

EYE EXAM:
Pupils are reactive to light. (IVZ) 08/19/2013 11:28

H.C. Watkins Memorial Hospital
605 South Archusa Avenue
Quitman, MS 39355
601-776-6925

Final - RN Addendum

## Emergency Department Chart

| | |
|---|---|
| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
| Medical Rec. Number: 001270857 | Birthdate: ███████1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD:  Andrew  Medical Group of Quitman |
| Visit Date:   08/19/2013 10:24 | Watson MD |
| | Attending MD:IVAN ZAMORA MD |

## Physical Exam

PULMONARY:
Currently in no acute respiratory distress. Normal, non labored respirations. The breath sounds are normal, with good equal air movement. The chest wall is not tender to palpation. (IVZ) 08/19/2013 11:28

CIRCULATORY:
Regular rate and rhythm. No murmur. (IVZ) 08/19/2013 11:28

ABDOMEN:
The abdomen is soft and nontender to palpation. No organomegaly. (IVZ) 08/19/2013 11:28

NEUROLOGIC:
Alert, oriented to person, place, and time. Cranial nerves II through XII are intact. No motor deficit. No sensory deficit. (IVZ) 08/19/2013 11:28

MUSCULOSKELETAL:
No extremity edema. No calf tenderness. having pain on hips and lower legs. (IVZ) 08/19/2013 11:28

SKIN:
Skin color is normal. No rash. Not cyanotic. Appears pale. (IVZ) 08/19/2013 11:28

PSYCHIATRIC:
Mood and affect normal. (IVZ) 08/19/2013 11:28

## Progress Notes

coversation with Dr Roberts oncologist at Gulf Port agree with management and request an hg electrophoresis repot to be forward to himon results. (IVZ) 08/19/2013 15:23 Re-evaluation: Current vital signs are stable. Patient feels better. Re-evaluation of generalized pain complaints  - has improved a little since last recheck but the patient remains symptomatic. S/P narcotic RX for pain. (given IV) (IVZ) 08/19/2013 15:28

## Primary Diagnosis

FH: Sickle cell anemia (IVZ  08/19/2013 15:33)

§§§

Watkins Hospital
Cotten, T. 00022

H.C. Watkins Memorial Hospital
605 South Archusa Avenue
Quitman, MS 39355
601-776-6925

Final - RN Addendum

## Emergency Department Chart

| | |
|---|---|
| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
| Medical Rec. Number: 001270857 | Birthdate: ████1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD:  Andrew  Medical Group of Quitman |
| Visit Date:    08/19/2013 10:24 | Watson MD |
| | Attending MD:IVAN ZAMORA MD |

## Drug Orders

**EDA meperidine inj [DEMEROL] IVPUSH ONLY 50 MG IV_PUSH  STAT**
*Entered By (IVZ MD 08/19/2013 11:21)  Ordered By (IVZ MD 11:21)  Completed By (SAB RN 11:35)  MD Sign (IVZ MD 11:21)  Comments: [OS: D] Notes:  IV was started in department. IV SITE # 1: Using sterile technique, IV access initiated with # 22 gauge catheter  in the dorsum of left hand. EDA meperidine inj [DEMEROL] IVPUSH ONLY given IV through exisitng line at dorsum of left hand . Difficult access required 8 attempts. IV infusion of EDA meperidine inj [DEMEROL] IVPUSH ONLY started. IV intact - still receiving fluids. (SAB 11:35)*

**EDA promethazine inj [PHENERGAN] IVPB ONLY 25 MG IVPB  STAT**
*Entered By (IVZ MD 08/19/2013 11:21)  Ordered By (IVZ MD 11:21)  Completed By (SAB RN 11:20)  MD Sign (IVZ MD 11:21)  Comments: [OS: D] Notes:  IV was started in department. IV SITE # 1: Using sterile technique, IV access initiated with # 22 gauge catheter  in the dorsum of left hand. EDA promethazine inj [PHENERGAN] IVPB ONLY given IV through exisitng line at dorsum of left hand . Tolerated IV insertion without complications. IV infusion of EDA promethazine inj [PHENERGAN] IVPB ONLY started. IV intact - still receiving fluids. (SAB 11:20)*

**EDA acetaminophen [TYLENOL] 650 MG ORAL  STAT**
*Entered By (IVZ MD 08/19/2013 11:24)  Ordered By (IVZ MD 11:24)  MD Sign (IVZ MD 11:24)  Order Cancelled (IVZ MD 12:14)  Cancel Reason: Comments: [OS: D]*

**EDA acetaminophen supp [TYLENOL] 650 MG RECTAL  STAT**
*Entered By (IVZ MD 08/19/2013 12:15)  Ordered By (IVZ MD 12:15)  Completed By (SAB RN 12:23)  MD Sign (IVZ MD 12:15)  Comments: [OS: D] Notes:  Medication was given 15 minutes ago. (SAB 12:23)*

**EDA NORMAL SALINE 0.9% 1000 ML IV 500 ml/hr  STAT**
*Entered By (IVZ MD 08/19/2013 12:43)  Ordered By (IVZ MD 12:43)  Completed By (SAB RN 13:02)  MD Sign (IVZ MD 12:43)  Comments: [OS: D]*

**EDA ibuprofen [ADVIL/MOTRIN] 600mg 600 MG ORAL  STAT**
*Entered By (IVZ MD 08/19/2013 14:13)  Ordered By (IVZ MD 14:13)  Completed By (SAB RN 14:14)  MD Sign (IVZ MD 14:13)  Comments: [OS: D]*

H.C. Watkins Memorial Hospital
605 South Archusa Avenue
Quitman, MS 39355
601-776-6925

Final - RN Addendum

## Emergency Department Chart

| | |
|---|---|
| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
| Medical Rec. Number: 001270857 | Birthdate: █████1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD: Andrew  Medical Group of Quitman |
| Visit Date:  08/19/2013 10:24 | Watson MD |
| | Attending MD:IVAN ZAMORA MD |

## Non- Drug Orders

**HLF CBC(AUTO DIFF / PLT)  STAT**
*Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22) Results Back (14:23) MD Sign (IVZ MD 11:22) Comments: [OS: D] Notes: Blood drawn by Lab. Blood obtained from the right hand. Complication of blood draw included MULTIPLY ATTEMPTS TO GET AN INT LINE. (SAB 11:33)*

**HLF COMPREHENSIVE METABOLIC PANEL.  STAT**
*Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22) Results Back (11:59) MD Sign (IVZ MD 11:22) Comments: [OS: D] Notes: Blood drawn by Lab. Blood obtained from the right hand. Complication of blood draw included MULTIPLY ATTEMPTS TO GET AN INT LINE. (SAB 11:33)*

**HLF URINALYSIS WITH MICROSCOPIC  STAT**
*Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22) Results Back (12:54) MD Sign (IVZ MD 11:22) Comments: [OS: D] Notes: U/A obtained -  Catheterization Catheterized for urine culture. In and out urinary catheterization done. Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)*

**HLF HCG,QUALITATIVE URINE  STAT**
*Entered By (IVZ MD 08/19/2013 11:22) Ordered By (IVZ MD 11:22) Results Back (12:54) MD Sign (IVZ MD 11:22) Comments: [OS: D] Notes: U/A obtained -  Catheterization Catheterized for urine culture. In and out urinary catheterization done. Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)*

**HLF CULTURE, URINE  ROUTINE**
*Entered By (08/19/2013 12:20) Ordered By (IVZ MD 12:20) MD Sign (IVZ MD 08/19/2013 12:20) Comments: [OS: W] Notes: U/A obtained - Catheterization Catheterized for urine culture. In and out urinary catheterization done. Return of 50 ml cloudy urine. Tolerated catheterization well without complications. (SAB 12:23)*

**HLF TYPE AND SCREEN  STAT**
*Entered By (IVZ MD 08/19/2013 12:30) Ordered By (IVZ MD 12:30) Results Back (15:42) MD Sign (IVZ MD 12:30) Comments: [OS: D] Notes: Blood drawn by Lab. (SAB 12:30)*

**HLF CROSS MATCH 3 UNITS PRBCS  STAT**
*Entered By (IVZ MD 08/19/2013 12:30) Ordered By (IVZ MD 12:30) MD Sign (IVZ MD 12:30) Comments: [OS: D] Notes: Blood drawn by Lab. (SAB 12:30)*

**O2 PER NASAL CANNULA  STAT**
*Entered By (IVZ MD 08/19/2013 12:43) Ordered By (IVZ MD 12:43) Completed By (SAB RN 13:04) MD Sign (IVZ MD 12:43) Comments: [OS: D] Notes: 2 liters/min O2 via nasal prongs. (SAB 13:04)*

**SALINE LOCK  STAT**
*Entered By (IVZ MD 08/19/2013 12:43) Ordered By (IVZ MD 12:43) Completed By (SAB RN 13:04) MD Sign (IVZ MD 12:43) Comments: [OS: D]*

**HLF CROSS MATCH 1 UNIT OF RBCs  STAT**
*Entered By (08/19/2013 13:23) Ordered By (IVZ MD 13:23) Results Back (15:46) MD Sign (IVZ MD 13:23) Comments: [OS: W]*

**ZZ HLF CROSS MATCH 2ND UNIT PRBC  STAT**
*Entered By (08/19/2013 13:23) Ordered By (IVZ MD 13:23) Completed By (SAB RN 13:36) MD Sign (IVZ MD 13:23) Comments: [OS: W]*

**ZZ HLF CROSS MATCH 3RD UNIT PRBC  STAT**
*Entered By (08/19/2013 13:23) Ordered By (IVZ MD 13:23) Completed By (SAB RN 13:32) MD Sign (IVZ MD 13:23) Comments: [OS: W]*

**HLF CULTURE, BLOOD  STAT**
*Entered By (IVZ MD 08/19/2013 14:13) Ordered By (IVZ MD 14:13) Results Back (08/24/2013 06:32) MD Sign (IVZ MD 08/19/2013 14:13) Comments: [OS: D] Notes: Blood cultures obtained. (SAB 14:13)*

**ZZZ Refer to Observation Services**
*Entered By (IVZ MD 08/19/2013 14:20) Ordered By (IVZ MD 14:20) Completed By (JH RN 14:23) MD Sign (IVZ MD 14:20) Comments: [OS: D]*

**HLF TRANSFUSE RBC  ROUTINE**
*Entered By (08/19/2013 16:04) Ordered By (IVZ MD 16:04) Completed By (JH RN 16:00) MD Sign (IVZ MD 17:58) Comments: [OS: VORB]*

H.C. Watkins Memorial Hospital
605 South Archusa Avenue
Quitman, MS 39355
601-776-6925

Final - RN Addendum

## Emergency Department Chart

| | |
|---|---|
| Patient Name: COTTEN, TONI | Account Number: 1323100357 |
| Medical Rec. Number: 001270857 | Birthdate: ▮▮▮1994   Gender: F |
| Arrival Date: 08/19/2013 10:19 | Primary MD: Andrew Medical Group of Quitman Watson MD |
| Visit Date:  08/19/2013 10:24 | Attending MD:IVAN ZAMORA MD |

### Disposition

Disposition decision is admit. Admit to Hospitalist. Case discussed with Dr. zamora who will admit to their service. Condition at discharge - improved. (IVZ) 08/19/2013 15:27 Abnormal BP at DC noted - OK for disposition. (IVZ) 08/19/2013 15:33 OK for disposition Pulse noted. (IVZ) 08/19/2013 15:33 Aware of respiratory status on discharge. (IVZ) 08/19/2013 15:33 Noted that patient has an abnormal temperature on discharge, pt to follow up with PMD or return for worsening symptoms. (IVZ) 08/19/2013 15:33 Electronically signed by IVAN V ZAMORA MD. (IVZ) 08/19/2013 15:33 Disposition status is Admit. Going to Observation Unit. Room # 1102. RN accompanied patient. Belongings with patient. IV hydration (D5NS AT 250, CIPRO WAS HUNG AWAITING TO BE STARTED INFUSION PENDING BLOOD CULTURES TO BE DRAWN BY LAB. ) fluids were running at time of admission. IV patent. CIPRO SPIKED AND HUNG WAITING ON BLOOD CULTURES TO BE DRAWN PER LAB. (SAB) 08/19/2013 14:30 Discharge vital signs documented: *P: 145 at 14:35. (SAB) 08/19/2013 14:35 Patient physically left department and was removed from Tracking Board by JIMMY HALE RN. (JH) 08/19/2013 16:00 Electronically signed by JIMMY HALE RN. (JH) 08/19/2013 16:16

### Addendum Notes

PHENERGAN INFUSION STOPPED AT 1220.

 (SAB 08/20/2013 10:02)
### CPT Codes

80053
81000-8100
85025
86803
86900
86901
86904
86920
87040
87086
90760-9076
90772
90774
90784
94760
99285

| Staff Legend | |
|---|---|
| CF1 | CAROLYN FLOWERS RN |
| DAW | DEBRA WILLIAMS RN |
| IVZ | IVAN ZAMORA MD |
| JH | JIMMY HALE RN |
| KLI | KRISTY IVY RN |
| SAB | SARA BECKMAN RN |
| TW10 | TABITHA WALLER RN |
| VR2 | VONDA ROBINSON RESP THEPY |
| WLW | WALTER WILLIS MD |

Print Date: 12/18/2013 08:44        Confidential Medical Record        Page 6 of 6

§§§

Watkins Hospital
Cotten, T. 00025

```
COTTEN, TONI
H. C. Watkins Memorial Hospital - FNS
Rm-Bed: 1102 - 01    Admit Dt: 8/19/2013 10:20    Disch Dt:
Age: 18 yr           Gender: F
DO          1994    Acct: 1323100357           MRN: 001270857
```

Clinician: ZAMORA, IVAN MD
Note Type: History and Physical
Note Date: 08/19/2013 18:05

HISTORY AND PHYSICAL
**Subjective:**
**Allergies**
　No Known Allergies:

**Chief Complaint:** Chief Complaint: hurtring all over and weak
**History of Present Illness:** History of Present Illness: sickle cell crisis; All other systems reviewed and negative except as outlined above.; Code Status: Full Code
**Past Medical History**
　NO DATA SELECTED OR AVAILABLE

**Family Medical History**
　NO DATA SELECTED OR AVAILABLE

**Immunizations**

| Description | Date Given | Given By | Status | Reaction |
|---|---|---|---|---|
| influenza virus vaccine, split virus (incl. purified surface antigen) | | | Pending | |
| pneumococcal polysaccharide vaccine, 23 valent | | | Pending | |

**Resistant Organisms**
　NO DATA SELECTED OR AVAILABLE

**Surgical Procedures**

| Procedure | Date | Comment |
|---|---|---|
| other | 1990's | hip surgery |
| other | 2000's | teeth surgery |

**Substance Abuse:** Smoking Status: never smoked; Alcohol use: denies drinking alcohol; Illicit Drug Use: denies illicit drug use
**Medications:**
**Home Medications**

| Description | Dose | Route | Freq/Rate |
|---|---|---|---|
| hydroxyurea Oral | | Oral | |
| Singulair 10 mg tablet | | Oral | |
| Topamax 50 mg tablet | | Oral | |

**Inpatient Medications**

| Description | Dose | Route | Freq/Rate | Last Given |
|---|---|---|---|---|
| CIPROFLOXACIN IN D5W | 400 MG=200 ML PGBK (12 Hours) | IVPB | NOW | |
| CIPROFLOXACIN IN D5W | 400 MG=200 ML PGBK | IVPB | BID | |
| ciprofloxacin inj [CIPRO]: 400 MG: IVPB | 400 MG (Until Discontinued) | IVPB | Q12H | |
| EDA acetaminophen supp [TYLENOL]: 650 MG: RECTAL | 650 MG (1 Time) | RECTAL | ONCE | |

§§§

COTTEN, TONI
H. C. Watkins Memorial Hospital - FNS
Rm-Bed: 1102 - 01       Admit Dt: 8/19/2013 10:20       Disch Dt:
Age: 18 yr              Gender: F
DOB: ████1994           Acct: 1323100357               MRN: 001270857

| Description | Dose | Route | Freq/Rate | Last Given |
|---|---|---|---|---|
| EDA ibuprofen [ADVIL/MOTRIN] 600mg: 600 MG: ORAL | 600 MG (1 Time) | ORAL | ONCE | |
| EDA meperidine inj [DEMEROL] IVPUSH ONLY: 50 MG: IV_PUSH | 50 MG (1 Time) | IV PUSH | ONCE | |
| EDA NORMAL SALINE 0.9%: 500 ml/ hr: IV | 1,000 ML (1 Time) | IV | 500 ml/hr | |
| EDA promethazine inj [PHENERGAN] IVPB ONLY: 25 MG: IVPB * | 25 MG (1 Time) | IVPB | ONCE | |
| meperidine (PF) inj [DEMEROL]: 25 MG: IV | 25 MG (Until Discontinued) | IV | Q4HP | |
| promethazine inj IVPB ONLY [PHENERGAN]: 12.5 MG: IVPB * | 12.5 MG (Until Discontinued) | IVPB | Q4HP | |

**Review of Systems:**
**General:** No weight loss; No weight gain; No fever; No night sweats; No chills; Positive fatigue; Level of activity normal
**Eyes (R,L):** No eye discharge; No eye irritation; No eye pain; No diplopia; No blurred vision; No visual loss
**Ears, Nose, Throat:** (R,L) No ear discharge; No ear pain; (R,L) No hearing loss; (R,L) No tinnitus; No vertigo; No nasal congestion; No epistaxis; No sore throat; No hoarseness
**Respiratory:** No cough; No hemoptysis; No dyspnea; No wheezing
**Cardiovascular:** No chest pain; No palpitations; No syncope; No dyspnea on exertion; No orthopnea; No nocturnal dyspnea; No claudication; No edema; No jugular venous distention
**Breasts (R,L):** No breast discomfort; No breast mass; No nipple discharge
**Gastrointestinal:** No abdominal pain; No loss of appetite; No nausea; No vomiting; No diarrhea; No constipation; No rectal bleeding
**Genitourinary:** No dysuria; No hematuria; No urinary incontinence; No urinary hesitancy; No urinary urgency; No flank pain
**Hematologic, Lymphatic:** No bleeding gums; No bruising; Normal wound healing; No swollen glands
**Musculoskeletal:** No muscle pain; Positive muscle weakness; Positive joint pain; No joint swelling; No joint stiffness
**Skin:** No pruritus; No rash complaints; No skin lesion
**Neurological:** No headache; No numbness; No tremor
**Psychological:** No mood swings; No anxiety; No depression; No sleep disturbance
**Endocrine:** No polyuria; No polydipsia; No polyphagia; No cold intolerance; No heat intolerance
**Allergic, Immunologic:** No urticaria; No seasonal allergies
**Objective:**
**Vital Signs**
HEN Vital Signs

| | 08/19/2013 10:15 | 10:21 | 11:44 | 13:30 | 13:47 | 14:35 |
|---|---|---|---|---|---|---|
| BP (NIBP) | | 143/97 mmHg | 77/48 mmHg | | 76/42 mmHg | |
| HEIGHT/LENGTH | 175.26cm | | | | | |
| PULSE #1 | | | | 150 | 152 | 145 |
| RESPIRATIONS | | 23 per minute | | 30 per minute | 38 per minute | |
| WEIGHT in Kg | 56.8kg | | | | | |

**Nursing-Blood Glucose**
NO DATA SELECTED OR AVAILABLE

has low bp and severe anemia with 6.3 hg
**Physical Exam:**
**General: Appears: uncomfortable**
**Mental Status: Behavior: cooperative; Consciousness: alert; Orientation: oriented to time, place, and person**
**Neck: Neck: symmetrical, supple; No neck mass; Thyroid palpated - No thyromegaly**

- 2 of 3 -

| COTTEN, TONI | | |
|---|---|---|
| H. C. Watkins Memorial Hospital - FNS | | |
| Rm-Bed: 1102 - 01 | Admit Dt: 8/19/2013 10:20 | Disch Dt: |
| Age: 18 yr | Gender: F | |
| DOB: ▓▓▓▓/1994 | Acct: 1323100357 | MRN: 001270857 |

**Respiratory:** Respiratory rate: normal; Respiratory effort: normal; (R,L) Breath Sounds: clear to auscultation with good air movement, equal, no rales, no rhonchi

**Cardiac:** Heart rate: increased

**Gastrointestinal:** Abdomen: Abdomen soft; Bowel sounds: normal

**Musculoskeletal:** Muscle tone: normal

**Neurological:** Gait: normal

**Data Review:**

   **Lab Results**

      NO DATA SELECTED OR AVAILABLE

  Laboratory Data Reviewed; Laboratory review: hg 6.3 hct 18

**Assessment:**

   **Problems**

      NO DATA SELECTED OR AVAILABLE

**Plan:**

   **Orders**

      NO DATA SELECTED OR AVAILABLE

  PLAN: transfuse 3 u of blood and re check cbc o2 and pain med.; Proposed length of stay: 48h

Signed by: IVAN ZAMORA, MD 08/19/2013 18:17

- 3 of 3 -

§§§

**H. C. Watkins Memorial Hospital Laboratory**
605 South Archusa Avenue
Quitman, MS 39355
(601) 776-6925
Robert L. Dean, M.D., Medical Director

Patient Name: COTTEN, TONI
Patient ID:  F001270857
DOB:  ████1994
Ordering Physician:Zamora, Ivan V V

Location:  Watkins Inpatient
Encounter #:  F1323100357
Attending Physician:  Zamora, Ivan V V

**Cancelled Work**

| Collection Date | Specimen | Test Name | Reason |
|---|---|---|---|
| 08/20/2013 18:55 | Arterial Blood | ABG ONLY-POC | Duplicate Order |
| 08/20/2013 07:00 | Blood | CBC (Auto Diff & Platelet) | Unable to Collect |
| 08/20/2013 07:00 | Blood | Basic Metabolic Panel | Unable to Collect |

| | ABO Group | Rh | Antibody Screen Negative |
|---|---|---|---|
| Blood | | | |
| 08/19/2013 13:00 | O | Positive | Negative |

| | Units Crossmatched |
|---|---|
| Blood | |
| 08/19/2013 13:00 | 1 |

| | Units Crossmatched |
|---|---|
| Blood | |
| 08/19/2013 13:00 | 1 |

| | Completed |
|---|---|
| Blood | |
| 08/19/2013 16:04 | COMPLETED |

Date/Time Printed:  08/22/2013 02:07      Source Facility:
Page 6 of 6

$$$

Watkins Hospital
Cotten, T. 00075

  

# BLOOD ORDER FORM

| Requesting Physician | Order Date | Written By: | | Order Time |
|---|---|---|---|---|

| Please Send One Slip<br>For Each Unit Ordered | ⊗ 3501/3502 Group & Type<br>⊘ 3535 Type & Screen<br>⊙ Crossmatch | | O To Be Given | | O For Surgery | |
|---|---|---|---|---|---|---|
| | | | Date | Time | Date | Time |

| Previous Transfusion? O Yes  O No | Diagnosis: |
|---|---|
| Previous Transfusion Reaction?  O Yes  O No | |

**Blood Product Requested:**
⊗ 3648 Packed Red Cells  O 3622 Platelet Concentrate      #        O 3613 Admin. Fee 1 per 24 Hrs.

O 3647 Fresh Frozen Plasma      O 3674 platelet Pheress   O 68889 Cryoprecipitate

| Special Considerations:<br>O 3648 Leukopoor     O CMV Negative<br>O Irradiated<br>O Other_____  O Aliquot_____ cc | I have drawn a blood specimen on the named patient below, verified<br>the name, the specimen tube label and placed armband on patient.<br><br>Initial:  WK     Date/Time: 8-19-13  13:00 |
|---|---|

**Emergency Release:** Due to the critical condition of this patient, I request the immediate release of blood for emergency transfusion without complete crossmatch or other tests for compatibility. I assume complete responsibility for any resultant untoward reaction or injury to my patient.

Physician
Signature:_____  Date:_____  Time:_____

*Physician must sign within 24 hours of event*

---

## Blood Type  Compatibility Testing

| B[ 3rd ] R5303 | Crossmatch: ⊙ Compatible | Unit No. |
|---|---|---|
| Unit   CHART | O Incompatible | W04161-3032692 |

Recipient Group & Type  *Opos*

O Compatibility Test Not Performed(Explain)
O Compatibility Test Not Required(Explain)
O History Check Performed
O Hgb Before Transfusion_____ gm
Explain:

Donor Group & Type  *Opos*

Antibody Screen  *Neg*

Component  *PRBC*

Antibody ID:  *None*

Expiration Date  *9-24-13*

| Tech Performing<br>Tests:  CK | Date / Time  8-19-13  1347 | Total Volume |
|---|---|---|

| Nurse Receiving Unit:  MWilliams RN | Tech Releasing Unit:  Brenny Cooper | Date/Time 8/19/13 | Appearance Checked 2235 |
|---|---|---|---|
| Nurse Returning Unit | Tech Receiving Unit | | Temp Checked |
| Nurse Reissue Unit | Tech Releasing Unit: | | Appearance Checked |

---

## Record of Transfusion

**Must be verified by (2) Nurses Prior to Transfusion**

I certify that the identity of this recipient and of the donor blood (blood product) have been confirmed item by item and found no discrepancy with the compatibility label for the crossmatched blood associated to this unit.

Nurse 1  MWilliams RN        Nurse 2  ____RN  Date 8/19/13  Time: 2240

| | Temp | BP | Pulse | Respirations | |
|---|---|---|---|---|---|
| Pre-Transfusion | 98.3 | 74 / 44 | 136 /min | 20 /min | 99% |
| 5 min. after start of transfusion | 98.3 | 84 / 42 | 136 /min | 18 /min | 99% |
| 15 min. after start of transfusion | 98.1 | 76 / 42 | 137 /min | 18 /min | 100% |
| 30 min. after start of transfusion | 98.3 | 70 / 49 | 137 /min | 18 /min | 100% |
| 60 min. after start of transfusion | 98.3 | 75 / 40 | 134 /min | 18 /min | 100% |

Transfusion Started
Date: 8/19/13  Time: 2245  Nurse MWilliams RN  Date: 8/20/13  Time: 0130  Nurse MWilliams RN    Volume 351m

Transfusion Ended:

**Recipient Response to Transfusion:**
⊗ No reaction  O Back Ache  O Chills  O Dyspnea  O Fever  O Headache  O Nausea  O Uticaria  O Vomiting
O Other

| Transfusion Reaction Form Initated  O Yes  O No | Empty Bag Returned to BB: O Yes  ⊗ No |
|---|---|

White-Original   Chart Copy • Canary-Duplicate   Identification Copy<br>• Pink-Triplicate   Blood bank Copy • Goldenrod-Quaddruplicate   Charge Copy

§§§

# BLOOD ORDER FORM



COTTEN, TONI
HKAF001230857   FB1373100002
ERC# F1323100357   1994
AS

**NURSING**

| Requesting Physician | Order Date | Written By: | | Order Time | |
|---|---|---|---|---|---|

| Please Send One Slip For Each Unit Ordered | ◉ 3501/3502 Group & Type<br>◉ 3535 Type & Screen<br>⊙ Crossmatch | O To Be Given | | O For Surgery | |
|---|---|---|---|---|---|
| | | Date | Time | Date | Time |

Previous Transfusion? O Yes  O No                    Diagnosis:
Previous Transfusion Reaction? O Yes  O No

**Blood Product Requested:**
◉ 3648 Packed Red Cells  O 3622 Platelet Concentrate        #        O 3613 Admin. Fee 1 per 24 Hrs.
O 3647 Fresh Frozen Plasma    O 3674 platelet Pheresis    O 68880 Cryoprecipitate

| Special Considerations:<br>O 3648 Leukopoor    O CMV Negative<br>O Irradiated<br>O Other_____  O Aliquot_____ cc | I have drawn a blood specimen on the named patient below, verified the name, the specimen tube label and placed armband on patient.<br><br>Initial: WMH    Date/Time: 8-19-13  13:00 |
|---|---|

**Emergency Release:** Due to the critical condition of this patient, I request the immediate release of blood for emergency transfusion without complete crossmatch or other tests for compatibility. I assume complete responsibility for any resultant untoward reaction or injury to my patient.

Physician
Signature:                                   Date:                    Time:

**Physician must sign within 24 hours of event**

**LABORATORY**

## Blood Type  Compatibility Testing

| 2nd Unit  R5303 CHART | Crossmatch:   O Compatible<br>O Incompatible<br>O Compatibility Test Not Performed(Explain)<br>O Compatibility Test Not Required(Explain)<br>O History Check Performed<br>O Hgb Before Transfusion_____gm<br>Explain: | Unit No.<br>W0416 13 032755 |
|---|---|---|
| Recipient Group & Type<br>Opos | | Donor Group & Type<br>Opos |
| Antibody Screen<br>Neg | | Component<br>PRBC |
| Antibody ID:<br>N/A | | Expiration Date<br>9-24-13 |

| Tech Performing Tests: CMc | Date / Time<br>8-19-13    1347 | Total Volume |
|---|---|---|

| Nurse Receiving Unit<br>M Wilkes RN | Tech Releasing Unit<br>Brenny Cragon | Date/Time<br>8/19/13  2005 | Appearance Checked |
|---|---|---|---|
| Nurse Returning Unit | Tech Receiving Unit | | Temp Checked |
| Nurse Reissue Unit | Tech Releasing Unit: | | Appearance Checked |

**NURSING**

**Must be verified by (2) Nurses Prior to Transfusion    Record of Transfusion**
I certify that the identity of this recipient and of the donor blood (blood product) have been confirmed item by item and found no discrepancy with the compatibility label for the crossmatched blood associated to this unit.

Nurse 1 M Wilkes RN    Nurse 2 M Surreyer    Date: 8/19/13  Time: 2115

| | Temp | BP | | Pulse | | Respirations | | |
|---|---|---|---|---|---|---|---|---|
| Pre-Transfusion | 97.6 oral | 77 | 40 | 143 | /min | 18 | /min | SeOc 97% RA |
| 5 min. after start of transfusion | 97.6 oral | 75 | 39 | 142 | /min | 17 | /min | 100%/RA |
| 15 min. after start of transfusion | 97.7 oral | 76 | 44 | 140 | /min | 19 | /min | 100%/RA |
| 30 min. after start of transfusion | 97.8 oral | 115 | 91 | .138 | /min | 18 | /min | Pt just returned from er |
| 60 min. after start of transfusion | 97.6 oral | 73 | 43 | 137 | /min | 18 | /min | |

| Transfusion Started<br>Date: 8/19/13 Time: 2005 Nurse: MWRN | Transfusion Ended:<br>Date: 8/19/13 Time: 2210 Nurse: M Wilkes RN | Volume<br>255ml |
|---|---|---|

**Recipient Response to Transfusion:**
◉ No reaction  O Back Ache  O Chills  O Dyspnea  O Fever  O Headache  O Nausea  O Uticaria  O Vomiting
O Other

**Transfusion Reaction Form Initated:** O Yes  O No              Empty Bag Returned to BB: O Yes ● No

White-Original   Chart Copy   • Canary-Duplicate   Identification Copy
• Pink-Triplicate   Blood bank Copy   • Goldenrod-Quaddruplicate   Charge Copy

§§§

COTTEN, TONI
IA#F001270157    FED-03  /1994
INC##1323100357            Pink

# BLOOD ORDER FORM

FB1323100002

| **Requesting Physician** | **Order Date** | **Written By:** | | |
|---|---|---|---|---|
| **Please Send One Slip** **For Each Unit Ordered** | ◉ 3501/3502 Group & Type ○ 3535 Type & Screen ◉ Crossmatch | | ○ To Be Given | ○ For Surgery |
| | | | Date    Time | Date    Time |

Previous Transfusion?  ○ Yes  ○ No

Diagnosis:

Previous Transfusion Reaction?  ○ Yes  ○ No

**Blood Product Requested:**

◉ 3648 Packed Red Cells   ○ 3622 Platelet Concentrate _____ #   ○ 3613 Admin. Fee 1 per 24 Hrs.

○ 3647 Fresh Frozen Plasma   ○ 3674 platelet Pheress   ○ 68889 Cryoprecipitate

**Special Considerations:**
○ 3648 Leukopoor   ○ CMV Negative
○ Irradiated
○ Other_____ ○ Aliquot_____ cc

I have drawn a blood specimen on the named patient below, verified the name, the specimen tube label and placed armband on patient.

Initial: WH   Date/Time: 8-19-13  13:00

**Emergency Release:** Due to the critical condition of this patient, I request the immediate release of blood for emergency transfusion without complete crossmatch or other tests for compatibility. I assume complete responsibility for any resultant untoward reaction or injury to my patient.

Physician
Signature:                        Date:                    Time:

**Physician must sign within 24 hours of event**

## Blood Type  Compatibility Testing

| 1st Unit R5303 CHART | Crossmatch: ◉ Compatible    ○ Incompatible | Unit No. 6041613028531 |
|---|---|---|
| Recipient Group & Type Opos | ○ Compatibility Test Not Performed(Explain) ○ Compatibility Test Not Required(Explain) | Donor Group & Type Opos |
| Antibody Screen Neg | ○ History Check Performed ○ Hgb Before Transfusion_____gm | Component PRBC |
| Antibody ID: No | Explain:_____ | Expiration Date 9-16-13 |

Tech Performing
Tests: WH        Date / Time  8-19-13  13:46        Total Volume

| Nurse Receiving Unit: Ritta Jenkins RN | Tech Releasing Unit: Gph L Vishal | Date/Time 8/19/13 1610 | Appearance Checked |
|---|---|---|---|
| Nurse Returning Unit | Tech Receiving Unit | | Temp Checked |
| Nurse Reissue Unit | Tech Releasing Unit: | | Appearance Checked |

## Must be verified by (2) Nurses Prior to Transfusion     Record of Transfusion

I certify that the identity of this recipient and of the donor blood (blood product) have been confirmed item by item and found no discrepancy with the compatibility label for the crossmatched blood associated to this unit.

Nurse 1 Ritta Jenkins    Nurse 2 Edward W    Date: 8/19/13 Time: 1625

| | Temp | BP | Pulse | Respirations | O2 SAT |
|---|---|---|---|---|---|
| Pre-Transfusion | 99.4 | 74/39 | 148 /min | 20 /min | 100 |
| 5 min. after start of transfusion | 99.4 | 76/39 | 147 /min | 20 /min | 100 |
| 15 min. after start of transfusion | 99.0 | 67/39 | 145 /min | 20 /min | 100 |
| 30 min. after start of transfusion | 98.4 | 72/32 | 140 /min | 20 /min | 100 |
| 60 min. after start of transfusion | 98.3 | 70/33 | 141 /min | 20 /min | 100 |

Transfusion Started:
Date: 8/19/13 Time: 1635 Nurse: Ritta Jenkins

Transfusion Ended:
Date: 8/19/13 Time: 1855 Nurse: RJ

Volume all

**Recipient Response to Transfusion:**
◉ No reaction  ○ Back Ache  ○ Chills  ○ Dyspnea  ○ Fever  ○ Headache  ○ Nausea  ○ Uticaria  ○ Vomiting
○ Other

Transfusion Reaction Form Initated  ○ Yes  ◉ No        Empty Bag Returned to BB: ○ Yes  ◉ No

White-Original  *Chart Copy* • Canary-Duplicate  *Identification Copy*
• Pink-Triplicate  *Blood bank Copy* • Goldenrod-Quaddruplicate  *Charge Copy*

Progress Record

CLINIC NO._____          ROOM NO._____

001270857
08/19/2013
COTTEN, TONI
B/F    18Y
1994
IVAN ZAMORA
H C Watkins Memorial Hospital
1323100357

| DATE | POST-OP DATE | PROVISIONAL DIAGNOSIS |
|------|--------------|----------------------|
| 8/19/2013 | | Asked to evaluate 18 yo AAF |
| 2230 | | c̄ Sickle cell crisis Anemic |
| | | Hypotension — |
| | | PTBJ alert oriented x 3 |
| | | HEENT — pale mucus membrane |
| | | lungs CTA, Heart S₁S₂ |
| | | Imp: Anemia / Hypotension |
| | | Plan: Will give 3rd units of PRBC |
| | | and recheck BP and HCT |
| | | one hour later        James Zorka |
| 8/20/2013 | | called to Floor to see patient |
| 0130 | | because not breathing well |
| | | Found to be confused and in acute |
| | | Resp distress — code blue was |
| | | called and patient was intubated |
| | | c̄ ET tube. See code blue note |
| 8/20/2013 | | Patient was pronounced @ 5 AM |
| 0545 | | James Zorka |



NUR3000

$$$

Printed on 05/31/2013
Watkins Hospital
Cotten, T. 00088

**HC Watkins Memorial Hospital**
**Emergency Department**
**Physician Orders**

Physician _____
Exam Room _____
Weight _____
PCP _____
Allergies _____

08/19/2013     1323100357
COTTEN, TONI
B/F     18Y     1994
001270857
H C Watkins Memorial Hospital

**Vital Signs**

BP _____ HR _____ Resp _____ Temp _____ SaO2 _____
BP _____ HR _____ Resp _____ Temp _____ SaO2 _____

| Blood | |
|---|---|
| CBC | Serum Pregnancy |
| BMP | Quant. HCG *** |
| Magnesium | ETOH |
| Pro-BNP | Digoxin |
| CKMB | Dilantin |
| Troponin I | Valproic Acid *** |
| Myoglobin*** | Phenobarbital *** |
| CK | Prolactin *** |
| PT/INR | Acetaminophen |
| PTT | Salicylate |
| D-Dimer | Sed Rate |
| Amylase | H. Pylori |
| Lipase | Type & Screen |
| Hepatic Function Panel | Serum Ketones |
| TSH/T4/T3 *** | ABG Room Air |
| Blood Culture x1  x2 | % O2 _____ |

*** Send Out Labs

Noted

☐ EKG        MD Review Time _____
☐ O2 _____
☐ Pulse Oximeter _____
☐ Cardiac Monitor _____
☐ INT _____
☐ IV Fluid _____ Bolus  Infuse _____ ml/HR
☐ Orthostatics _____
☐ ASA 325mg PO _____
☐ Nitro Paste _____ in. to chest
☐ Lopressor 5mg IVP _____
☐ Morphine 2mg-5mg IV _____
☐ Zofran 4mg IVP _____
☐ Toradol _____

| Urine | Swabs |
|---|---|
| UA  Cath/ CC | Rapid Strep |
| Urine Culture | Influenza |
| Urine Preg | Pediatric Viral Panel |
| UDS | GC/ Chlamydia |
| GC/ Chlamydia | Wet Prep/ KOH |
| Other | Wound Culture |
| | (site) _____ |

| Radiology | |
|---|---|
| **Xray** | **CT** |
| CXR Portable  PA/LAT | CT Head with/without |
| KUB | CT C-Spine |
| Acute Abd. Series | CT Chest PE/Trauma |
| Flat & Erect | CT Abdomen/ Pelvis |
| Shoulder/ Humerus  L/R | oral/ IV / without |
| Elbow/ Forearm  L/R | CT Kidney Stone |
| Wrist/ Hand  L/R | Other |
| Hip / Pelvis L/R | |
| Femur / Knee  L/R | |
| Tib/ Fib  L/R | |
| Ankle/ Foot L/R | |

| Time | Order | Noted |
|---|---|---|
| | Hg electrophoresis. | |
| | send result to Dr. Roberts | |
| | tel # 228-376-3845. | |
| | | |
| | [signature] | |
| | 8-19-13 | |
| | 2 PM. | |

| Doctor | Paged | | Called Back |
|---|---|---|---|
| | | | |

**Physician Signatures**

1 _____  2 _____

§§§

Watkins Hospital
Cotten, T. 00119

# PHYSICIAN'S ORDER SHEET

08/19/2013
COTTEN, TONI
B/F      18Y      1994
IVAN ZAMORA
H C Watkins Memorial Hospital

001270857                    1323100357

| DATE ORDERED | TIME ORDERED | ORDERS-ORDERED BY | PROGRESS NOTES |
|---|---|---|---|
| 8/19/13 | 1720 | Cipro 400 mg IV q12 x start now PB - IV order 1 IS/M | |
| | | noted 8/19/13 1732 (S-11) | |
| 8/19/13 | 2150 | Zofran 4mg IVP x 1 dose now. Dr. Lock / Mu. Williams RN | James Derks 8-19-2013 2150 |
| 8/19/13 | 220 | Scanned - change orders from two units transfusion of PRBC and Hct s/p 2nd units to 3 units + transfusion with Hct 1 hr s/p 3rd unit | James Derks |
| | | Scanned | noted Mu.Williams RN 2301 8/19/13 |
| 8/20/13 | 0050 | Toradol 30mg IV x 1 dose now. Dr. Lock / Mu. Williams RN | James Derks |
| | | Scanned | noted 0105 8/20/13 Mu.Williams |

80284 (REV. 8/10)

Watkins Hospital
Cotten, T. 00126

| COTTEN, TONI | | Opt Out: No |
|---|---|---|
| Watkins | | |
| hpfsite_mgmt | | |
| From: 08/19/2013 09:22 | To: 08/20/2013 21:10 | |
| Rm-Bed: 1102 - 01 | Admit Dt: 08/19/2013 14:15 | |
| Age: 18 yr    Gender: F    MD: Zamora, Ivan V., MD | | |
| DOB: ████1994    Acct: 1323100357 | | |
| MRN: 001270857 | | |
| Requested: 08/21/2013 07:58 | | Page 1 of 1 |

## Active Sites

### Angiocath (1) left hand

Side = left [Charted by: RJ at 08/19/2013 15:19]; Site = hand [Charted by: RJ at 08/19/2013 15:19]; Line type = Angiocath [Charted by: RJ at 08/19/2013 15:19]; Size (Ga) = 22 [Charted by: RJ at 08/19/2013 15:19]; Dressing = gauze [Charted by: RJ at 08/19/2013 15:19]; Insertion date = 08/19/2013 [Charted by: RJ at 08/19/2013 15:19]; Inserted by = ER staff [Charted by: RJ at 08/19/2013 15:19]; Pt loc at insertion = ED [Charted by: RJ at 08/19/2013 15:19]; Pt tolerated procedure = tolerated [Charted by: RJ at 08/19/2013 15:19]

### Angiocath (1) right hand

Side = right; Site = hand [Charted by: RJ at 08/20/2013 07:56]; Line type = Angiocath [Charted by: RJ at 08/20/2013 07:56]; Size (Ga) = 20 [Charted by: RJ at 08/20/2013 07:56]; Dressing = gauze [Charted by: RJ at 08/20/2013 07:56]; Insertion date = 08/19/2013 [Charted by: RJ at 08/20/2013 07:56]; Insertion time = 16:00 [Charted by: RJ at 08/20/2013 07:56]; Inserted by = L Holloway FNP [Charted by: RJ at 08/20/2013 07:56]; Pt loc at insertion = inpt unit [Charted by: RJ at 08/20/2013 07:56]; Pt tolerated procedure = tolerated [Charted by: RJ at 08/20/2013 07:56]

## Site Trended Documentation

### 08/19/2013 00:00   TO   08/19/2013 23:59

#### Legend Charting

##### 08/19/2013 15:15

###### Angiocath (1) left hand

Angiocath(1) left hand

| | |
|---|---|
| Status = intact, patent | Jenkins, Rita , RN  08/19/2013 15:22 |
| Intervention = INT | Jenkins, Rita , RN  08/19/2013 15:22 |

##### 08/19/2013 19:15

###### Angiocath (1) left hand

Angiocath(1) left hand

| | |
|---|---|
| Status = intact, patent, flush no resist | Williams, Monica , RN  08/19/2013 21:25 |

| COTTEN, TONI | Acct: 1323100357 | DOB: ████994 | Page 1 of 1 |
|---|---|---|---|
| Rm-Bed: 1102 - 01 | MRN: 001270857 | hpfsite_mgmt | Permanent |

§§§

Watkins Hospital
Cotten, T. 00161

MW6  WILLIAMS, MONICA, RN
BI2   IVY, BROOKE, RN

```
COTTEN, TONI
H. C. Watkins Memorial Hospital
Medication Administration Report - ps_ma
FROM 08/19/13 14:15 TO: 08/20/13 21:11
ROOM: *1102-01*  ADM: 08/19/13 14:15
AGE: 18Y  SEX: F  MD: ZAMORA, IVAN V
DOB:        /1994  ID: 1323100357  MR: 001270857
REQUESTED 08/21/13 07:58
OPT OUT
                                        Page: 1
```

* see end of page for Administration Note
■ see end of page for Not-Given reason
HOLD  DISCONTINUED

| | start/stop | ord | 08/19/13 Day:1 | | | | | 08/20/13 Day:2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 11 | 15 | 19 | 23 | 03 | 11 | 15 | 19 | 23 | 03 |
| **Ciprofloxacin IN D5W** | | | | | | | | | | | | |
| 400 MG=200 IVPB  EVERY TWELVE (12) HOURS | 08/19 21:00  08/20 06:57 | 5 | | | | ★ | ■ | | | | | |
| **FUROSEMIDE** | | | | | | | | | | | | |
| 40 MG IV | | | | | | | 02:54 BI2 ★ | | | | | |
| **KETOROLAC Tromethamine (KETOROLAC)** | | | | | | | | | | | | |
| 30 MG IV | | | | | | | 00:54 MW6 ★ | | | | | |
| **Meperidine(Pf)** | | | | | | | | | | | | |
| 25 MG=1 IV  EVERY FOUR (4) HOURS AS NEEDED | 08/19 18:03  08/20 06:57 | 3 | | | | | 02:27 MW6 ★ | | | | | |
| | M:For pain | | | | | | | | | | | |
| **Ondansetron HCL(PF)** | | | | | | | | | | | | |
| 4 MG INVT | | | | | | 22:02 MW6 | | | | | | |
| **Promethazine** | | | | | | | | | | | | |
| 12.5 MG=0.5 IVPB  EVERY FOUR (4) HOURS AS NEEDED | 08/19 18:04  08/20 06:57 | 4 | | | | | 02:27 MW6 ★ | | | | | |
| | I:SODIUM CHLORIDE 0.9 % 1 EA | | | | | | | | | | | |

Ciprofloxacin IN D5W
    08/19 21:00  MW6  ■ See Notes * medication held, pt receiving blood at this time
FUROSEMIDE
    08/20 02:54  BI2  ★  S:Lt Hand
KETOROLAC Tromethamine (KETOROLAC)
    08/20 00:54  MW6  ★  S:Lt Hand
Meperidine(Pf)
    08/20 02:27  MW6  ★  S:Rt Hand
Promethazine
    08/20 02:27  MW6  ★  S:Rt Hand

ACTIVE ALLERGIES: No Known Allergies

LAST PAGE

PERM

§§§

Watkins Hospital
Cotten, T. 00163

COTTEN, TONI
H. C. Watkins Memorial Hospital
Mod / Inact all Applicatn
FROM: 08/19/13 09:22 TO: 08/20/13 21:11
ROOM: *1102-01*  ADM 08/18/13 14:15
AGE: 18Y   SEX F   MD ZAMORA, IVAN V
DOB: ███████1994 ID: 1323100357  MR 001270857
REQUESTED:08/21/13 07:58
OPT OUT:
Page: 1

## I & O

### Urine
(O) Perform Date:  08/19/13 17:47      Chart Date: 08/19/13 17:47   Chart Inits.: EM00
        Value: 60
(I)                                    Inact Date: 08/19/13 17:53   Inact Inits.: EM00

### Oral
(O) Perform Date:  08/20/13 08:07      Chart Date: 08/20/13 08:08   Chart Inits.: AP2
        Value: 600
(I)                                    Inact Date: 08/20/13 08:09   Inact Inits.: AP2

## Legend Charting

### Sensory perceptn Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Limit4
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Limit4

### Friction shear   Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Noprob
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Noprob

### Gait/Transferrng Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Weak10
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Weak10

### Secondary Dx      Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Ono
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Ono

### Mobility        Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Nlimit
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Nlimit

### Braden Score      Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: 20
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: 20

### Moisture         Do Not Delete
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Moist3
(O) Perform Date: 08/19/13 15:15       Chart Date: 08/19/13 15:22   Chart Inits.: RJ
        Value: Moist3

CONTINUED



Watkins Hospital
Cotten, T. 00164

COTTEN, TONI
H. C. Watkins Memorial Hospital
Mod / Inact all Applicatn
FROM: 08/19/13 09:22  TO: 08/20/13 21:11
ROOM: *1102-01*  ADM 08/19/13 14:15
AGE: 18Y  SEX: F  MD ZAMORA, IVAN V
DOB: ███████1994  ID: 1323100357  MR 001270657
REQUESTED:08/21/13 07:58
OPT OUT:
                                          Page: 2

## Legend Charting

**Mental status     Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Orntab
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Orntab

**Ambulatory aid    Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Crucn
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Crucn

**Nutrition         Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Adeqat
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Adeqat

**History of falls  Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Ono
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Ono

**Activity          Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Wlkocc
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Wlkocc

**Fall Risk Score   Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: 45
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: 45

**IV/Heparin Lock   Do Not Delete**
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Yes20
(O) Perform Date:  08/19/13 15:15    Chart Date: 08/19/13 15:22   Chart Inits.: RJ
      Value: Yes20

**TEMP #1 in F      Do Not Delete**
(O) Perform Date:  08/20/13 00:00    Chart Date: 08/20/13 00:12   Chart Inits.: VC
      Value: 98.2F
(I)                                  Inact Date: 08/20/13 03:38   Inact Inits.: VC

**PULSE #1          Do Not Delete**
(O) Perform Date:  08/20/13 00:00    Chart Date: 08/20/13 00:12   Chart Inits.: VC
      Value: 134
(I)                                  Inact Date: 08/20/13 03:38   Inact Inits.: VC

CONTINUED



Watkins Hospital
Cotten, T. 00165

COTTEN, TONI
H. C. Watkins Memorial Hospital
Mod / Inact all Applicatn
FROM: 08/19/13 09:22  TO: 08/20/13 21:11
ROOM: *1102-01*  ADM 08/19/13 14:15
AGE: 18Y  SEX F  MD ZAMORA, IVAN V
DOB: /1994  ID: 1323100357  MR: 001270857
REQUESTED: 08/21/13 07:58
OPT OUT:
Page: 3

## Legend Charting

**RESPIRATIONS        Do Not Delete**
(O) Perform Date:  08/20/13 00:00      Chart Date: 08/20/13 00:12   Chart Inits.: VC
     Value: 20
(I)                                    Inact Date: 08/20/13 03:38   Inact Inits.: VC

**O2 SAT %        Do Not Delete**
(O) Perform Date:  08/20/13 00:00      Chart Date: 08/20/13 00:12   Chart Inits.: VC
     Value: 97%
(I)                                    Inact Date: 08/20/13 03:38   Inact Inits.: VC

**BP  (NIBP)        Do Not Delete**
(O) Perform Date:  08/20/13 00:00      Chart Date: 08/20/13 00:12   Chart Inits.: VC
     Value: 75/40
(I)                                    Inact Date: 08/20/13 03:39   Inact Inits.: VC

**Nsg Shift Note   Do Not Delete**
(O) Perform Date:  08/20/13 02:27      Chart Date: 08/20/13 02:41   Chart Inits.: MW6
     Value:
     Annotation: Demerol 25mg IV and Phenergan 12.5mg IV administered per orders, pt now has weak cough,
                 coarse breath sounds noted, alert and oriented, O2 in use at 2lpm via nc, instructed pt to
                 get back in bed from couch, HOB elevated, sr up x 2, call bell in reach.
(I)                                    Inact Date: 08/20/13 05:43   Inact Inits.: MW6

**Nsg Shift Note   Do Not Delete**
(O) Perform Date:  08/20/13 03:40      Chart Date: 08/20/13 06:45   Chart Inits.: MW6
     Value:
     Annotation: Pt continues to have poor output from foley, Lasix 40mg IV administered per orders. Unable
                 to get BP with digital machine or manual at this time, HR fluctuating between 97 and 107 on
                 monitor.
(I)                                    Inact Date: 08/20/13 06:47   Inact Inits.: MW6

**Nsg Shift Note   Do Not Delete**
(O) Perform Date:  08/20/13 02:32      Chart Date: 08/20/13 06:18   Chart Inits.: MW6
     Value:
     Annotation: Obtained Dynamap and assessed pts vitals, increased coarseness noted to breath sounds, pt
                 talking and awake, states that she is still hurting and now sob, HOB elevated, O2, increased
                 to 4lpm.
(M) Perform Date:  08/20/13 02:32      Chart Date: 08/20/13 07:18   Chart Inits.: MW6
     Value:
     Annotation: (Obtained Dynamap and assessed pts vitals, increased coarseness noted to breath sounds, pt
                 talking and awake, states that she is still hurting and now sob, HOB elevated, O2, increased
                 to 4lpm, IVF's stopped.)

**Pt Rounds        Do Not Delete**
(O) Perform Date:  08/20/13 08:08      Chart Date: 08/20/13 08:08   Chart Inits.: AP2
     Value: Done
(I)                                    Inact Date: 08/20/13 08:08   Inact Inits.: AP2

**Breakfast Ate    Do Not Delete**
(O) Perform Date:  08/20/13 08:07      Chart Date: 08/20/13 08:08   Chart Inits.: AP2
     Value: 100%
(I)                                    Inact Date: 08/20/13 08:09   Inact Inits.: AP2

CONTINUED

COTTEN, TONI  MR: 001270857  ID: 1323100357  DOB:  1994 - Mod / Inact all Applicatn
ROOM: *1102-01*
$$$                                    Page: 3

PERM
Watkins Hospital
Cotten, T. 00166

COTTEN, TONI
H. C. Watkins Memorial Hospital
Mod / Inact all Applicatn
FROM: 08/19/13 09:22 TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y   SEX: F   MD: ZAMORA, IVAN V
DOB: ████ 1994  ID: 1323100357   MR: 001270857
REQUESTED: 08/21/13 07:58
OPT OUT:
Page: 4

## Legend Charting

**Nsg Shift Note   Do Not Delete**

(O)  Perform Date:  08/20/13 04:17      Chart Date: 08/20/13 06:52   Chart Inits.: MW6
       Value:
       *Annotation: Lab instructed to perform chemistry on blood obtained from abg. Levophed 16mg in 250cc bag*
       *started at 60mcg, NS started at 75cc/hr per orders.*

(M)  Perform Date: (08/20/13 04:01)     Chart Date: 08/20/13 21:10   Chart Inits.: MW6
       Value:
       *Annotation: Lab instructed to perform chemistry on blood obtained from abg. Levophed 16mg in 250cc bag*
       *started at 60mcg, NS started at 75cc/hr per orders.*

## Medication Administration

**CIPROFLOXACIN IN**

(O)  Perform Date:  08/20/13 00:02      Chart Date: 08/20/13 00:03   Chart Inits.: MW6
       Value: Not Given-See Notes
       *Annotation: &*

(I)                                     Inact Date: 08/20/13 00:03   Inact Inits.: MW6

Care Providers:
AP2  PATRICK, AUDIE M, CNA
EM00 MARTIN, EMILY, STUD NUR
MW6  WILLIAMS, MONICA, RN
RJ   JENKINS, RITA, RN
VC   COLEMAN, VICTORIA, CNA

PERM
Watkins Hospital
Cotten, T. 00167

COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_nsg_ai
FROM: 08/19/13 00:22  TO: 08/20/13 21:11
ROOM: *1102-01*  ADM: 08/18/13 14:15
AGE: 18Y  SEX: F  MD: ZAMORA, IVAN V
DOB: ____/1984 ID: 1323100357  MR: 001270857
REQUESTED: 08/21/13 07:57
OPT OUT:
                                     Page: 8

| FLOWSHEET | 08/20 | | 08/19 | | |
|---|---|---|---|---|---|
| Chrt - Care Rvw | 00:30 | 00:00 | 22:45 | 22:30 | 22:10 |
| Nsg Shift Note | & | & | & | & | & |
| Pt Rounds | | | done | | |
| CARE PROVIDERS | MW6 | MW6 | MW6 | MW6 | MW6 |

08/19/13 22:10 Nsg Shift Note (MW6): 2nd unit of PRBC's complete, BP remains in 70's systolic, pt is
    responsive and oriented, no needs or complaints voiced at this time,
    will continue to monitor.

08/19/13 22:30 Nsg Shift Note (MW6): Dr. Lock, ERP in to see pt, verbal order given to go ahead and transfuse
    3rd unit of PRBC's now, labs to be done 1 hour after transfusion
    complete.

08/19/13 22:45 Nsg Shift Note (MW6): 3rd unit of PRBC's started at this time, pt tolerating well, no nausea
    reported at this time, pt requested sprite and ice, instructed to call
    for any needs, sr up x 2, call bell in reach.

08/20/13 00:00 Nsg Shift Note (MW6): 3rd unit continues to infuse, pt sitting up in bed, denies any needs at
    this time, mild nausea reported after drinking some sprite, has not
    vomited, BP remains in 70's systolic, pt oriented and drowsy, call bell
    in reach, will continue to monitor.

08/20/13 00:30 Nsg Shift Note (MW6): 3rd unit of PRBC's complete, assisted pt up to bathroom and back to bed,
    reports dizziness and headache, requested medication for headache. BP
    low, reported complaint to ERP, new order on chart.

| Psychosocial | 00:30 | 00:00 | 22:45 | 22:30 | 22:10 |
|---|---|---|---|---|---|
| Psychoscial Plcy | | | | | |
| Act Daily Living | 00:30 | 00:00 | 22:45 | 22:30 | 22:10 |
| Resting in___ | | | bed resp even resp unlabored no app distress | | |
| CARE PROVIDERS | | | MW6 | | |

WILLIAMS, MONICA (MW6) RN

CONTINUED

PERM

Watkins Hospital
Cotten, T. 00176

COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_nsg_ai
FROM: 08/19/13 09:22 TO: 08/20/13 21:11
ROOM: *1102-01*  ADM 08/19/13 14:15
AGE: 18Y  SEX: F  MD: ZAMORA, IVAN V
DOB: /1994 ID: 1323100357  MR: 001270857
REQUESTED: 08/21/13 07:57
OPT OUT:
Page: 9

| FLOWSHEET | 08/19 | | | | |
|---|---|---|---|---|---|
| Chrt + Care Rvw | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| Admitted To | | | | | & |
| Nsg Shift Note | & | & | & | & | |
| Pt Rounds | done | | done | | |
| CARE PROVIDERS | SD3 | MW6 | MW6 | KM5 | RJ |

08/19/13 17:58 Admitted To(RJ): resting queitly no distress noted - father at bedside

08/19/13 18:59 Nsg Shift Note(KM5): RESTING QUIETLY IN BED WATCHING TV AT THIS TIME.N/C VOICED.

08/19/13 19:15 Nsg Shift Note(MW6): pt drowsy, will open eyes when name is called, skin cool to touch, oriented x 4, denies any needs, BP remains low, 1st unit of PRBC's has completed, line flushing with NS until 2nd unit is ready, large area of vomitus noted on floor by window.

08/19/13 20:25 Nsg Shift Note(MW6): 2nd unit of PRBC's started at this time, BP 77/40, pt drowsy, wakes when name is called, oriented x 3, reports no nausea at this time, skin cool and dry to touch, sr up x 2, call bell in reach, will continue to monitor.

08/19/13 21:00 Nsg Shift Note(SD3): PT RESTING, NO DISTRESS NOTED, CB IN REACH

| Neurological | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
|---|---|---|---|---|---|
| Eyes open / Best verbal / Best motor / GCS score: | | | 3=to verbal 5=orient/verbalz 6=obeysVbCommand 14 | | |
| Lvl of conscious | | | drowsy | | |
| Orientation | | | oriented x 4 | | |
| CARE PROVIDERS | | | MW6 | | |
| Respiratory | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| Sound/breathng | | | normal | | |
| CARE PROVIDERS | | | MW6 | | |
| Renal/Urinary | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| Voiding | | | voiding spontan | | |
| CARE PROVIDERS | | | MW6 | | |
| Musculoskeletal | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| All extremities | | | | | |
| Muscle strength | | | fair | | |
| Muscle tone | | | weak | | |
| CARE PROVIDERS | | | MW6 | | |
| Skin | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| Moisture / Sensory perceptn / Activity / CARE PROVIDERS | | | 4=rarely moist 4=no impairmnt 3=walks occasnly MW6 | | |

DANIELS, SARAH(SD3)RN          JENKINS, RITA(RJ)RN          MAY, KATHY(KM5)RN
WILLIAMS, MONICA(MW6)RN

CONTINUED



PERM
Watkins Hospital
Cotten, T. 00177

COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_nsg_ai
FROM: 08/19/13 09:22  TO: 08/20/13 21:11
ROOM: *1102-01*   ADM: 08/19/13 14:15
AGE: 18Y   SEX: F   MD ZAMORA, IVAN V
DOB: ██████1994 ID: 1323100357   MR: 001270857
REQUESTED: 08/21/13 07:57
OPT OUT:
                                                    Page: 10

| FLOWSHEET | 08/19 | | | | |
|---|---|---|---|---|---|
| **Skin Cont.** | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
| Mobility<br>Nutrition<br>Friction shear<br>Braden Score<br>Risk level | | | 4=no limitation<br>2=prob inadequ<br>3=no app probl<br>20<br>no<br>Risk | | |
| Skin condition n | | | intact<br>dry<br>                          & | | |
| Skin color nsg | | | ethnc skn cl nml | | |
| CARE PROVIDERS | | | MW6 | | |

08/19/13 19:15 Skin condition n(MW6): cool to touch

| **Psychosocial** | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
|---|---|---|---|---|---|
| Psychoscial Plcy | | | Wdl | | |
| CARE PROVIDERS | | | MW6 | | |

| **Act Daily Living** | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
|---|---|---|---|---|---|
| Resting in __ | | | bed<br>resp even<br>resp unlabored<br>eyes closed<br>no app distress | | |
| CARE PROVIDERS | | | MW6 | | |

| **Fall Risk Fall M** | 21:00 | 20:25 | 19:15 | 18:59 | 17:58 |
|---|---|---|---|---|---|
| Checked<br>Oriented to envi<br>Callbell inreach<br>Bed low<br>Brakes locked | | | yes<br>yes<br>yes<br>yes<br>yes | | |
| Nonslip ftwear | | | yes | | |
| CARE PROVIDERS | | | MW6 | | |

WILLIAMS, MONICA(MW6)RN

CONTINUED

PERM

Watkins Hospital
Cotten, T. 00178

COTTEN, TONI
H. C. Watkins Memorial Hospital
hpf_nsg_ai
FROM: 08/19/13 09:22  TO: 08/20/13 21:11
ROOM: *1102-01*   ADM 08/19/13 14:15
AGE: 18Y   SEX: F   MD ZAMORA, IVAN V
DOB: ████████1994  ID: 1323100357   MR 001270857
REQUESTED 08/21/13 07:57
OPT OUT:
                                    Page: 11

| FLOWSHEET | 08/19 | | | | |
|---|---|---|---|---|---|
| Pain | 17:47 | 17:34 | 16:25 | 15:50 | 15:23 |
| Words for pain | | | | | aching cramping |
| CARE PROVIDERS | | | | | RJ |
| Chrt - Care Rvw | 17:47 | 17:34 | 16:25 | 15:50 | 15:23 |
| Arrival Dt/Tm | | | | | 08/19/2013 15:15 |
| Admitted To | | | & | | |
| Nsg Shift Note | | | | & | |
| Pt Rounds | | done | done | | |
| CARE PROVIDERS | | RJ | RJ | RJ | RJ |

08/19/13 15:50 Nsg Shift Note(RJ): blood consent signed per patient - vital signs obtained and Dr Zamora notified

08/19/13 16:25 Admitted To(RJ): 1st unit of blood started

| Psychosocial | 17:47 | 17:34 | 16:25 | 15:50 | 15:23 |
|---|---|---|---|---|---|
| Fit afrd for sft | | | | | no |
| Physically hurt | | | | | no |
| Frcd int sex act | | | | | no |
| Threat stp carg | | | | | no |
| Felt controlled | | | | | no |
| Smone ctrl money | | | | | no |
| Psychoscial Plcy | | | | | |
| CARE PROVIDERS | | | | | RJ |
| Nutr by Nursing | 17:47 | 17:34 | 16:25 | 15:50 | 15:23 |
| Dinner ate | 0% | | | | |
| CARE PROVIDERS | EM00 | | | | |

JENKINS, RITA(RJ)RN                    MARTIN, EMILY(EM00)STUD NUR

CONTINUED

PERM

Watkins Hospital
Cotten, T. 00179