

**DEPARTMENT OF THE AIR FORCE**
AIR EDUCATION AND TRAINING COMMAND
Keesler AFB, MS  39534

13 SEPTEMBER 2013

MEMORANDUM FOR  81 MDG/SGH
                ATTN:  RISK MANAGEMENT

FROM:  81 MDSS/SGST

SUBJECT:  Certification of Clinical Record

I hereby certify that the attached is a true copy of the clinical record, containing a total of **176** pages plus the cover sheet, pertaining to **COTTON, TONI D, 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, 27 DEC 1994** kept in our office in my custody.  I am the legal custodian and keeper of said record.  I further certify that said record was made in the regular course of business, and that it was in the regular course of said office for such record to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter.

LINDSEY DORSETT, CTR, USAF
Records Custodian

For Official Use Only
This information must be protected under the Privacy Act and AFI 33-332
Privacy Act Program, para 7.3. and DOD 5400.7-R,
Freedom of Information Act, AF Sup 1 para C.4.3.3.

MTF: KEESLER MED CEN KEESLER AFB MS (AETC)          26 Apr 2012@1223    Page 1
PERSONAL DATA - PRIVACY ACT OF 1974

RECORD OF INPATIENT TREATMENT
REGISTER: 0664608  NAME: COTTEN,TONI D                    FMP/SSN: 02/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
-------------------------------------------------------------------------------
                        A D M I S S I O N

DATE/TIME: 26 Feb 2012@1207   SOURCE: DIR   CLIN SVC: GEN SUR/ABAA
SEX: F                        DOB: 27 Dec 1994

                        D I S P O S I T I O N

DATE/TIME: 27 Feb 2012@1000   TYPE: HOME   CLIN SVC: GEN SUR/ABAA
                              AGE : 17

-------------------------------------------------------------------------------

                        D I A G N O S E S

DX 1.     Principal DX:   V5489
          Orthopedic aftercare
-------------------------------------------------------------------------------
                        P R O C E D U R E S
PR 1. Principal PR:  NO PROCEDURES ON FILE
-------------------------------------------------------------------------------
I CERTIFY THAT THE IDENTIFICATION OF THE PRINCIPAL AND SECONDARY DIAGNOSES
AND PROCEDURES PERFORMED IS ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

ATTENDING PROVIDER _____
                        SCOTT A EISENHUTH,CAPT,USAF,MC

  Provider Taxonomy:  207X00000X
  ALLOPATHIC & OSTEOPATHIC PHYSICIANS/ORTHOPAEDIC SURGERY
-------------------------------------------------------------------------------

DRG: 561  AFTERCARE, MUSCULOSKELETAL SYSTEM & CONNECTIVE TISSUE W/

MDC:  8  DISEASES & DISORDERS OF THE MU
-------------------------------------------------------------------------------
        S E L E C T E D   A D M I N I S T R A T I V E   D A T A
ADMISSION:

PATIENT CATEGORY: USAF FAM MBR AD         PAY GRADE:
MARITAL STATUS: SINGLE,NEVER MARRIED      RACE: BLACK
DUTY ZIP:                                 ETHNIC: OTHER
MTF TRANS FROM:                           RELIGION: CHRISTIAN NON-DENOMINA
MTF OF INITIAL ADM:                       INIT ADM DATE:


            * * * * * * * * * * * * *

DISPOSITION:

MTF TRANS TO:                             AUTOPSY:
ICU CLINICAL SVC:                         ICU DAYS SPENT: 0
BED DAYS OTHER FEDERAL FACILITIES:        MEDICAL HOLD DAYS:
-------------------------------------------------------------------------------

REGISTER: 0664608  NAME: COTTEN,TONI D                    FMP/SSN: 02/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

        REPLACES AF FORM 565, DA FORM 3647, NAVMEDCOM 6300/5

**176**

        *** CONTINUED ON PAGE 2 ***

MTF: KEESLER MED CEN KEESLER AFB MS (AETC)         26 Apr 2012@1223   Page 2
PERSONAL DATA — PRIVACY ACT OF 1974

RECORD OF INPATIENT TREATMENT
REGISTER: 0664608  NAME: COTTEN,TONI D                FMP/SSN: 02/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
_____
BED DAYS CIVILIAN HOSPITALS:                 COOPERATIVE CARE DAYS: 0
BED DAYS THIS MTF: 1                          SUPPLEMENTAL CARE DAYS: 0
TOTAL SICK DAYS THIS MTF: 1
CONVALESCENT LEAVE TAKEN: 0                   RECOMMENDED: 0

                *  *  *  *  *  *  *  *  *  *  *  *  *
OTHER:


SPONSOR NAME: BARTEE,LYNNITA M              MATERNAL/NEWBORN REGISTER:
DUTY ADDRESS:

EMERGENCY ADDRESSEE:                        PATIENT ADDRESS:
  RELATIONSHIP: MOTHER OF PATIENT             16034 S APRIL DR
  NAME: LYNNITA BARTEE                        GULFPORT, MS  39503-4174
  ADDRESS:  16034 S APRIL DR
            GULFPORT, MS  39503
  PHONE:    2284245975

BLOOD USED (Y/N): N                         PREV ADMISSION THIS MTF: Y
BLOOD PRODUCTS:                                            UNITS.
TRAUMA CODE:
CAUSE OF INJURY:

INJURY REMARKS:
_____
_____


REGISTER: 0664608  NAME: COTTEN,TONI D                FMP/SSN: 02/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

      REPLACES AF FORM 565, DA FORM 3647, NAVMEDCOM 6300/5        175

              *** End of Report ***

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 17 Jul 2013 0800 CDT
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: EST
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 17 Jul 2013 0832 CDT

Allergies
•No Known Allergies

Vitals
Vitals Written by VALENZUELA,DENISE @ 17 Jul 2013 0824 CDT
BP: 107/75, HR: 71, T: 97.9 °F, HT: 64 in, WT: 124.0 lbs, SpO$_2$: 98%, BMI: 21.29, BSA: 1.596 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

Reason for Appointment:
Tox Check
Appointment Comments:
dgv

G0 P0. LMP: 02 Jun 2012.

Vitals
Vitals Written by VALENZUELA,DENISE AIC @ 17 Jul 2013 0824 CDT
BP: 107/75,   HR: 71,   T: 97.9 °F,   HT: 64 in,   WT: 124.0 lbs,   SpO$_2$: 98%,   BMI: 21.29,   BSA: 1.596 square meters,

Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Written by ROBERTS,OWEN W @ 23 Aug 2013 1211 CDT
1. Sickle cell thalassemia
    Medication(s):        -ACETAMINOPHEN 500MG ORAL TAB (TYLENOL)-- - T1-2 TB Q6H PRN FOR PAIN  (MAX 8 TB
                           DAILY,AVOID PRODUCTS CONTAINING TYLENOL) #100 RF3 Qt: 100 Rf: 3
                          -IBUPROFEN 600MG--PO 600MG TAB - T1 TAB PO Q6H PRN FOR PAIN #60 RF3 Qt: 60 Rf: 3

Disposition Written by ROBERTS,OWEN W @ 23 Aug 2013 1211 CDT
Released w/o Limitations
Follow up: 1 to 2 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ROBERTS,OWEN W @ 23 Aug 2013 1210 CDT
Chief Complaint

Follow-up Sickle-Beta (0) Thalassemia

History of present illness

18 year old female with known Sickle-Beta (0) Thalassemia, for which she is on Hydrea (currently 2000 mg/day), who presents today for follow-up. Patient has been seen by me since ~Aug 2012 and was last seen by me in clinic in May 2013. Patient remains on 2000 mg of Hydrea (in divided doses) daily, a dose which she has been on since ~Jan 2013. She continues to tolerate the medication (and the current dose) and denies any problems with the medication, including no fatigue, mouth sores, leg ulcers, diarrhea or other symptoms. Patient also denies having any bleeding symptoms, including no blood in stool, melena, epistaxis, or gum bleeding, and also denies having any recent or recurrent infections. Patient has, in the past, had some self-admitted noncompliance, but patient's compliance has been improved since she began seeing me (per pt). Patient with sporadic joint/bone pains, but she denies any significant increase in severity or frequency of these. She does request refills of Tylenol and Ibuprofen, which she takes for her various aches.  Otherwise, patient still with occasional, non-exertional, brief, transient chest pains, but no shortness of breath noted. N noted cough either.  No fevers, chills, night sweats, or recent unexplained weight loss. No nausea, vomiting, or abdominal pain.

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:      F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:        27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:       F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402,376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
USA Page 4 of 8

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jul 2013 0800 | Facility: F2853    Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

**Encounter Background**

Diagnosis:    Sickle-Beta (0) Thalassemia
    -- Pt has reportedly auto-infarcted her spleen
    -- Pt has received ~5 units of pRBCs previously

Treatment:
1. Hydrea – Currently, 1000 mg PO BID.

ECOG PS: 0

**Past medical/surgical history**

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

**Allergies**: NKDA

**Medications (Reconciled):**

Hydroxyurea 1000mg PO BID
Folic acid 1mg PO daily
Motrin 600mg PO q6h PRN pain
Tylenol PO PRN
Topamax 25mg PO daily

**Social history**

Tobacco:   None.
EtOH:      None.

**Family History**

Pts father had sickle cell trait, and Mother has thalassemia trait.

**Review of systems**
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.
**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea. No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematology:** No easy bruising or easy bleeding. No bleeding gums. No epistaxis.

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex:    F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:    228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB:    27 Dec 1994 | Tel W: | | Unit: | FFHV0    (0060 OPERATIONS SUPPORT SQ) |
| PCat:    F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

USA Page 5 of 8

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 17 Jul 2013 0800 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

**Psychological symptoms:** Energy normal. Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

**Physical findings**
**Vital signs:**
  ° Current vital signs reviewed.   See above in AHLTA note.
**General appearance:**
  ° Awake.  ° Alert.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**HEENT:**
  PERRL. EOMI.
  Normocephalic. Atraumatic.
  No active epistaxis or bleeding gums.
 **Neck:**
  Supple. No masses.  No lymphadenopathy.
**Lungs:**
  • No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
  •No Rhonchi were heard.  •No rales/crackles heard.
**Cardiovascular system:**
  Heart Rate And Rhythm: ° Normal.
  Heart Sounds: ° S1 normal. ° S2 normal.
  Murmurs: ° No murmurs were heard.
  Arterial Pulses: ° Normal.
  Edema: ° Not present.
**Abdomen:**
  Visual Inspection: Normal. ° Abdomen was not distended.
  Auscultation: ° Bowel sounds were normal.
  Palpation: ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
  Hepatic Findings: ° Liver was not enlarged.
  Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
  ° Level of consciousness was normal.
**Psychiatric Exam:**
  ° Affect was normal.
**Skin:**
  ° Turgor was normal. ° Showed no generalized erythema. ° Showed no ecchymosis.

**Lab Results**

| Date | Hgb S | Hgb A | Hgb A2 | Hgb F |
|---|---|---|---|---|
| 20 May 2013 1029 | 72.7 | 0 | 5.0 | 22.3 |
| 18 Mar 2013 1156 | 64.4 | 0 | 4.2 | 31.4 |
| 17 Jan 2013 1306 | 65.7 | 0 | 4.4 | 29.9 |
| 29 Nov 2012 1037 | 74.1 | 0 | 5.2 | 20.7 |
| 06 Sep 2012 1033 | 76.8 | 0 | 5.7 | 17.5 |
| 06 Aug 2012 1357 | 76 | 0 | 5.5 | 18.5 |
| 18 Apr 2012 1134 | 78.1 | 0 | 5.4 | 16.5 |
| 11 Apr 2012 0730 | 77.8 | 0 | 5.4 | 16.8 |
| 14 Mar 2012 1038 | 76.9 | 0 | 5.6 | 17.5 |
| 11 Jan 2012 1258 | 77 | 0 | 5.5 | 18.2 |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:        F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:    27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:    F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

**192**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
**USA 6** Page 3 of 8

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Jul 2013 0800 | Facility: F2853   Clinic: ONCOLOGY/HEMATOLOGY CLINIC   Provider: ROBERTS,OWEN W |

| | | | | |
|---|---|---|---|---|
| 07 Sep 2011 1224 | 62.6 | 0 | 4 | 33.4 |
| 10 Aug 2011 1106 | 69.8 | 0 | 5.2 | 25 |
| 08 Dec 2010 1256 | 70.2 | 12 | 5.5 | 12.3 |
| 30 Jun 2010 1206 | 79.3 | 0 | 5.6 | 15.1 |
| 14 Feb 2010 0600 | 75.4 | 0 | 5.4 | 19.2 |

| Comprehensive Metabolic Panel | | Site/Specimen | 17 Jul 2013 0907 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | PLASMA | 4.8 | g/dL | (3.5-5.2) | |
| Bilirubin | PLASMA | 1.1 | mg/dL | (0.0-1.1) | |
| Calcium | PLASMA | 9.7 | mg/dL | (8.4-10.2) | |
| Carbon Dioxide | PLASMA | 23.2 | mmol/L | (22-29) | |
| Chloride | PLASMA | 102 | mmol/L | (98-107) | |
| Creatinine | PLASMA | 0.5 | mg/dL | (0.5-1.2) | |
| Glucose | PLASMA | 85.1 | mg/dL | (70-115) | |
| Alkaline Phosphatase | PLASMA | 73 | U/L | (40-130) | |
| Potassium | PLASMA | 4.0 | mmol/L | (3.4-4.5) | |
| Protein | PLASMA | 8.3 (H) | g/dL | (6.0-8.0) | |
| Sodium | PLASMA | 138 | mmol/L | (136-145) | |
| Alanine Aminotransferase | PLASMA | 15 | U/L | (10-50) | |
| Aspartate Aminotransferase | PLASMA | 30 | U/L | (10-50) | |
| Urea Nitrogen | PLASMA | 5.7 (L) | mg/dL | (6-20) | |

| CBC W/Diff+Reticulocytes | | Site/Specimen | 17 Jul 2013 0907 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 7.8 | x10(3)/mcL | (4.5-12.5) | |
| RBC | BLOOD | 3.89 | x10(6)/mcL | (3.8-5.3) | |
| Hemoglobin | BLOOD | 9.5 (L) | g/dL | (11.5-15.0) | |
| Hematocrit | BLOOD | 30.6 (L) | % | (36.0-47.0) | |
| MCV | BLOOD | 78.6 (L) | fL | (80.0-96.0) | |
| MCH | BLOOD | 24.4 | pg | (23.0-34.0) | |
| MCHC | BLOOD | 31.0 | g/dL | (31.0-37.0) | |
| RDW CV | BLOOD | 25.3 (H) | % | (11.5-14.5) | |
| Platelets | BLOOD | 395 | x10(3)/mcL | (150-450) | |
| MPV | BLOOD | 8.6 | fL | (7.4-10.4) | |
| Neutrophils | BLOOD | 53.0 (H) | % | (25.5-52.0) | |
| Basophils | BLOOD | 0.0 | % | (0-2) | |
| Lymphocytes | BLOOD | 38.0 | % | (33.0-45.0) | |
| Monocytes | BLOOD | 6.0 | % | (0-7.0) | |
| Eosinophils | BLOOD | 3.0 | % | (0-5.5) | |
| Hypochromia | BLOOD | 1+ | | | |
| Anisocytosis | BLOOD | 3+ | | | |
| Slide Box | BLOOD | STORED 3 | SLOT # | | |
| Comment | BLOOD | SICKLE CELLS - NOTED | | | |
| Comment 2 | BLOOD | H-J BODIES - NOTED | | | |
| Comment 3 | BLOOD | TARGET CELLS 2+ | | | |
| Comment 4 | BLOOD | POLYCHROMASIA 1+ | | | |
| Comment 5 | BLOOD | BASO STP - NOTED <r> | | | |
| WBC Estimate | BLOOD | WBC Estimation Performed | | | |
| WBC Estimate | BLOOD | Blood smear reviewed, results verified | | | |
| WBC Estimate | BLOOD | Diff/morphology microscopically verified | | | |
| Nucleated RBC/100 WBC | BLOOD | 30 (H) | /100 WBCs | (0-.1) | |
| Cell Count | BLOOD | 100 | WBC'S | | |
| Reticulocytes | BLOOD | NP <r> | x10(9)/L | (18.2-143.0) | |
| Reticulocytes/1000 RBCs | BLOOD | 5.7 (H) | % | (0.5-2.6) | |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FPHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 17 Jul 2013 0800 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

```
Reticulocytes Immature/Total BLOOD  NP        ratio    (0.163-0.362)
RBC    BLOOD   3.89    x10(6)/mcL             (3.8-5.3)
```

```
CBC W/Diff+Reticulocytes  Site/Specimen       20 May 2013 1029 Units    Ref Rng
WBC    BLOOD   6.3      x10(3)/mcL    (4.5-12.5)
RBC    BLOOD   3.49 (L) x10(6)/mcL    (3.8-5.3)
Hemoglobin    BLOOD 8.9 (L)  g/dL     (11.5-15.0)
Hematocrit    BLOOD 29.5 (L) %        (36.0-47.0)
MCV    BLOOD   84.5     fL     (80.0-96.0)
MCH    BLOOD   25.5     pg     (23.0-34.0)
MCHC   BLOOD   30.1 (L) g/dL   (31.0-37.0)
RDW CV BLOOD   28.6 (H) %      (11.5-14.5)
Platelets BLOOD  406    x10(3)/mcL    (150-450)
MPV    BLOOD   8.6      fL     (7.4-10.4)
Neutrophils   BLOOD 43.0     %        (25.5-52.0)
Lymphocytes   BLOOD 46.0 (H) %        (33.0-45.0)
Monocytes     BLOOD 6.0      %        (0-7.0)
Hypochromia   BLOOD 2+
Anisocytosis  BLOOD 3+
Slide Box BLOOD STORED 12          SLOT #
Comment BLOOD  PLAT ADEQ <r>
Comment 2      BLOOD  SICKLE CELLS 1+
Comment 3      BLOOD  TARGET CELLS 2+
Comment 4      BLOOD  POLYCHROMASIA - NOTED
Comment 5      BLOOD  BASO STP - NOTED
WBC Estimate   BLOOD  WBC Estimation Performed
WBC Estimate   BLOOD  Diff/morphology microscopically verified
Lymphocytes Atypical   BLOOD 5      %
Nucleated RBC/100 WBC  BLOOD 84 (H) /100 WBCs     (0-.1)
Cell Count     BLOOD 100      WBC'S
Reticulocytes  BLOOD NP       x10(9)/L (18.2-143.0)
Reticulocytes/1000 RBCs  BLOOD NP <r>  %      (0.5-2.6)
Reticulocytes Immature/Total BLOOD  NP   ratio    (0.163-0.362)
RBC    BLOOD   3.49 (L) x10(6)/mcL    (3.8-5.3)
```

```
Comprehensive Metabolic Panel    Site/Specimen    20 May 2013 1029 Units    Ref Rng
Albumin PLASMA        4.5      g/dL    (3.5-5.2)
Bilirubin PLASMA      0.8      mg/dL   (0.0-1.1)
Calcium PLASMA 9.7    mg/dL    (8.4-10.2)
Carbon Dioxide   PLASMA       23.7    mmol/L  (22-29)
Chloride PLASMA       104      mmol/L  (98-107)
Creatinine    PLASMA  0.5      mg/dL   (0.5-1.2)
Glucose PLASMA 96.2   mg/dL    (70-115)
Alkaline Phosphatase  PLASMA   59      U/L     (40-130)
Potassium     PLASMA  4.0      mmol/L  (3.4-4.5)
Protein PLASMA 7.9    g/dL     (6.0-8.0)
Sodium PLASMA 143     mmol/L   (136-145)
Alanine Aminotransferase   PLASMA   12   U/L   (10-50)
Aspartate Aminotransferase PLASMA   25   U/L   (10-50)
Urea Nitrogen    PLASMA   5.0 (L)  mg/dL       (6-20)
```

```
CBC W/Diff+Reticulocytes  Site/Specimen    18 Mar 2013 1156 Units    Ref Rng
```

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:  F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN:  02/417173405 | Tel H:  228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:  27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:  F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status:  TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (4 CFR) 201-45.505
Page 5 of 8



USA - 8

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Jul 2013 0800 | Facility: F2853    Clinic: ONCOLOGY/HEMATOLOGY CLINIC    Provider: ROBERTS,OWEN W |

```
WBC         BLOOD  7.8      x10(3)/mcL    (4.5-12.5)
RBC         BLOOD  3.43 (L) x10(6)/mcL    (3.8-5.3)
Hemoglobin         BLOOD 9.6 (L)  g/dL    (11.5-15.0)
HematocritBLOOD  31.5 (L)  %           (36.0-47.0)
MCV         BLOOD  92.1     fL          (80.0-96.0)
MCH         BLOOD  28.1     pg          (23.0-34.0)
MCHC        BLOOD  30.5 (L) g/dL        (31.0-37.0)
RDW CV  BLOOD  24.2 (H) %              (11.5-14.5)
Platelets  BLOOD  531 (H)  x10(3)/mcL   (150-450)
MPV         BLOOD  8.4      fL          (7.4-10.4)
Neutrophils        BLOOD  52.0   %      (25.5-52.0)
Basophils BLOOD  2.0       %           (0-2)
Lymphocytes        BLOOD  41.0   %      (33.0-45.0)
MonocytesBLOOD  3.0        %           (0-7.0)
Eosinophils        BLOOD  1.0    %      (0-5.5)
Slide Box  BLOOD  STORED 12        SLOT #
Comment  BLOOD  ANISOCYTOSIS 2+
Comment 2        BLOOD  TARGET CELLS 3+
Comment 3        BLOOD  SICKLE CELLS 1+
Comment 4        BLOOD  PLAT ADEQ
Comment 5        BLOOD  POLYCHROMASIA 1+
Lymphocytes Atypical      BLOOD  1      %
Nucleated RBC/100 WBC     BLOOD  14 (H)  /100 WBCs      (0-.1)
Cell CountBLOOD  100       WBC'S
Reticulocytes      BLOOD  96.8   x10(9)/L  (18.2-143.0)
Reticulocytes/1000 RBCs   BLOOD  2.8 (H)  %      (0.5-2.6)
Reticulocytes Immature/Total  BLOOD  0.370 (H)ratio    (0.163-0.362)
RBC         BLOOD  3.43 (L) x10(6)/mcL    (3.8-5.3)
```

| Comprehensive Metabolic Panel | | Site/Specimen | 18 Mar 2013 1156 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin   PLASMA | 4.3 | g/dL | (3.5-5.2) | | |
| Bilirubin  PLASMA | 0.7 <i> | mg/dL | (0.0-1.1) | | |
| Calcium   PLASMA | 9.6 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide     PLASMA | 24.0 | mmol/L | (22-29) | | |
| Chloride   PLASMA | 101 | mmol/L | (98-107) | | |
| Creatinine PLASMA | 0.4 (L) <i> | mg/dL | (0.5-1.2) | | |
| Glucose   PLASMA | 73.1 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 69 | U/L | (40-130) | |
| Potassium PLASMA | 4.1 | mmol/L | (3.4-4.5) | | |
| Protein     PLASMA | 8.0 | g/dL | (6.0-8.0) | | |
| Sodium    PLASMA | 138 | mmol/L | (136-145) | | |
| Alanine Aminotransferase | PLASMA | 13 | U/L | (10-50) | |
| Aspartate Aminotransferase | PLASMA | 29 | U/L | (10-50) | |
| Urea Nitrogen      PLASMA | 7.1 | mg/dL | (6-20) | | |

| Comprehensive Metabolic Panel W/GFR | | Site/Specimen | 17 Jan 2013 1306 | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin PLASMA | 4.4 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | 0.6 <i> | mg/dL | (0.0-1.1) | | |
| Calcium PLASMA | 9.1 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide     PLASMA | 21.8 (L) | mmol/L | (22-29) | | |
| Chloride    PLASMA | 103 | mmol/L | (98-107) | | |
| Creatinine          PLASMA | 0.5 <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | 103.0 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 74 | U/L | (40-130) | |

| Name/SSN: COTTEN, TONI D/602901058 | | |
|---|---|---|
| | Sex:    F | Sponsor/SSN:   BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank:   MASTER SERGEANT |
| DOB:   27 Dec 1994 | Tel W: | Unit:   FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:   F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm:  10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM:   VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM:   376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
USA   Page 6 of 8

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| 17 Jul 2013 0800 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

```
Potassium        PLASMA       3.7        mmol/L  (3.4-4.5)
Protein  PLASMA   8.1 (H)     g/dL       (6.0-8.0)
Sodium  PLASMA    137         mmol/L     (136-145)
Alanine Aminotransferase   PLASMA    11     U/L    (10-50)
Aspartate Aminotransferase PLASMA    24     U/L    (10-50)
Urea Nitrogen    PLASMA       4.5 (L)    mg/dL   (6-20)
Anion Gap        PLASMA       12.4       mmol/L
GFR Black        PLASMA       >60        (SEE-INTERP)
GFR Non-Black    PLASMA       >60 <i>    (SEE-INTERP)
Urea Nitrogen/Creatinine     PLASMA     9.0    ratio
```

| CBC W/Diff+Reticulocytes Site/Specimen | | | 17 Jan 2013 1306 Units | Ref Rng |
|---|---|---|---|---|
| WBC | BLOOD | 5.7 | x10(3)/mcL | (4.5-12.5) |
| RBC | BLOOD | 3.13 (L) | x10(6)/mcL | (3.8-5.3) |
| Hemoglobin | BLOOD | 9.3 (L) | g/dL | (11.5-15.0) |
| Hematocrit | BLOOD | 29.3 (L) | % | (36.0-47.0) |
| MCV | BLOOD | 93.7 | fL | (80.0-96.0) |
| MCH | BLOOD | 29.8 | pg | (23.0-34.0) |
| MCHC | BLOOD | 31.8 | g/dL | (31.0-37.0) |
| RDW CV | BLOOD | 26.0 (H) | % | (11.5-14.5) |
| Platelets | BLOOD | 531 (H) | x10(3)/mcL | (150-450) |
| MPV | BLOOD | 7.8 | fL | (7.4-10.4) |
| Neutrophils | BLOOD | 24.0 (L) | % | (25.5-52.0) |
| Basophils | BLOOD | 1.0 | % | (0-2) |
| Lymphocytes | BLOOD | 55.0 (H) | % | (33.0-45.0) |
| Monocytes | BLOOD | 15.0 (H) | % | (0-7.0) |
| Eosinophils | BLOOD | 1.0 | % | (0-5.5) |
| Slide Box | BLOOD | STORED 9 | SLOT # | |
| Comment | BLOOD | SICKLE CELLS 1+ | | |
| Comment 2 | BLOOD | TARGET CELLS 1+ | | |
| Comment 3 | BLOOD | PLAT,CLUMPED - NOTED | | |
| Comment 4 | BLOOD | PLAT INCR | | |
| WBC Estimate | BLOOD | Blood smear reviewed, results verified | | |
| WBC Estimate | BLOOD | Diff/morphology microscopically verified | | |
| Neutrophils Band Form | BLOOD | 2 | % | (0-11) |
| Lymphocytes Atypical | BLOOD | 2 | % | |
| Cell Count | BLOOD | 100 | WBC'S | |
| Reticulocytes | BLOOD | NP | x10(9)/L | (18.2-143.0) |
| Reticulocytes/1000 RBCs | BLOOD | NP <r> | % | (0.5-2.6) |
| Reticulocytes Immature/Total | BLOOD | NP | ratio | (0.163-0.362) |
| RBC | BLOOD | 3.13 (L) | x10(6)/mcL | (3.8-5.3) |

| Reticulocyte Count Manual Site/Specimen | | | 17 Jan 2013 1306 Units | Ref Rng |
|---|---|---|---|---|
| Reticulocytes/1000 RBCs | BLOOD | 7.53 | % | |

| Viscosity Site/Specimen | 06 Aug 2012 1357 Units | Ref Rng |
|---|---|---|
| Viscosity SERUM | 1.7 | 1.5-1.9 |

A/P

### 1. SICKLE CELL THALASSEMIA:

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia. Patient remains on Hydrea, which she has been on

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

168

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jul 2013 0800 | Facility: F2853    Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

chronically, and should remain on at this point.  She has, overall, seemed more compliant with the medication since I began following her (based both on her self reports and based on her Hgb F levels, although her Hgb F decreased on her last Hgb electrophoresis in May 2013, possibly indicative of some noncompliance).  A hemoglobin electrophoresis was also sent today, but the results of it were not available at the time of this appointment.  Overall, patient has stable symptoms (with some sporadic bone/joint pains noted, for which patient takes PRN Tylenol and Motrin, which will refill today, as per pts request).  Patient also with occasional chest symptoms, but these are often very brief/transient and do not seem to be worsening/increasing.  Given all of this, will have patient remain on current/same dose of Hydrea  as she has been on (i.e. 1000 mg PO BID).  Counseled patient, once again, on the importance of taking this medication regularly, as prescribed.  Patient to follow-up again in 1-2 months, or sooner as needed, if she develops any new/worsening problems.


-- Patient to remain on current dose of Hydrea (i.e. 1000 mg PO BID)

-- Patient to continue taking daily folate supplementation (1 mg PO daily)

-- Refilled patient's Tylenol (500-1000 mg PO Q6h PRN for pain) and Ibuprofen (600 mg PO Q6h PRN for pain), as requested by the patient

-- Patient to continue to have repeat labs done around the time of each follow-up visit (including CBC, CMP, Hemoglobin electrophoresis)

-- Patient to continue to follow-up in Hem-Onc clinic ~Q1-2 months


**Signed By  ROBERTS, OWEN W** (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 23 Aug 2013 1211

---

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:        F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:    228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:       27 Dec 1994 | Tel W: | Unit: | FFHV0    (0060 OPERATIONS SUPPORT SQ) |
| PCat:        F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 20 May 2013 1030 CDT
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: EST
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 20 May 2013 1041 CDT

Allergies
•No Known Allergies

Vitals
No Vitals Found.

Reason for Appointment:
3 Month Follow Up
Appointment Comments:
dgv

G0 P0.  LMP: 02 Jun 2012.

Vitals
Vitals Written by VALENZUELA,DENISE AlC @ 20 May 2013 1101 CDT
BP: 104/71,   HR: 75,   T: 98.5 °F,   HT: 64 in,   WT: 124.8 lbs,   SpO$_2$: 99%,   BMI: 21.42,   BSA: 1.601 square meters,

Tobacco Use: Yes,   Alcohol Use: Yes,   Pain Scale: 3/10 Mild,   Pain Scale Comments: Headache

A/P Written by ROBERTS,OWEN W @ 20 May 2013 1145 CDT
1. Sickle cell thalassemia
        Medication(s):     -HYDROXYUREA 500MG CAP (HYDREA)--PO 500MG - TAKE 2 CAPSULES BY MOUTH BID #360 RF3
                            Qt: 360 Rf: 3

Disposition Written by ROBERTS,OWEN W @ 20 May 2013 1145 CDT
Released w/o Limitations
Follow up: 1 to 2 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ROBERTS,OWEN W @ 20 May 2013 1144 CDT
Chief Complaint

Follow-up Sickle-Beta (0) Thalassemia

History of present illness

18 year old female with known Sickle-Beta (0) Thalassemia, for which she is on Hydrea (currently 2000 mg/day), who presents today for follow-up.  Patient has been seen by me since ~Aug 2012 and was last seen by me in clinic in Mar 2013.  Patient remains on 2000 mg of Hydrea (in divided doses) daily, a dose which she has been on since ~Jan 2013.  She continues to tolerate the medication (and the dose) and denies any problems with the medication, including no fatigue, mouth sores, leg ulcers, diarrhea or other symptoms.  Patient has, in the past, had some self-admitted noncompliance, but she has had pretty good compliance since she began seeing me (as reflected in her Hgb F percentage).  At last visit, patient had noted having some knee pain, but those symptoms reportedly subsequently resolved (per pt).  Otherwise, patient still with occasional, non-exertional, transient chest pains and has sporadic other bone/joint pains, but nothing that has impacted the pt significantly or has been limiting in any way.  No significant SOB noted.  No fevers, chills, night sweats, or recent unexplained weight loss.  No bleeding symptoms.

Encounter Background

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:          F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN:  02/417173405 | Tel H:      228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:      27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:      F4J USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402,376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 6

USA - 12

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 20 May 2013 1030 | Facility: F2853   Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

**Diagnosis:** Sickle-Beta (0) Thalassemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

**Treatment:**
1. Hydrea – Currently, 1000 mg PO BID.

**ECOG PS:** 0

---

Past medical/surgical history

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

Allergies: NKDA

Medications:

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1000mg PO daily

- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

Social history

Tobacco: None.
EtOH:   None.

Family History

Pts father had sickle cell trait, and Mother has thalassemia trait.

Review of systems
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.
**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea. No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex:    F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN:  02/417173405 | Tel H:   228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB:    27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:    F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| 20 May 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding. No bleeding gums. No epistaxis.
**Psychological symptoms:** Energy normal. Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

Physical findings
**Vital signs:**
   ° Current vital signs reviewed.  See above in AHLTA note.
**General appearance:**
   ° Awake.  ° Alert.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**HEENT:**
       PERRL. EOMI.
       Normocephalic. Atraumatic.
       No active epistaxis or bleeding gums.
 **Neck:**
       Supple. No masses.  No lymphadenopathy.
**Lungs:**
     • No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
       •No Rhonchi were heard.  •No rales/crackles heard.
**Cardiovascular system:**
       Heart Rate And Rhythm: ° Normal.
       Heart Sounds: ° S1 normal.  ° S2 normal.
       Murmurs: ° No murmurs were heard.
       Arterial Pulses: ° Normal.
       Edema: ° Not present.
**Abdomen:**
       Visual Inspection: Normal. ° Abdomen was not distended.
       Auscultation: ° Bowel sounds were normal.
       Palpation: ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
       Hepatic Findings: ° Liver was not enlarged.
       Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
       ° Level of consciousness was normal.
**Psychiatric Exam:**
       ° Affect was normal.
**Skin:**
       ° Turgor was normal.  ° Showed no generalized erythema.  ° Showed no ecchymosis.

Lab Results

| Date | Hgb S | Hgb A | Hgb A2 | Hgb F |
|---|---|---|---|---|
| 18 Mar 2013 1156 | 64.4 | 0 | 4.2 | 31.4 |
| 17 Jan 2013 1306 | 65.7 | 0 | 4.4 | 29.9 |
| 29 Nov 2012 1037 | 74.1 | 0 | 5.2 | 20.7 |
| 06 Sep 2012 1033 | 76.8 | 0 | 5.7 | 17.5 |
| 06 Aug 2012 1357 | 76 | 0 | 5.5 | 18.5 |
| 18 Apr 2012 1134 | 78.1 | 0 | 5.4 | 16.5 |
| 11 Apr 2012 0730 | 77.8 | 0 | 5.4 | 16.8 |
| 14 Mar 2012 1038 | 76.9 | 0 | 5.6 | 17.5 |

**Name/SSN: COTTEN, TONI D/602901058**

| | | | |
|---|---|---|---|
| FMP/SSN: **02/417173405** | Sex:        F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| DOB:        **27 Dec 1994** | Tel H:    228-424-5975 | Rank: | MASTER SERGEANT |
| PCat:      F41 USAF FAM MBR AD | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| MC Status:  TRICARE PRIME (CHAMPUS) | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| Insurance:  No | Status: | PCM: | VOEGELE,LAURA L |
| | | Tel. PCM: | 376.0402;376.2550 |

**166**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 20 May 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

| | | | | |
|---|---|---|---|---|
| 11 Jan 2012 1258 | 77 | 0 | 5.5 | 18.2 |
| 07 Sep 2011 1224 | 62.6 | 0 | 4 | 33.4 |
| 10 Aug 2011 1106 | 69.8 | 0 | 5.2 | 25 |
| 08 Dec 2010 1256 | 70.2 | 12 | 5.5 | 12.3 |
| 30 Jun 2010 1206 | 79.3 | 0 | 5.6 | 15.1 |
| 14 Feb 2010 0600 | 75.4 | 0 | 5.4 | 19.2 |

| CBC W/Diff+Reticulocytes | Site/Specimen | | 18 Mar 2013 1156 Units | Ref Rng |
|---|---|---|---|---|
| WBC BLOOD | 7.8 | x10(3)/mcL | | (4.5-12.5) |
| RBC BLOOD | 3.43 (L) | x10(6)/mcL | | (3.8-5.3) |
| **Hemoglobin** | **BLOOD** 9.6 (L) | g/dL | | (11.5-15.0) |
| Hematocrit BLOOD | 31.5 (L) | % | | (36.0-47.0) |
| MCV BLOOD | 92.1 | fL | | (80.0-96.0) |
| MCH BLOOD | 28.1 | pg | | (23.0-34.0) |
| MCHC BLOOD | 30.5 (L) | g/dL | | (31.0-37.0) |
| RDW CV BLOOD | 24.2 (H) | % | | (11.5-14.5) |
| **Platelets** | **BLOOD** 531 (H) | **x10(3)/mcL** | | (150-450) |
| MPV BLOOD | 8.4 | fL | | (7.4-10.4) |
| Neutrophils BLOOD | 52.0 | % | | (25.5-52.0) |
| Basophils BLOOD | 2.0 | % | | (0-2) |
| Lymphocytes BLOOD | 41.0 | % | | (33.0-45.0) |
| Monocytes BLOOD | 3.0 | % | | (0-7.0) |
| Eosinophils BLOOD | 1.0 | % | | (0-5.5) |
| Slide Box BLOOD STORED | 12 | SLOT # | | |
| Comment BLOOD | ANISOCYTOSIS 2+ | | | |
| Comment 2 BLOOD | TARGET CELLS 3+ | | | |
| Comment 3 BLOOD | SICKLE CELLS 1+ | | | |
| Comment 4 BLOOD | PLAT ADEQ | | | |
| Comment 5 BLOOD | POLYCHROMASIA 1+ | | | |
| Lymphocytes Atypical BLOOD | 1 | % | | |
| Nucleated RBC/100 WBC BLOOD | 14 (H) | /100 WBCs | | (0-.1) |
| Cell Count BLOOD | 100 | WBC'S | | |
| Reticulocytes BLOOD | 96.8 | x10(9)/L | | (18.2-143.0) |
| Reticulocytes/1000 RBCs BLOOD | 2.8 (H) | % | | (0.5-2.6) |
| Reticulocytes Immature/Total BLOOD | 0.370 (H) | ratio | | (0.163-0.362) |
| RBC BLOOD | 3.43 (L) | x10(6)/mcL | | (3.8-5.3) |

| Comprehensive Metabolic Panel | Site/Specimen | | 18 Mar 2013 1156 Units | Ref Rng |
|---|---|---|---|---|
| Albumin PLASMA | 4.3 | g/dL | | (3.5-5.2) |
| Bilirubin PLASMA | 0.7 <i> | mg/dL | | (0.0-1.1) |
| Calcium PLASMA | 9.6 | mg/dL | | (8.4-10.2) |
| Carbon Dioxide PLASMA | 24.0 | mmol/L | | (22-29) |
| Chloride PLASMA | 101 | mmol/L | | (98-107) |
| Creatinine PLASMA | 0.4 (L) <i> | mg/dL | | (0.5-1.2) |
| Glucose PLASMA | 73.1 | mg/dL | | (70-115) |
| Alkaline Phosphatase PLASMA | 69 | U/L | | (40-130) |
| Potassium PLASMA | 4.1 | mmol/L | | (3.4-4.5) |
| Protein PLASMA | 8.0 | g/dL | | (6.0-8.0) |
| Sodium PLASMA | 138 | mmol/L | | (136-145) |
| Alanine Aminotransferase PLASMA | 13 | U/L | | (10-50) |
| Aspartate Aminotransferase PLASMA | 29 | U/L | | (10-50) |
| Urea Nitrogen PLASMA | 7.1 | mg/dL | | (6-20) |

---

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

**165**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 4 of 6

USA - 15

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 20 May 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

### Comprehensive Metabolic Panel W/GFR      Site/Specimen      17 Jan 2013 1306  Units      Ref Rng

| | | | | | | |
|---|---|---|---|---|---|---|
| Albumin PLASMA | 4.4 | g/dL | (3.5-5.2) | | | |
| Bilirubin PLASMA | 0.6 <i> | mg/dL | (0.0-1.1) | | | |
| Calcium PLASMA | 9.1 | mg/dL | (8.4-10.2) | | | |
| Carbon Dioxide    PLASMA | 21.8 (L) | mmol/L | (22-29) | | | |
| Chloride PLASMA | 103 | mmol/L | (98-107) | | | |
| Creatinine          PLASMA | 0.5 <i> | mg/dL | (0.5-1.2) | | | |
| Glucose PLASMA | 103.0 | mg/dL | (70-115) | | | |
| Alkaline Phosphatase       PLASMA | 74 | U/L | (40-130) | | | |
| Potassium         PLASMA | 3.7 | mmol/L | (3.4-4.5) | | | |
| Protein   PLASMA | 8.1 (H) | g/dL | (6.0-8.0) | | | |
| Sodium  PLASMA | 137 | mmol/L | (136-145) | | | |
| Alanine Aminotransferase     PLASMA | 11 | U/L | (10-50) | | | |
| Aspartate Aminotransferase  PLASMA | 24 | U/L | (10-50) | | | |
| Urea Nitrogen       PLASMA | 4.5 (L) | mg/dL | (6-20) | | | |
| Anion Gap          PLASMA | 12.4 | mmol/L | | | | |
| GFR Black          PLASMA | >60 | | (SEE-INTERP) | | | |
| GFR Non-Black    PLASMA | >60 <i> | | (SEE-INTERP) | | | |
| Urea Nitrogen/Creatinine    PLASMA | 9.0 | ratio | | | | |

### CBC W/Diff+Reticulocytes  Site/Specimen      17 Jan 2013 1306  Units      Ref Rng

| | | | | | |
|---|---|---|---|---|---|
| WBC        BLOOD | 5.7 | x10(3)/mcL | (4.5-12.5) | | |
| RBC         BLOOD | 3.13 (L) | x10(6)/mcL | (3.8-5.3) | | |
| Hemoglobin     BLOOD | 9.3 (L) | g/dL | (11.5-15.0) | | |
| Hematocrit      BLOOD | 29.3 (L) | % | (36.0-47.0) | | |
| MCV         BLOOD | 93.7 | fL | (80.0-96.0) | | |
| MCH        BLOOD | 29.8 | pg | (23.0-34.0) | | |
| MCHC      BLOOD | 31.8 | g/dL | (31.0-37.0) | | |
| RDW CV BLOOD | 26.0 (H) | % | (11.5-14.5) | | |
| Platelets  BLOOD | 531 (H) | x10(3)/mcL | (150-450) | | |
| MPV        BLOOD | 7.8 | fL | (7.4-10.4) | | |
| Neutrophils        BLOOD | 24.0 (L) | % | (25.5-52.0) | | |
| Basophils BLOOD | 1.0 | % | (0-2) | | |
| Lymphocytes     BLOOD | 55.0 (H) | % | (33.0-45.0) | | |
| Monocytes       BLOOD | 15.0 (H) | % | (0-7.0) | | |
| Eosinophils       BLOOD | 1.0 | % | (0-5.5) | | |
| Slide Box BLOOD  STORED 9 | | SLOT 4 | | | |
| Comment BLOOD  SICKLE CELLS 1+ | | | | | |
| Comment 2        BLOOD  TARGET CELLS 1+ | | | | | |
| Comment 3        BLOOD  PLAT,CLUMPED - NOTED | | | | | |
| Comment 4        BLOOD  PLAT INCR | | | | | |
| WBC Estimate     BLOOD  Blood smear reviewed, results verified | | | | | |
| WBC Estimate     BLOOD  Diff/morphology microscopically verified | | | | | |
| Neutrophils Band Form        BLOOD 2 | | % | (0-11) | | |
| Lymphocytes Atypical       BLOOD 2 | | % | | | |
| Cell Count        BLOOD  100 | | WBC'S | | | |
| Reticulocytes       BLOOD  NP | | x10(9)/L | (18.2-143.0) | | |
| Reticulocytes/1000 RBCs      BLOOD  NP <r> | | % | (0.5-2.6) | | |
| Reticulocytes Immature/Total BLOOD  NP | | ratio | (0.163-0.362) | | |
| RBC        BLOOD  3.13 (L)  x10(6)/mcL | | | (3.8-5.3) | | |

### Reticulocyte Count Manual Site/Specimen      17 Jan 2013 1306  Units      Ref Rng

| | | |
|---|---|---|
| Reticulocytes/1000 RBCs      BLOOD 7.53 | | % |

| Name/SSN: COTTEN, TONI D/602901058 | | |
|---|---|---|
| | Sex:        F | Sponsor/SSN:    BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank:              MASTER SERGEANT |
| DOB:        27 Dec 1994 | Tel W: | Unit:               FFHV0    (0060 OPERATIONS SUPPORT SQ) |
| PCat:       F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm:   10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM:             VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM:        376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| 20 May 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

===

| Viscosity Site/Specimen | 06 Aug 2012 1357 Units | Ref Rng |
|---|---|---|
| Viscosity SERUM 1.7 | | 1.5-1.9 |

A/P

**1. SICKLE CELL THALASSEMIA:**

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia. Patient remains on Hydrea, which she has been on chronically, but which she has been more compliant with taking since she began following up in the clinic (in Aug 2012). Hgb F has been consistently improving as patient's compliance has improved, and pts Hgb F was > 30% on last check (in Mar 2013). Patient had labs drawn earlier today, but the results of these were not available at the time of the appt. Overall, patient with stable to improved symptoms (although still with occasional bone/joint pains as well as occasional atypical chest pain symptoms). At this point, will have patient remain on current/same dose of Hydrea as she has been on (i.e. 1000 mg PO BID). Patient to follow-up again in 1-2 months, or sooner as needed, if she develops any new/worsening problems.

-- Patient to remain on current dose of Hydrea (i.e. 1000 mg PO BID) - *Refilled today*

-- Patient to continue taking daily folate supplementation (1 mg PO daily)

-- Patient to continue to have repeat labs done around the time of each follow-up visit (including CBC, CMP, Hemoglobin electrophoresis)

-- Patient to continue to follow-up in Hem-Onc clinic ~Q1-2 months

Signed By ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 20 May 2013 1145

| Name/SSN: COTTEN, TONI D/602901058 | | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|---|
| | Sex: F | | | |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: **Outpatient**

Date: 18 Mar 2013 1030 CDT
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: EST
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 18 Mar 2013 1042 CDT

**Allergies**
•No Known Allergies

**Vitals**
Vitals Written by VALENZUELA,DENISE @ 18 Mar 2013 1040 CDT
BP: 96/61, HR: 82, T: 98.6 °F, HT: 64 in, WT: 130.7 lbs, SpO$_2$: 96%, BMI: 22.43, BSA: 1.632 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Reason for Appointment:**
2 Month Follow Up
**Appointment Comments:**
KMD

G0 P0.  LMP: 02 Jun 2012.

**Vitals**
Vitals Written by VALENZUELA,DENISE AIC @ 18 Mar 2013 1040 CDT
BP: 96/61,   HR: 82,   T: 98.6 °F,   HT: 64 in,   WT: 130.7 lbs,   SpO$_2$: 96%,   BMI: 22.43,   BSA: 1.632 square meters,
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Written by ROBERTS,OWEN W @ 27 Mar 2013 1007 CDT
1. **Sickle cell thalassemia**

Disposition Last updated by ROBERTS,OWEN W @ 27 Mar 2013 1008 CDT
**Released w/o Limitations**
Follow up: 1 to 2 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ROBERTS,OWEN W @ 27 Mar 2013 1007 CDT
**Chief Complaint**

Follow-up Sickle-Beta (0) Thalassemia

**History of present illness**

18 year old female with known Sickle-Beta (0) Thalassemia, for which she is on Hydrea, who presents today for follow-up. Patient previously seen here at Keesler by Pediatric Hematology, but she has been followed by me since Aug 2012. At the time of her last visit (in Jan 2013), pts Hydrea dose was increased from 1500 mg PO daily (specifically 500 mg TID) to 2000 mg daily (specifically, 1000 mg PO BID). In the past, patient had some previous self-admitted noncompliance, but she has reported better compliance lately (and reports taking her Hydrea now, as prescribed). Patient also denies having any problems (in terms of side effects) with the Hydrea, including no fatigue, mouth sores, leg ulcers, diarrhea or other symptoms. Patient has had some prior problems in the past with her hips, but has been seen by (and is followed by) Orthopedics for those issues. Patient with some recent knee pain noted, but reports she will talk to the Orthopedics doctors about it. Patient with rare, non-exertion, atypical chest pain, which is not felt to be cardiac (as noted in pts recent Cardiology evaluation, who patient reports seeing about yearly). No increased bone pain. No significant SOB noted. No fevers, chills, night sweats, or recent unexplained weight loss. No bleeding symptoms.

**Encounter Background**

Name/SSN: COTTEN, TONI D/602901058

FMP/SSN: **02/417173405**
DOB:       **27 Dec 1994**
PCat:      F41 USAF FAM MBR AD
MC Status: TRICARE PRIME (CHAMPUS)
Insurance: No

Sex:     F
Tel H:   228-424-5975
Tel W:
CS:
Status:

Sponsor/SSN:   BARTEE, LYNNITA M/417173405
Rank:          MASTER SERGEANT
Unit:          FFHV0   (0060 OPERATIONS SUPPORT SQ)
Outpt Rec. Rm: 10 KEESLER OUTPATIENT RECORDS
PCM:           VOEGELE,LAURA L
Tel. PCM:      376.0402;376.2550

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 5

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 18 Mar 2013 1030 | Facility: F2853   Clinic: ONCOLOGY/HEMATOLOGY CLINIC   Provider: ROBERTS,OWEN W | |

**Diagnosis:** Sickle-Beta (0) Thalassemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

**Treatment:**
1. Hydrea.

**ECOG PS:** 0

___

**Past medical/surgical history**

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

**Allergies:** NKDA

**Medications:**

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1000mg PO daily

- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

**Social history**

Tobacco: None.
EtOH: None.

**Family History**

Pts father had sickle cell trait, and Mother has thalassemia trait.

**Review of systems**
Systemic symptoms: No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
Head symptoms: No headache.
Eye symptoms: No worsening vision.
Cardiovascular symptoms: No chest pain or discomfort and no palpitations. No limb swelling.
Pulmonary symptoms: No dyspnea. No cough.
Gastrointestinal symptoms: Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and

| Name/SSN: COTTEN, TONI D/602901058 | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|
| FMP/SSN: **02/417173405** | Sex: F | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel H: 228-424-5975 | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | Tel W: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | PCM: | VOEGELE,LAURA L |
| Insurance: No | Status: | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 5
USA - 19

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 18 Mar 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding. No bleeding gums. No epistaxis.
**Psychological symptoms:** Energy normal. Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

**Physical findings**
**Vital signs:**
    ° Current vital signs reviewed. See above in AHLTA note.
**General appearance:**
    ° Awake. ° Alert. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.
**HEENT:**
        PERRL. EOMI.
        Normocephalic. Atraumatic.
        No active epistaxis or bleeding gums.
 **Neck:**
        Supple. No masses. No lymphadenopathy.
**Lungs:**
    • No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
    •No Rhonchi were heard. •No rales/crackles heard.
**Cardiovascular system:**
        Heart Rate And Rhythm: ° Normal.
        Heart Sounds: ° S1 normal. ° S2 normal.
        Murmurs: ° No murmurs were heard.
        Arterial Pulses: ° Normal.
        Edema: ° Not present.
**Abdomen:**
        Visual Inspection: Normal. ° Abdomen was not distended.
        Auscultation: ° Bowel sounds were normal.
        Palpation: ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
        Hepatic Findings: ° Liver was not enlarged.
        Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
        ° Level of consciousness was normal.
**Psychiatric Exam:**
        ° Affect was normal.
**Skin:**
        ° Turgor was normal. ° Showed no generalized erythema. ° Showed no ecchymosis.

**Lab Results**

| Date | Hgb S | Hgb A | Hgb A2 | Hgb F |
|---|---|---|---|---|
| 17 Jan 2013 1306 | 65.7 | 0 | 4.4 | 29.9 |
| 29 Nov 2012 1037 | 74.1 | 0 | 5.2 | 20.7 |
| 06 Sep 2012 1033 | 76.8 | 0 | 5.7 | 17.5 |
| 06 Aug 2012 1357 | 76 | 0 | 5.5 | 18.5 |
| 18 Apr 2012 1134 | 78.1 | 0 | 5.4 | 16.5 |
| 11 Apr 2012 0730 | 77.8 | 0 | 5.4 | 16.8 |
| 14 Mar 2012 1038 | 76.9 | 0 | 5.6 | 17.5 |
| 11 Jan 2012 1258 | 77 | 0 | 5.5 | 18.2 |

Name/SSN: COTTEN, TONI D/602901058

| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 18 Mar 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

| 07 Sep 2011 1224 | 62.6 | 0 | 4 | 33.4 |
|---|---|---|---|---|
| 10 Aug 2011 1106 | 69.8 | 0 | 5.2 | 25 |
| 08 Dec 2010 1256 | 70.2 | 12 | 5.5 | 12.3 |
| 30 Jun 2010 1206 | 79.3 | 0 | 5.6 | 15.1 |
| 14 Feb 2010 0600 | 75.4 | 0 | 5.4 | 19.2 |

| Comprehensive Metabolic Panel W/GFR | | | Site/Specimen | 17 Jan 2013 1306 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin PLASMA | | 4.4 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | | 0.6 <i> | mg/dL | (0.0-1.1) | | |
| Calcium PLASMA | | 9.1 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide PLASMA | | 21.8 (L) | mmol/L | (22-29) | | |
| Chloride PLASMA | | 103 | mmol/L | (98-107) | | |
| Creatinine PLASMA | | 0.5 <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | | 103.0 | mg/dL | (70-115) | | |
| Alkaline Phosphatase PLASMA | | 74 | U/L | (40-130) | | |
| Potassium PLASMA | | 3.7 | mmol/L | (3.4-4.5) | | |
| Protein PLASMA | | 8.1 (H) | g/dL | (6.0-8.0) | | |
| Sodium PLASMA | | 137 | mmol/L | (136-145) | | |
| Alanine Aminotransferase PLASMA | | 11 | U/L | (10-50) | | |
| Aspartate Aminotransferase PLASMA | | 24 | U/L | (10-50) | | |
| Urea Nitrogen PLASMA | | 4.5 (L) | mg/dL | (6-20) | | |
| Anion Gap PLASMA | | 12.4 | mmol/L | | | |
| GFR Black PLASMA | | >60 | | (SEE-INTERP) | | |
| GFR Non-Black PLASMA | | >60 <i> | | (SEE-INTERP) | | |
| Urea Nitrogen/Creatinine PLASMA | | 9.0 | ratio | | | |

| CBC W/Diff+Reticulocytes | | Site/Specimen | 17 Jan 2013 1306 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC BLOOD | 5.7 | x10(3)/mcL | (4.5-12.5) | | |
| RBC BLOOD | 3.13 (L) | x10(6)/mcL | (3.8-5.3) | | |
| Hemoglobin BLOOD | 9.3 (L) | g/dL | (11.5-15.0) | | |
| Hematocrit BLOOD | 29.3 (L) | % | (36.0-47.0) | | |
| MCV BLOOD | 93.7 | fL | (80.0-96.0) | | |
| MCH BLOOD | 29.8 | pg | (23.0-34.0) | | |
| MCHC BLOOD | 31.8 | g/dL | (31.0-37.0) | | |
| RDW CV BLOOD | 26.0 (H) | % | (11.5-14.5) | | |
| Platelets BLOOD | 531 (H) | x10(3)/mcL | (150-450) | | |
| MPV BLOOD | 7.8 | fL | (7.4-10.4) | | |
| Neutrophils BLOOD | 24.0 (L) | % | (25.5-52.0) | | |
| Basophils BLOOD | 1.0 | % | (0-2) | | |
| Lymphocytes BLOOD | 55.0 (H) | % | (33.0-45.0) | | |
| Monocytes BLOOD | 15.0 (H) | % | (0-7.0) | | |
| Eosinophils BLOOD | 1.0 | % | (0-5.5) | | |
| Slide Box BLOOD | STORED 9 | SLOT # | | | |
| Comment BLOOD | SICKLE CELLS 1+ | | | | |
| Comment 2 BLOOD | TARGET CELLS 1+ | | | | |
| Comment 3 BLOOD | PLAT,CLUMPED - NOTED | | | | |
| Comment 4 BLOOD | PLAT INCR | | | | |
| WBC Estimate BLOOD | Blood smear reviewed, results verified | | | | |
| WBC Estimate BLOOD | Diff/morphology microscopically verified | | | | |
| Neutrophils Band Form BLOOD | 2 | % | (0-11) | | |
| Lymphocytes Atypical BLOOD | 2 | % | | | |
| Cell Count BLOOD | 100 | WBC'S | | | |
| Reticulocytes BLOOD | NP | x10(9)/L | (18.2-143.0) | | |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

159

CHRONOLOGICAL RECORD OF MEDICAL CARE

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| 18 Mar 2013 1030 | Facility: F2853 | Clinic: ONCOLOGY/HEMATOLOGY CLINIC | Provider: ROBERTS,OWEN W |

```
Reticulocytes/1000 RBCs    BLOOD  NP <r>  %       (0.5-2.6)
Reticulocytes immature/Total BLOOD  NP       ratio   (0.163-0.362)
RBC      BLOOD  3.13 (L)  x10(6)/mcL        (3.8-5.3)
```

| Reticulocyte Count Manual Site/Specimen | 17 Jan 2013 1306  Units | Ref Rng |
|---|---|---|
| Reticulocytes/1000 RBCs    BLOOD  7.53 | % | |

| Viscosity Site/Specimen | 06 Aug 2012 1357 Units | Ref Rng |
|---|---|---|
| Viscosity SERUM  1.7 | 1.5-1.9 | |

A/P

1. SICKLE CELL THALASSEMIA:

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia.  Patient remains on Hydrea, which she has been on chronically, and seems to be more compliant with her medication than in the past.  Hgb F has been consistently improving as patient's compliance has improved, and pts Hgb F was almost 30% on most recent Hgb Electrophoresis (from Jan 2013).  Patient did not have repeat labs done prior to today's visit, but will have them done today (including another electrophoresis).  At this point, will simply continue patient on current dose of her Hydrea (i.e. 1000 mg PO BID).  Patient to have labs done today and, again, around the time of her next follow-up visit in 1-2 months.

-- Patient to remain on current dose of Hydrea (i.e. 1000 mg PO BID)

-- Patient to continue taking daily folate supplementation (1 mg PO daily)

-- Patient to have labs done today (CBC, CMP, HGb electrophoresis), and she shall have those same labs done around the time of her next follow-up visit

-- Patient to continue to follow-up in Hem-Onc clinic Q1-2 months

Signed By  ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 27 Mar 2013 1008

CHANGE HISTORY
*The following Disposition Note Was Overwritten by ROBERTS,OWEN W @ 27 Mar 2013 1008 CDT:*
The Disposition section was last updated by ROBERTS,OWEN W @ 27 Mar 2013 1008 CDT - see above. Previous Version of Disposition section was entered/updated by STUART,THERESA A @ 18 Mar 2013 1517 CDT.
Released w/o Limitations
*The following Text Note Was Deleted by STUART,THERESA A @ 18 Mar 2013 1523 CDT:*
Note Written by STUART,THERESA A @ 18 Mar 2013 1522 CDT
Nursing Note
Lab evaluation
Ambulated to clinic after labs done, today Magnesium 1.60.  Pt. taking Magnesium 2 Bid , will continue with this dosing .  Will see Dr. Varner 1 April.  Left clinic ambulatory

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:     F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:  228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:    27 Dec 1994 | Tel W: | Unit: | FFHV0  (0060 OPERATIONS SUPPORT SQ) |
| PCat:    F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

158

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| | | |
|---|---|---|
| Patient: **COTTEN, TONI D** | Date: **04 Mar 2013 1550 CDT** | Appt Type: **T-CON\*** |
| Treatment Facility: **81ST MEDICAL GROUP** | Clinic: **ONCOLOGY/HEMATOLOGY CLINIC** | Provider: **ROBERTS,OWEN W** |
| Patient Status: **Outpatient** | | Call Back Phone: **(228)-424-5975** |

**Reason for Telephone Consult:** Written by PAYTON,TAKA H @ 04 Mar 2013 1550 CDT
NETWORK RESULTS- CARDIOLOGY 2/13

G0 P0.  LMP: 02 Jun 2012.

**SO Note** Written by PAYTON,TAKA H @ 04 Mar 2013 1551 CDT
**Subjective**
PLEASE REVIEW THE RESULTS IN CLINICAL NOTES DATED 3/4/13 TITLED NETWORK RESULTS CARDIOLOGY 2/13 #130131-02476

**A/P** Last updated by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT
1. Outpatient Physician Consultation
2. Sickle cell thalassemia

**Disposition** Last updated by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT
Follow up:  in the ONCOLOGY/HEMATOLOGY CLINIC clinic.

**Note** Written by ROBERTS,OWEN W @ 05 Mar 2013 0835 CDT
Acknowledge above t-con.

Patient recently seen by Dr. Troutman of Coast Cardiovascular Consultants.  Reviewed note put in clinical notes in AHLTA on which Dr. Troutman gave the following assessment:

In summary, Toni has a normal cardiac exam, EKG and echocardiogram.  Her murmur is soft and innocent of the pulmonary outflow variety, which is very common in patient's with anemia.  Her chest pain history and exam are classical for a musculoskeletal etiology.  I reassured Toni and her mother regarding the cardiac findings today.  I requested she speak with you regarding the need for any future cardiac follow up given her normal findings today and no history of recurrent transfusions over the last few years.

Sincerely,

W. Bradley Troutman MD

Patient to follow-up with me, as previously directed.

**Signed By** ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 05 Mar 2013 0840

**CHANGE HISTORY**
*The following Disposition Note Was Overwritten by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT:*
The Disposition section was last updated by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT - see above.Previous Version of Disposition section was entered/updated by PAYTON,TAKA H @ 04 Mar 2013 1551 CDT.

*The following A/P Note Was Overwritten by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT:*
The A/P section was last updated by ROBERTS,OWEN W @ 05 Mar 2013 0840 CDT - see above.Previous Version of A/P section was entered/updated by PAYTON,TAKA H @ 04 Mar 2013 1551 CDT.
1. Outpatient Physician Consultation

| | | | | |
|---|---|---|---|---|
| Name/SSN: **COTTEN, TONI D**/602901058 | | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Sex: | **F** | Rank: | MASTER SERGEANT |
| DOB: **27 Dec 1994** | Tel H: | 228-424-5975 | Unit: | FFHV0   (0050 OPERATIONS SUPPORT SQ) |
| PCat: **F41 USAF FAM MBR AD** | Tel W: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: **TRICARE PRIME (CHAMPUS)** | CS: | | PCM: | VOEGELE,LAURA L. |
| Insurance: No | Status: | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 1 of 1

**USA - 23**

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 31 Jan 2013 1714 CST
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: T-CON*
Provider: ROBERTS,OWEN W

Call Back Phone: (228)-424-5975

AutoCites Refreshed by ROBERTS,OWEN W @ 04 Feb 2013 1103 CST

Allergies
•No Known Allergies

Vitals
No Vitals Found.

Reason for Telephone Consult: Written by DRUNZER,KYLE M @ 31 Jan 2013 1714 CST
Pt's mother wishes to have Dr Roberts send referral over to Dr. Trautman.
Telephone Consult Comments: Written by DRUNZER,KYLE M @ 31 Jan 2013 1714 CST
Pt's mother called at 1500 requesting that Dr Roberts send a referral over to Dr Trautman over at Coast Cardiovascular Consints. The Dr's phone number is 392-7425.

G0 P0.  LMP: 02 Jun 2012.

A/P Written by ROBERTS,OWEN W @ 04 Feb 2013 1105 CST
1. Sickle cell thalassemia

Disposition Last updated by ROBERTS,OWEN W @ 04 Feb 2013 1105 CST
Follow up: in the ONCOLOGY/HEMATOLOGY CLINIC clinic.

Note Written by ROBERTS,OWEN W @ 04 Feb 2013 1105 CST
Placed Cardiology consult for patient, as requested.

Signed By  ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 04 Feb 2013 1105

CHANGE HISTORY
The following Disposition Note Was Overwritten by ROBERTS,OWEN W @ 04 Feb 2013 1105 CST:
The Disposition section was last updated by ROBERTS,OWEN W @ 04 Feb 2013 1105 CST - see above.Previous Version of Disposition section was entered/updated by DRUNZER,KYLE M @ 31 Jan 2013 1717 CST.

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | | Sex:  F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | | Tel H:  228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: | 27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: | F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | | Tel. PCM: | 376.0402;376.2550 |

156

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 1 of 1

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **COTTEN, TONI D**
Treatment Facility: **81ST MEDICAL GROUP**
Patient Status: **Outpatient**

Date: 17 Jan 2013 1425 CST
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: **T-CON\***
Provider: **ROBERTS,OWEN W**

Call Back Phone: **(228)-424-5975**

AutoCites Refreshed by ROBERTS,OWEN W @ 22 Jan 2013 1547 CST

Allergies
•No Known Allergies

Vitals
No Vitals Found.

Reason for Telephone Consult: Written by DRUNZER,KYLE M @ 17 Jan 2013 1425 CST
Pt's mother would like to speak with Dr Roberts regarding a cardiology referral.
Telephone Consult Comments: Written by DRUNZER,KYLE M @ 17 Jan 2013 1425 CST
Pt's mother called at 1426 on 17 Jan 2013, stating that she had a question regarding a referral to cardiology and would like a call back. I verified the pt's full name, social and correct phone number.

G0 P0. LMP: 02 Jun 2012.

A/P Written by ROBERTS,OWEN W @ 23 Jan 2013 1555 CST
1. Sickle cell thalassemia
2. visit for: administrative purpose

Disposition Last updated by ROBERTS,OWEN W @ 23 Jan 2013 1555 CST
Follow up: in the ONCOLOGY/HEMATOLOGY CLINIC clinic.

Note Written by ROBERTS,OWEN W @ 23 Jan 2013 1553 CST
Patient's Mother indicates that the patient needs a Cardiology appt because she "follows up with them yearly," but I am unable to find any previous appts with Cardiology and pts mother unsure who the patient has seen in that department.  Patient's mother reports she is going to get back to us about this issue.

Signed By ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 23 Jan 2013 1555

CHANGE HISTORY
*The following Disposition Note Was Overwritten by ROBERTS,OWEN W @ 23 Jan 2013 1555 CST:*
The Disposition section was last updated by ROBERTS,OWEN W @ 23 Jan 2013 1555 CST - see above.Previous Version of Disposition section was entered/updated by DRUNZER,KYLE M @ 17 Jan 2013 1431 CST.

---

Name/SSN: COTTEN, TONI D/602901058

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: **27 Dec 1994** | Tel W: |  | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: |  | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: |  | PCM: | VOEGELE,LAURA L |
| Insurance: No |  |  | Tel. PCM: | 376.0402;376.2550 |



CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **COTTEN, TONI D**
Treatment Facility: **81ST MEDICAL GROUP**
Patient Status: Outpatient

Date: 17 Jan 2013 1100 CST
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: EST
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 17 Jan 2013 1126 CST

Allergies
•No Known Allergies

**Vitals**
Vitals Written by SIMPSON,STACI M @ 17 Jan 2013 1103 CST
BP: 110/71, HR: 73, T: 98.4 °F, HT: 64 in, WT: 121.1 lbs, SpO$_2$: 100%, BMI: 20.79, BSA: 1.58 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Reason for Appointment:**
2 Month Follow Up
**Appointment Comments:**
KMD

G0 P0.  LMP: 02 Jun 2012.

**Vitals**
Vitals Written by SIMPSON,STACI M @ 17 Jan 2013 1103 CST
BP: 110/71,   HR: 73,   T: 98.4 °F,   HT: 64 in,   WT: 121.1 lbs,   SpO$_2$: 100%,   BMI: 20.79,   BSA: 1.58 square meters,

Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Written by ROBERTS,OWEN W @ 22 Jan 2013 0845 CST
1. Sickle cell thalassemia

Disposition Written by ROBERTS,OWEN W @ 22 Jan 2013 0847 CST
**Released w/o Limitations**
**Follow up:** 2 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ROBERTS,OWEN W @ 22 Jan 2013 0846 CST
**Chief Complaint**

Follow-up Sickle-Beta (0) Thalassemia

**History of present illness**

18 year old female with known Sickle-Beta (0) Thalassemia, previously seen here at Keesler by Pediatric Hematology, but who had her initial evaluation (by me) in Aug 2012 and has continued to follow-up with me since that time.  Patient currently taking 1500 mg PO daily of Hydrea in a divided dose (increased from 1000 mg daily at pts last visit).  Patient previously had self-admitted noncompliance, but she has reported better compliance lately.  At her last visit in late Nov 2012, patient had noted some worsening pain in her hips (R>L), similar to that which led to her hip surgery earlier this year (in Feb 2012), so she was referred to Orthopedics for further evaluation of this, with subsequent workup/follow-up by them (including further imaging) which revealed evidence of improving bone infarct but no osteonecrosis.  Pain improved somewhat, per patient.  No other bone pain noted.  No chest pain or SOB reported.  No noted fevers or chills.  No bleeding symptoms.  Pt denies any problems with the Hydrea, including no fatigue, mouth sores, leg ulcers, diarrhea or other symptoms.

**Past medical/surgical history**

Sickle cell anemia

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: **27 Dec 1994** | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| insurance: No | | Tel. PCM: | 376.0402;376.2550 |

**154**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 1 of 7

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

<u>Allergies</u>: NKDA

<u>Medications:</u>

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1000mg PO daily

- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

<u>Social history</u>

Tobacco:   None.
EtOH:      None.

<u>Family History</u>

Pts father had sickle cell trait, and Mother has thalassemia trait.

<u>Review of systems</u>
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.
**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea. No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and
     no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding. No bleeding gums. No epistaxis.
**Psychological symptoms:** Energy normal. Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

<u>Physical findings</u>
**Vital signs:**
     ° Current vital signs reviewed. See above in AHLTA note.
**General appearance:**
     ° Awake. ° Alert. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.
**HEENT:**
         PERRL. EOMI.

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex: F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402,376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 2 of 7
USA - 27

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

Normocephalic.  Atraumatic.
No active epistaxis or bleeding gums.

**Neck:**
Supple. No masses.  No lymphadenopathy.

**Lungs:**
• No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
•No Rhonchi were heard.  •No rales/crackles heard.

**Cardiovascular system:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° S1 normal. ° S2 normal.
Murmurs: ° No murmurs were heard.
Arterial Pulses: ° Normal.
Edema: ° Not present.

**Abdomen:**
Visual Inspection: Normal. ° Abdomen was not distended.
Auscultation: ° Bowel sounds were normal.
Palpation: ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
Hepatic Findings: ° Liver was not enlarged.
Splenic Findings: ° Spleen was not enlarged.

**Neurological:**
° Level of consciousness was normal.

**Psychiatric Exam:**
° Affect was normal.

**Skin:**
° Turgor was normal. ° Showed no generalized erythema. ° Showed no ecchymosis.

**Lab Results**

| Hemoglobin Electrophoresis Panel | | | Site/Specimen | 29 Nov 2012 1037 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Hemoglobin A | BLOOD | 0.0 (L) | % | 94.5-98.2 | | |
| Hemoglobin S | BLOOD | 74.1 | % | | | |
| Hemoglobin A2 | BLOOD | 5.2 (H) | % | 1.8-3.5 | | |
| Hemoglobin F | BLOOD | 20.7 (H) | % | 0.0-2.0 | | |
| Pathologist Review EP | | BLOOD | SEE <r> <i> | | | |
| Sickle Cell Screen | BLOOD | POSITIVE (H) | | | | |

| Comprehensive Metabolic Panel | | | Site/Specimen | 29 Nov 2012 1037 | Units | | Ref Rng |
|---|---|---|---|---|---|---|---|
| Albumin PLASMA | | 4.4 | g/dL | (3.5-5.2) | | | |
| Bilirubin PLASMA | | 0.9 <i> | mg/dL | (0.0-0.9) | | | |
| Calcium PLASMA | | 9.3 | mg/dL | (8.4-10.2) | | | |
| Carbon Dioxide | PLASMA | | 23.0 | mmol/L | (22-29) | | |
| Chloride PLASMA | | 103 | mmol/L | (98-107) | | | |
| Creatinine | PLASMA | | 0.4 (L) <i> | | mg/dL | (0.5-1.2) | |
| Glucose PLASMA | | 105.3 | mg/dL | (70-115) | | | |
| Alkaline Phosphatase | PLASMA | | 63 | U/L | (40-130) | | |
| Potassium | PLASMA | | 3.7 | mmol/L | (3.4-4.5) | | |
| Protein  PLASMA | | 8.2 (H) | g/dL | (6.0-8.0) | | | |
| Sodium  PLASMA | | 137 | mmol/L | (136-145) | | | |
| Alanine Aminotransferase | PLASMA | | 12 | U/L | (10-50) | | |
| Aspartate Aminotransferase | PLASMA | | 26 | U/L | (10-50) | | |
| Urea Nitrogen | PLASMA | | 4.9 (L) | mg/dL | (6-20) | | |

| CBC W/Diff+Reticulocytes | Site/Specimen | 29 Nov 2012 1037 | Units | Ref Rng |
|---|---|---|---|---|
| WBC | BLOOD | 5.4 <r> | x10(3)/mcL | (4.5-12.5) |
| RBC | BLOOD | 3.83 | x10(6)/mcL | (3.8-5.3) |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:   F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:   27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:   F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and JCMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | | Provider: ROBERTS, OWEN W |

| | | | | | |
|---|---|---|---|---|---|
| Hemoglobin | BLOOD | 9.7 (L) | g/dL | (11.5-15.0) | |
| Hematocrit | BLOOD | 30.8 (L) | % | (36.0-47.0) | |
| MCV | BLOOD | 80.6 | fL | (80.0-96.0) | |
| MCH | BLOOD | 25.4 | pg | (23.0-34.0) | |
| MCHC | BLOOD | 31.5 | g/dL | (31.0-37.0) | |
| RDW CV | BLOOD | 25.7 (H) | % | (11.5-14.5) | |
| Platelets | BLOOD | 347 | x10(3)/mcL | (150-450) | |
| MPV | BLOOD | 8.4 | fL | (7.4-10.4) | |
| Neutrophils | BLOOD | 33.0 | % | (25.5-52.0) | |
| Basophils | BLOOD | 0.0 | % | (0-2) | |
| Lymphocytes | BLOOD | 61.0 (H) | % | (33.0-45.0) | |
| Monocytes | BLOOD | 5.0 | % | (0-7.0) | |
| Eosinophils | BLOOD | 0.0 | % | (0-5.5) | |
| Slide Box | BLOOD | STORED 5 | | SLOT # | |
| Comment | BLOOD | TARGET CELLS 3+ | | | |
| Comment 2 | BLOOD | ANISOCYTOSIS 2+ | | | |
| Comment 3 | BLOOD | SICKLE CELLS - NOTED | | | |
| Comment 4 | BLOOD | POLYCHROMASIA 1+ | | | |
| Comment 5 | BLOOD | PLAT ADEQ | | | |
| WBC Estimate | BLOOD | WBC Estimation Performed | | | |
| WBC Estimate | BLOOD | Blood smear reviewed, results verified | | | |
| WBC Estimate | BLOOD | Diff/morphology microscopically verified | | | |
| Neutrophils Band Form | BLOOD | 1 | % | (0-11) | |
| Lymphocytes Atypical | BLOOD | 0 | % | | |
| Nucleated RBC/100 WBC | BLOOD | 84 (H) | /100 WBCs | (0-.1) | |
| Cell Count | BLOOD | 100 | WBC'S | | |
| Reticulocytes | BLOOD | 152.6 (H)x10(9)/L | (18.2-143.0) | | |
| Reticulocytes/1000 RBCs | BLOOD | 4.0 (H) | % | (0.5-2.6) | |
| Reticulocytes Immature/Total | BLOOD | 0.410 (H) | ratio | (0.163-0.362) | |
| RBC | BLOOD | 3.83 | x10(6)/mcL | (3.8-5.3) | |

| CBC W/Diff+Reticulocytes | Site/Specimen | 29 Nov 2012 1037 | Units | Ref Rng | |
|---|---|---|---|---|---|
| WBC | BLOOD | 5.4 <r> | x10(3)/mcL | (4.5-12.5) | |
| RBC | BLOOD | 3.83 | x10(6)/mcL | (3.8-5.3) | |
| **Hemoglobin** | **BLOOD** | **9.7 (L)** | **g/dL** | **(11.5-15.0)** | |
| Hematocrit | BLOOD | 30.8 (L) | % | (36.0-47.0) | |
| MCV | BLOOD | 80.6 | fL | (80.0-96.0) | |
| MCH | BLOOD | 25.4 | pg | (23.0-34.0) | |
| MCHC | BLOOD | 31.5 | g/dL | (31.0-37.0) | |
| RDW CV | BLOOD | 25.7 (H) | % | (11.5-14.5) | |
| **Platelets** | **BLOOD** | **347** | **x10(3)/mcL** | **(150-450)** | |
| MPV | BLOOD | 8.4 | fL | (7.4-10.4) | |
| Neutrophils | BLOOD | 33.0 | % | (25.5-52.0) | |
| Basophils | BLOOD | 0.0 | % | (0-2) | |
| Lymphocytes | BLOOD | 61.0 (H) | % | (33.0-45.0) | |
| Monocytes | BLOOD | 5.0 | % | (0-7.0) | |
| Eosinophils | BLOOD | 0.0 | % | (0-5.5) | |
| Slide Box | BLOOD | STORED 5 | | SLOT # | |
| Comment | BLOOD | TARGET CELLS 3+ | | | |
| Comment 2 | BLOOD | ANISOCYTOSIS 2+ | | | |
| Comment 3 | BLOOD | SICKLE CELLS - NOTED | | | |
| Comment 4 | BLOOD | POLYCHROMASIA 1+ | | | |
| Comment 5 | BLOOD | PLAT ADEQ | | | |
| WBC Estimate | BLOOD | WBC Estimation Performed | | | |
| WBC Estimate | BLOOD | Blood smear reviewed, results verified | | | |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 4 of 7

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W |

```
WBC Estimate      BLOOD  Diff/morphology microscopically verified
Neutrophils Band Form  BLOOD  1      %        (0-11)
Lymphocytes Atypical   BLOOD  0      %
Nucleated RBC/100 WBC  BLOOD  84 (H) /100 WBCs     (0-.1)
Cell Count       BLOOD  100    WBC's
Reticulocytes     BLOOD  152.6 (H)x10(9)/L (18.2-143.0)
Reticulocytes/1000 RBCs  BLOOD  4.0 (H)  %        (0.5-2.6)
Reticulocytes Immature/Total BLOOD  0.410 (H)ratio    (0.163-0.362)
RBC         BLOOD  3.83   x10(6)/mcL   (3.8-5.3)
```

| Comprehensive Metabolic Panel | | Site/Specimen | | 29 Nov 2012 1037 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin PLASMA | | 4.4 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | | 0.9 <i> | mg/dL | (0.0-0.9) | | |
| Calcium PLASMA | | 9.3 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide | PLASMA | 23.0 | mmol/L | (22-29) | | |
| Chloride PLASMA | | 103 | mmol/L | (98-107) | | |
| Creatinine | PLASMA | 0.4 (L) <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | | 105.3 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 63 | U/L | (40-130) | | |
| Potassium | PLASMA | 3.7 | mmol/L | (3.4-4.5) | | |
| Protein PLASMA | | 8.2 (H) | g/dL | (6.0-8.0) | | |
| Sodium PLASMA | | 137 | mmol/L | (136-145) | | |
| Alanine Aminotransferase | PLASMA | 12 | U/L | (10-50) | | |
| Aspartate Aminotransferase | PLASMA | 26 | U/L | (10-50) | | |
| Urea Nitrogen | PLASMA | 4.9 (L) | mg/dL | (6-20) | | |

| Hemoglobin Electrophoresis Panel | | Site/Specimen | | 06 Sep 2012 1033 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Hemoglobin A | BLOOD | 0.0 (L) | % | 94.5-98.2 | | |
| Hemoglobin S | BLOOD | 76.8 | % | | | |
| Hemoglobin A2 | BLOOD | 5.7 (H) | % | 1.8-3.5 | | |
| **Hemoglobin F** | **BLOOD** | **17.5 (H)** | **%** | **0.0-2.0** | | |
| Pathologist Review EP | | BLOOD | SEE <i> <i> | | | |
| Sickle Cell Screen | BLOOD | POSITIVE (H) | | | | |

| Comprehensive Metabolic Panel | | Site/Specimen | | 06 Sep 2012 1033 | Units | Ref Rng |
|---|---|---|---|---|---|---|
| Albumin PLASMA | | 4.5 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | | 0.8 <i> | mg/dL | (0.0-0.9) | | |
| Calcium PLASMA | | 9.3 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide | PLASMA | 18.4 (L) | mmol/L | (22-29) | | |
| Chloride PLASMA | | 105 | mmol/L | (98-107) | | |
| Creatinine | PLASMA | 0.5 <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | | 79.1 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 77 | U/L | (40-130) | | |
| Potassium | PLASMA | 4.2 | mmol/L | (3.4-4.5) | | |
| Protein PLASMA | | 8.3 (H) | g/dL | (6.0-8.0) | | |
| Sodium PLASMA | | 138 | mmol/L | (136-145) | | |
| Alanine Aminotransferase | PLASMA | 12 | U/L | (10-50) | | |
| Aspartate Aminotransferase | PLASMA | 28 | U/L | (10-50) | | |
| Urea Nitrogen | PLASMA | 5.4 (L) | mg/dL | (6-20) | | |

| CBC W/Diff | | Site/Specimen | 06 Sep 2012 1033 | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC | BLOOD | 6.7 | x10(3)/mcL | (4.5-12.5) | |
| RBC | BLOOD | 3.53 (L) | x10(6)/mcL | (3.8-5.3) | |
| Hemoglobin | BLOOD | 9.1 (L) | g/dL | (11.5-15.0) | |

---

Name/SSN: COTTEN, TONI D/602901058

| | Sex:    F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:   27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:   F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | |

```
Hematocrit       BLOOD  28.1 (L)  %       (36.0-47.0)
MCV      BLOOD  79.7 (L)  fL     (80.0-96.0)
MCH      BLOOD  25.7      pg     (23.0-34.0)
MCHC     BLOOD  32.2      g/dL   (31.0-37.0)
RDW CV   BLOOD  24.5 (H)  %      (11.5-14.5)
Platelets BLOOD 310       x10(3)/mcL     (150-450)
MPV      BLOOD  8.3       fL     (7.4-10.4)
Neutrophils     BLOOD  39.0      %      (25.5-52.0)
Basophils BLOOD 1.0       %      (0-2)
Lymphocytes     BLOOD  48.0 (H)  %      (33.0-45.0)
Monocytes       BLOOD  12.0 (H)  %      (0-7.0)
Eosinophils     BLOOD  0.0       %      (0-5.5)
Anisocytosis    BLOOD  2+
Slide Box BLOOD STORED 8         SLOT #
Comment BLOOD   TARGET CELLS 2+
Comment 2       BLOOD  SICKLE CELLS 1+
Comment 3       BLOOD  POLYCHROMASIA 1+
Comment 4       BLOOD  BASO STP - NOTED -A- <r>
Comment 5       BLOOD  PLAT ADEQ
WBC Estimate    BLOOD  WBC Estimation Performed
WBC Estimate    BLOOD  Blood smear reviewed, results verified
WBC Estimate    BLOOD  Diff/morphology microscopically verified
Cell Count      BLOOD  100        WBC'S
```

| Hemoglobin Electrophoresis Panel | Site/Specimen | | 06 Aug 2012 1357 | Units | Ref Rng |
|---|---|---|---|---|---|
| Hemoglobin A | BLOOD | 0.0 (L) | % | 94.5-98.2 | |
| **Hemoglobin S** | **BLOOD** | **76.0** | **%** | | |
| Hemoglobin A2 | BLOOD | 5.5 (H) | % | 1.8-3.5 | |
| **Hemoglobin F** | **BLOOD** | **18.5 (H)** | **%** | **0.0-2.0** | |
| Pathologist Review EP | | BLOOD | SEE <r> <i> | | |
| Sickle Cell Screen | BLOOD | POSITIVE (H) | | | |

| Viscosity Site/Specimen | | 06 Aug 2012 1357 | Units | Ref Rng |
|---|---|---|---|---|
| Viscosity SERUM | 1.7 | | 1.5-1.9 | |

A/P

1. SICKLE CELL THALASSEMIA:

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia. Patient remains on Hydrea, which she has been on chronically, and seems to be more compliant with her medication than in the past. Hgb F > 20% on most recent electrophoresis (compared with ~17-18% on previous checks), likely reflective of pts improved compliance with the Hydrea. Since patient doing better with regard to the Hydrea, will continue to slowly titrate the medication (as long as pt does not develop any significant cytopenias as a result); specifically, will have pt increase Hydrea to 1000 mg PO BID. Will obtain repeat labs today, and will continue to obtain these labs around the time of pts subsequent follow-up visits (which are currently Q1-2 months).

-- increased Hydrea dose from 1500 mg PO daily to 2000 mg PO daily (in divided doses)

-- Patient to continue taking daily folate supplementation (1 mg PO daily)

-- Previously ordered recurring labs for the patient to have done prior to each clinic visit (i.e. CBC, CMP, Hgb electrophoresis); patient to have repeat labs done today

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex:  F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H:  228-424-5975 | | Rank: | **MASTER SERGEANT** |
| DOB:  **27 Dec 1994** | Tel W: | | Unit: | **FFHV0   (0060 OPERATIONS SUPPORT SQ)** |
| PCat:  **F41 USAF FAM MBR AD** | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | | Tel. PCM: | 376.0402;376.2550 |

149

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 6 of 7

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 17 Jan 2013 1100 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | |

   -- Patient to follow-up in Hem-Onc clinic again in 1 month (i.e. March 2013)

Signed By ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 22 Jan 2013 0847

Name/SSN: COTTEN, TONI D/602901058

| | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|---|
| FMP/SSN: 02/417173405 | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 7 of 7

148

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 14 Jan 2013 1010 CST
Clinic: ORTHOPEDIC CLINIC

Appt Type: EST
Provider: EISENHUTH,SCOTT A

**Reason for Appointment:**
f/u MRI review
**Appointment Comments:**
coj

G0 P0.  LMP: 02 Jun 2012.

**SO Note** Written by EISENHUTH,SCOTT A @ 14 Jan 2013 1157 CST
**History of present illness**
    The Patient is an 18 year old female.
    She reported: Encounter Background Information: See dictation below.

**A/P** Last Updated by EISENHUTH,SCOTT A @ 14 Jan 2013 1158 CST
1. Aseptic necrosis of the femoral head

**Disposition** Last Updated by EISENHUTH,SCOTT A @ 14 Jan 2013 1158 CST
Released w/o Limitations
Follow up: as needed in the ORTHOPEDIC CLINIC clinic.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

**Note** Written by GARRETT,MELISSA A @ 16 Jan 2013 1111 CST
CHIEF COMPLAINT:  This is a followup appointment for Toni, who I
have been following for left hip osteonecrosis of the femoral
head.

HISTORY OF PRESENT ILLNESS:  She has sickle cell anemia and
underwent a left hip core decompression on February 22.  She is
now about 11 months out from that surgery.  When I last saw her
in December, she was describing some worsening pain in her right
hip, and I therefore sent her for an MRI.  She returns today for
follow up of those MRI results.  Since I last saw her, she
continues to describe pain only in the right hip.  She cannot
really tell if this is in the groin pain or just the upper thigh,
but based on the area where she is pointing, it seems more like
upper thigh area, rather than the groin itself.  She denies any
tenderness to palpation over her greater trochanters.  She denies
any significant pain in the left hip.

RADIOGRAPHIC STUDIES:  The MRI was reviewed.  Fortunately, there
is no evidence of any osteonecrosis of the right femoral head or
neck.  It appears normal.  However, there does appear to be
interval development of a bone infarct in the proximal femoral
diathesis in the subtrochanteric area without any evidence of
fracture.  She has a similar area in the left femoral diathesis
that was previously seen on a previous MRI that has actually

---

Name/SSN: COTTEN, TONI D/602901058

| | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|---|
| FMP/SSN: 02/417173405 | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

**147**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 14 Jan 2013 1010 | Facility: 81st Medical Group   Clinic: Orthopedic Clinic      Provider: EISENHUTH, SCOTT A |

decreased in size. There are post-surgical changes in the left femoral head consistent with her previous core decompression.

**ASSESSMENT:**  I am very pleased that she does not have development of avascular necrosis in the right femoral head.  I think that the pain in this hip area is probably coming from the bone infarct that is new on today's MRI compared to previous.  She does have a very similar lesion on the left leg that has improved between the MRIs.  She has no collapse of the left femoral head after her previous core decompression 11 months ago.

**PLAN:**  I advised her and her mother that there is no acute intervention needed. She does not do any type of high-impact activities, and I really do not think that we have to restrict her activities at all.  This should not require any surgical intervention. Hopefully, the pain will decrease in time, but I again stressed to her that she needs to come back to see me if she has any changes in the pain in that right hip, particularly if it seems to be in her groin area, as this may be a sign of avascular necrosis of the right femoral head, with her sickle cell disease.

---

Signed By  EISENHUTH, SCOTT A (Scott A. Eisenhuth, MD, Maj, USAF, MC, Orthopaedic Surgeon, 81st Medical Group, Keesler AFB) @ 16 Jan 2013 1658

---

**Name/SSN: COTTEN, TONI D/602901058**

| | | | | |
|---|---|---|---|---|
| FMP/SSN: **02/417173405** | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| DOB: **27 Dec 1994** | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| PCat: F41 USAF FAM MBR AD | Tel W: | | Unit: | FFHV0  (0060 OPERATIONS SUPPORT SQ) |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| Insurance: No | Status: | | PCM: | VOEGELE,LAURA L |
| | | | Tel. PCM: | 376.0402;376.2550 |

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

```
10H
81ST MEDICAL GROUP                                          30 Aug 2013@0949
Personal Data - Privacy Act of 1974 (PL 93-579)
================================================================================
COTTEN,TONI D                         OUTPATIENT/INPATIENT MEDICATION PROFILE
                                         From: 01 Jan 2012  To: 30 Aug 2013
--------------------------------------------------------------------------------
MEDICATION/SIG                        START/EXP DATE  ORDERING HCP    PT TYP
--------------------------------------------------------------------------------

CEFAZOLIN 1GM INJ (ANCEF/KEFZOL)--IV 1GM  21 Feb 2012    EISENHUTH       OUT
  IVP: 1GM                                22 Feb 2012

HYDROCODONE/APAP 5/500MG (VICODIN) TAB--  22 Feb 2012    EISENHUTH       INP
  RX: T1 TB PO Q6H PP #40 RF0             23 Mar 2012

STADOL--INJ 2MG/ML VIAL                   22 Feb 2012    EISENHUTH       INP
  MED: 2MG Q4H                            23 Feb 2012

DIPHENHYDRAMINE--INJ 50MG/ML SYRN         22 Feb 2012    EISENHUTH       INP
  MED: 25MG Q6H                           22 Feb 2012

METOCLOPRAMIDE HCL-INJ 5MG/ML (10MG/2ML)  22 Feb 2012    EISENHUTH       INP
  MED: 10MG Q6H                           23 Feb 2012

MORPHINE SULFATE/PF (DURAMORPH) 1MG/ML--  22 Feb 2012    EISENHUTH       INP
  MED: 0.5MG NOW                          24 Feb 2012

NALOXONE HCL--INJ 0.4MG/ML AMP            22 Feb 2012    EISENHUTH       INP
  MED: 1EACH QAM                          23 Feb 2012

NALOXONE HCL--INJ 0.4MG/ML AMP            22 Feb 2012    EISENHUTH       INP
  MED: 1EACH QAM                          23 Feb 2012

ONDANSETRON 4MG/2ML(ZOFRAN)--IV 4MG/2ML   22 Feb 2012    EISENHUTH       INP
  MED: 4MG Q6H                            23 Feb 2012

MORPHINE SULFATE--INJ 2MG SYRN            22 Feb 2012    EISENHUTH       INP
  MED: 1EA Q4H                            22 Feb 2012

DIPHENHYDRAMINE--INJ 50MG/ML SYRN         22 Feb 2012    EISENHUTH       INP
  MED: 12.5MG Q8H                         23 Feb 2012

BISACODYL (DULCOLAX) 5MG E.C. TAB--PO 5M  22 Feb 2012    EISENHUTH       INP
  MED: 2EA BID                            23 Feb 2012

DOCUSATE CALCIUM (SURFAK) 240MG ORAL CAP  22 Feb 2012    EISENHUTH       INP
  MED: 1EA BID                            23 Feb 2012

CEFAZOLIN 1GM INJ (ANCEF/KEFZOL)--IV 1GM  22 Feb 2012    EISENHUTH       INP
  IVP: 1GM Q8H                            25 Feb 2012

MORPHINE SULFATE--INJ 2MG SYRN            22 Feb 2012    EISENHUTH       INP
  MED: 1EA Q4H                            23 Feb 2012

OXYCODONE 5MG/ACETAMIN 325MG--PO TAB      23 Feb 2012    PAYNTER         INP
  MED: 2EA Q4H                            23 Feb 2012

MORPHINE SULFATE--INJ 2MG SYRN            23 Feb 2012    PAYNTER         INP
  MED: 1EA QH                             23 Feb 2012
```

145

```
SODIUM CHLORIDE--INJ 0.9% SOLN          26 Feb 2012   PAYNTER      INP
   MED: 1EA                              27 Feb 2012

ONDANSETRON 4MG/2ML(ZOFRAN)--IV 4MG/2ML 26 Feb 2012   PAYNTER      INP
   MED: 4MG Q4H                          28 Feb 2012

MORPHINE 30MG/30ML INJ (PCA)--INJ 1MG/ML 26 Feb 2012  PAYNTER      INP
   MED: 30MG Q6H                         27 Feb 2012

NALOXONE HCL--INJ 0.4MG/ML AMP          26 Feb 2012   PAYNTER      INP
   MED: 1EACH QAM                        28 Feb 2012

OXYCODONE 5MG/ACETAMIN 325MG--PO TAB    26 Feb 2012   PAYNTER      INP
   MED: 2EA Q4H                          28 Feb 2012

OXYCODONE 5MG/ACETAMIN 325MG--PO TAB    27 Feb 2012   EISENHUTH    INP
   RX: T1-2 TB PO Q4 PP #50 RF0          28 Mar 2012

TYLENOL #3-ACETAMIN 300MG/COD 30MG POTAB 11 Apr 2012  KIM          OUT
   RX: T1 TB PO Q4-6H PP #25 RF0         11 May 2012

ONDANSETRON 4MG ORAL TAB (ZOFRAN)--PO 4M 11 Apr 2012  KIM          OUT
   RX: T1 TB PO Q6H P FNV #10 RF0        14 Apr 2012

TYLENOL #3-ACETAMIN 300MG/COD 30MG POTAB 11 May 2012  POCREVA      OUT
   RX: T1 TB PO Q4-6H PP                 16 May 2012

TYLOX UNIT DOSE--PO CAP                 11 May 2012   POCREVA      OUT
   RX: IN ED                             10 Jun 2012

AZITHROMYCIN 500MG INJ (ZITHROMAX)--INJ 12 May 2012   DOSHI        OUT
   IVP: 500MG NOW                        13 May 2012

ORTHO EVRA 20-150/24H TRANSDERM PATCH--T 30 May 2012  STERING      OUT
   RX: APPLY 1 PATCH EVERY WEEK 3 TIMES  29 Jun 2012
   PER MONTH THEN OFF ONE WEEK AND REPEAT
   CYCLE AS DIRECTED

ORTHO EVRA 20-150/24H TRANSDERM PATCH--T 27 Jun 2012  RENSCH       OUT
   RX: APPLY 1 PATCH EVERY WEEK FOR 3    26 Jun 2013
   WEEKS THEN OFF FOR 1 WEEK AS DIRECTED

IBUPROFEN 600MG--PO 600MG TAB           06 Aug 2012   ROBERTS      OUT
   RX: TAKE ONE TABLET BY MOUTH EVERY SIX 17 Jul 2013
   HOURS AS NEEDED FOR PAIN

HYDROXYUREA 500MG CAP (HYDREA)--PO 500MG 29 Nov 2012  ROBERTS      OUT
   RX: TAKE 3 CAPSULES BY MOUTH DAILY    20 May 2013

HYDROXYUREA 500MG CAP (HYDREA)--PO 500MG 20 May 2013  ROBERTS      OUT
   RX: TAKE 2 CAPSULES BY MOUTH TWICE A  19 May 2014
   DAY

IBUPROFEN 600MG--PO 600MG TAB           17 Jul 2013   ROBERTS      OUT
   RX: TAKE ONE TABLET BY MOUTH EVERY SIX 16 Jul 2014
   HOURS AS NEEDED FOR PAIN

ACETAMINOPHEN 500MG ORAL TAB (TYLENOL)-- 17 Jul 2013  ROBERTS      OUT
   RX: TAKE 1 TO 2 TABLETS EVERY SIX     16 Jul 2014
```

HOURS AS NEEDED FOR PAIN  (MAX 8
TABLETS EVERY DAY, AVOID PRODUCTS
CONTAINING TYLENOL)

================================================================================
02/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   COTTEN,TONI D
                 27 Dec 1994  F
                 [FE7]

143

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 05 Dec 2012 1000 CST
Clinic: ORTHOPEDIC CLINIC

Appt Type: EST
Provider: EISENHUTH,SCOTT A

**Reason for Appointment:**
f/u bil hip px
**Appointment Comments:**
jrp

G0 P0. LMP: 02 Jun 2012.

**SO Note** Written by EISENHUTH,SCOTT A @ 05 Dec 2012 1101 CST
**History of present illness**
     The Patient is a 17 year old female.
     She reported: Encounter Background Information: See dictation below.

**A/P** Last Updated by EISENHUTH,SCOTT A @ 05 Dec 2012 1104 CST
1. ASEPTIC NECROSIS OF THE FEMORAL HEAD
     Consult(s):          -Referred To: CON - MRI (Routine) Specialty:  Clinic: REFERRAL MANAGEMENT CLINIC Primary
                          Diagnosis: ASEPTIC NECROSIS OF THE FEMORAL HEAD

**Disposition** Last Updated by EISENHUTH,SCOTT A @ 05 Dec 2012 1104 CST
Released w/o Limitations
Follow up:  in the ORTHOPEDIC CLINIC clinic. - Comments: after MRI complete
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by GARRETT,MELISSA A @ 10 Dec 2012 1224 CST
**CHIEF COMPLAINT:**  This is a followup appointment for Toni, who I have been following for left hip osteonecrosis of the femoral head.

**HISTORY OF PRESENT ILLNESS:**  She does have sickle cell disease and developed osteonecrosis in the left femoral head and underwent a left hip core decompression on February 22nd.  She is now about 10 months out from that surgery.  I have not actually seen her since April of this year.  At that time I had strongly advised her to return if she had any change in her symptoms or increased pain in her hips, especially on the right hip.  She comes back today because she has been having worsening pain in her right hip.  Today, the right hip is more painful than the left.  She notes that this right hip became more painful about 1-2 months ago.  She has pain in that hip with prolonged sitting.  This is relatively relieved by getting up and walking around, although she really does not do any prolonged walking or any significant exercise or other impact activities.  Of note, these were the same sort of symptoms she was having in her left hip when she had the osteonecrosis in that side.  She does also notice similar sort of symptoms in her left hip, although not as severe. These were similar to what she was having before the surgery.  When I saw her back in April, she was having no

Name/SSN: COTTEN, TONI D/602901058

| | Sex:        F | Sponsor/SSN:   BARTEE, LYNNITA M/417173405 |
|---|---|---|
| FMP/SSN: 02/417173405 | Tel H:   228-424-5975 | Rank:          MASTER SERGEANT |
| DOB:      27 Dec 1994 | Tel W: | Unit:          FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:     F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm:  10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM:           VOEGELE,LAURA L |
| Insurance: w | | Tel. PCM:      376.0402;376.2550 |

**142**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 05 Dec 2012 1000 | Facility: 81st Medical Group   Clinic: Orthopedic Clinic | Provider: EISENHUTH, SCOTT A |

symptoms in her right hip whatsoever. Of note, she did have a sickle crisis in May of this year.

**RADIOGRAPHIC STUDIES:**  New x-rays of bilateral hips were obtained today.  No evidence of collapse of the femoral head.  No evidence of joint space narrowing or arthritic degeneration. No evidence of problems with the core decompression on her left hip.

**ASSESSMENT:**  Toni is having worsening symptoms in her right hip. These symptoms are very similar to what she was having in her left hip when the osteonecrosis developed on that side. This may have been related to the sickle cell crisis that she had in May of this year.  Her mother is wondering if increasing her exercise may help.  I do not think it would be harmful, but in the meantime I would like to obtain new MRI of bilateral hips.

**PLAN:**  I want to see if she developed any osteonecrosis in the right side and also evaluate the status of the osteonecrosis in the left hip after her previous core decompression on that side. I will see her back after the MRI is complete.

---

Signed By **EISENHUTH, SCOTT A** (Scott A. Eisenhuth, MD, Maj, USAF, MC, Orthopaedic Surgeon, 81st Medical Group, Keesler AFB) @
30 Dec 2012 1245

---

| Name/SSN: **COTTEN, TONI D/602901058** | | | | | |
|---|---|---|---|---|---|
| | | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: | 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: | F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: | TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: | No | | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: **Outpatient**

Date: 29 Nov 2012 1000 CST
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: **EST**
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 29 Nov 2012 1014 CST

Allergies
•No Known Allergies

**Vitals**
Vitals Written by SIMPSON,STACI M @ 29 Nov 2012 0958 CST
BP: 118/75, HR: 75, T: 98.6 °F, HT: 64 in, WT: 120.6 lbs, SpO$_2$: 99%, BMI: 20.7, BSA: 1.578 square meters,
Tobacco Use: No, Alcohol Use: No, Pain Scale: 0 Pain Free

**Reason for Appointment:**
2 Month Follow Up
**Appointment Comments:**
KMD

G0 P0. LMP: 02 Jun 2012.

**Vitals**
Vitals Written by SIMPSON,STACI M @ 29 Nov 2012 0958 CST
BP: 118/75,   HR: 75,   T: 98.6 °F,   HT: 64 in,   WT: 120.6 lbs,   SpO$_2$: 99%,   BMI: 20.7,   BSA: 1.578 square meters,
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Last Updated by ROBERTS,OWEN W @ 29 Nov 2012 1038 CST
1. Sickle cell anemia
    Laboratory(ies):     -CBC W/DIFF/RETIC PANEL (Routine); CBC W/DIFF/RETIC PANEL (Routine) Start Date: 01/01/2013; CMP WITH GFR (Routine); CMP WITH GFR (Routine) Start Date: 01/01/2013; HGB ELECTROPHORESIS PANEL (Routine); HGB ELECTROPHORESIS PANEL (Routine) Start Date: 01/01/2013
    Consult(s):     -Referred To: CON - ORTHOPEDICS (Routine) Specialty: Clinic: REFERRAL MANAGEMENT CLINIC Primary Diagnosis: Sickle cell anemia

Disposition Written by ROBERTS,OWEN W @ 04 Dec 2012 0745 CST
**Released w/o Limitations**
**Follow up:** 1 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
**Discussed:** Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
**Administrative Options:** Consultation requested

**Note** Written by ROBERTS,OWEN W @ 04 Dec 2012 0745 CST
**Chief Complaint**

Follow-up Sickle-Beta (0) Thalassemia

**History of present illness**

17 year old female with known Sickle-Beta (0) Thalassemia, previously seen here at Keesler by Pediatric Hematology, but who had her initial evaluation (by me) in Aug 2012 and has continued to follow-up with me since that time. Patient currently taking 1000 mg PO daily of Hydrea in a divided dose. Patient previously had self-admitted noncompliance, but reports being better about taking her medication regularly. Since her last visit, patient notes developing worsening pain in both of her hips, similar to that which led to her hip surgery earlier this year (in Feb 2012). Pain in right hip is currently worse than in her left hip. Patient reports she is being set up with an Orthopedics follow-up to get her hips evaluated again. Otherwise, patient does not report any significant joint/bone aches recently, and she denies any chest symptoms. No noted fevers or chills. No shortness of breath. No bleeding symptoms. Pt denies any problems with the Hydrea, including no fatigue, mouth sores, leg ulcers, diarrhea or other symptoms.

| Name/SSN: COTTEN, TONI D/602901058 | | |
|---|---|---|
| FMP/SSN: **02/417173405** | Sex: **F** | Sponsor/SSN: BARTEE, LYNNITA M/417173405 |
| DOB: **27 Dec 1994** | Tel H: 228-424-5975 | Rank: MASTER SERGEANT |
| PCat: F41 USAF FAM MBR AD | Tel W: | Unit: FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | Outpt Rec. Rm: 10 KEESLER OUTPATIENT RECORDS |
| Insurance: No | Status: | PCM: VOEGELE,LAURA L |
| | | Tel. PCM: 376.0402;376.2550 |

**140**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 1 of 6

USA - 40

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 29 Nov 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

**Past medical/surgical history**

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

**Allergies:** NKDA

**Medications:**

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1000mg PO daily

- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

**Social history**

Tobacco:   None.
EtOH:      None.

**Family History**

Pts father had sickle cell trait, and Mother has thalassemia trait.

**Review of systems**
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.
**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea.  No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and
    no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding.  No bleeding gums.  No epistaxis.
**Psychological symptoms:** Energy normal.  Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

**Physical findings**
**Vital signs:**
    ° Current vital signs reviewed.  See above in AHLTA note.

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| FMP/SSN: 02/417173405 | Sex: F | Sponsor/SSN: BARTEE, LYNNITA M/417173405 | |
| DOB: 27 Dec 1994 | Tel H: 228-424-5975 | Rank: MASTER SERGEANT | |
| PCat: F41 USAF FAM MBR AD | Tel W: | Unit: FFHV0 (0060 OPERATIONS SUPPORT SQ) | |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | Outpt Rec. Rm: 10 KEESLER OUTPATIENT RECORDS | |
| Insurance: No | Status: | PCM: VOEGELE,LAURA L | |
| | | Tel. PCM: 376.0402;376.2550 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 6
USA - 41

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 29 Nov 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

**General appearance:**
  ° Awake. ° Alert. ° Oriented to time, place, and person. ° Well developed. ° Well nourished. ° In no acute distress.
**HEENT:**
      PERRL. EOMI.
      Normocephalic. Atraumatic.
      No active epistaxis or bleeding gums.
  Neck:
      Supple. No masses. No lymphadenopathy.
**Lungs:**
    • No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
    •No Rhonchi were heard. •No rales/crackles heard.
**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° S1 normal. ° S2 normal.
    Murmurs: ° No murmurs were heard.
    Arterial Pulses: ° Normal.
    Edema: ° Not present.
**Abdomen:**
    Visual Inspection: Normal. ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were normal.
    Palpation: ° Abdomen was soft. ° No abdominal tenderness. ° No mass was palpated in the abdomen.
    Hepatic Findings: ° Liver was not enlarged.
    Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
    ° Level of consciousness was normal.
**Psychiatric Exam:**
    ° Affect was normal.
**Skin:**
    ° Turgor was normal. ° Showed no generalized erythema. ° Showed no ecchymosis.

**Lab Results**

| CBC W/Diff+Reticulocytes | Site/Specimen | 29 Nov 2012 1037 | Units | Ref Rng |
|---|---|---|---|---|
| WBC BLOOD | 5.4 <r> | x10(3)/mcL | | (4.5-12.5) |
| RBC BLOOD | 3.83 | x10(6)/mcL | | (3.8-5.3) |
| **Hemoglobin** | **BLOOD** | **9.7 (L)** | **g/dL** | **(11.5-15.0)** |
| Hematocrit | BLOOD | 30.8 (L) | % | (36.0-47.0) |
| MCV BLOOD | 80.6 | fL | (80.0-96.0) | |
| MCH BLOOD | 25.4 | pg | (23.0-34.0) | |
| MCHC BLOOD | 31.5 | g/dL | (31.0-37.0) | |
| RDW CV BLOOD | 25.7 (H) | % | (11.5-14.5) | |
| **Platelets** | **BLOOD 347** | **x10(3)/mcL** | | **(150-450)** |
| MPV BLOOD | 8.4 | fL | (7.4-10.4) | |
| Neutrophils | BLOOD | 33.0 | % | (25.5-52.0) |
| Basophils BLOOD | 0.0 | % | (0-2) | |
| Lymphocytes | BLOOD | 61.0 (H) | % | (33.0-45.0) |
| Monocytes | BLOOD | 5.0 | % | (0-7.0) |
| Eosinophils | BLOOD | 0.0 | % | (0-5.5) |
| Slide Box BLOOD | STORED 5 | | SLOT # | |
| Comment BLOOD | TARGET CELLS 3+ | | | |
| Comment 2 | BLOOD | ANISOCYTOSIS 2+ | | |
| Comment 3 | BLOOD | SICKLE CELLS - NOTED | | |
| Comment 4 | BLOOD | POLYCHROMASIA 1+ | | |
| Comment 5 | BLOOD | PLAT ADEQ | | |

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: **27 Dec 1994** | Tel W: | Unit: | FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

**138**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 29 Nov 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic    Provider: ROBERTS, OWEN W |

WBC Estimate      BLOOD   WBC Estimation Performed
WBC Estimate      BLOOD   Blood smear reviewed, results verified
WBC Estimate      BLOOD   Diff/morphology microscopically verified
Neutrophils Band Form      BLOOD   1      %         (0-11)
Lymphocytes Atypical      BLOOD   0      %
Nucleated RBC/100 WBC      BLOOD   84 (H)     /100 WBCs        (0-.1)
Cell Count      BLOOD   100      WBC'S
Reticulocytes      BLOOD   152.6 (H)x10(9)/L   (18.2-143.0)
Reticulocytes/1000 RBCs      BLOOD   4.0 (H)   %      (0.5-2.6)
Reticulocytes Immature/Total BLOOD   0.410 (H)ratio      (0.163-0.362)
RBC      BLOOD   3.83      x10(6)/mcL      (3.8-5.3)

| Comprehensive Metabolic Panel | Site/Specimen | | 29 Nov 2012 1037 Units | | Ref Rng |
|---|---|---|---|---|---|
| Albumin PLASMA | 4.4 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | 0.9 <i> | mg/dL | (0.0-0.9) | | |
| Calcium PLASMA | 9.3 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide    PLASMA | 23.0 | mmol/L | (22-29) | | |
| Chloride PLASMA | 103 | mmol/L | (98-107) | | |
| Creatinine      PLASMA | 0.4 (L) <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | 105.3 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 63 | U/L | (40-130) | |
| Potassium    PLASMA | 3.7 | mmol/L | (3.4-4.5) | | |
| Protein   PLASMA | 8.2 (H) | g/dL | (6.0-8.0) | | |
| Sodium   PLASMA | 137 | mmol/L | (136-145) | | |
| Alanine Aminotransferase | PLASMA | 12 | U/L | (10-50) | |
| Aspartate Aminotransferase | PLASMA | 26 | U/L | (10-50) | |
| Urea Nitrogen    PLASMA | 4.9 (L) | mg/dL | (6-20) | | |

| Hemoglobin Electrophoresis Panel | Site/Specimen | | 06 Sep 2012 1033 Units | | Ref Rng |
|---|---|---|---|---|---|
| Hemoglobin A | BLOOD 0.0 (L) | % | 94.5-98.2 | | |
| Hemoglobin S | BLOOD 76.8 | % | | | |
| Hemoglobin A2 | BLOOD 5.7 (H) | % | 1.8-3.5 | | |
| **Hemoglobin F** | **BLOOD 17.5 (H)** | **%** | **0.0-2.0** | | |
| Pathologist Review EP | BLOOD SEE <r> <i> | | | | |
| Sickle Cell Screen BLOOD POSITIVE (H) | | | | | |

| Comprehensive Metabolic Panel | Site/Specimen | | 06 Sep 2012 1033 Units | | Ref Rng |
|---|---|---|---|---|---|
| Albumin PLASMA | 4.5 | g/dL | (3.5-5.2) | | |
| Bilirubin PLASMA | 0.8 <i> | mg/dL | (0.0-0.9) | | |
| Calcium PLASMA | 9.3 | mg/dL | (8.4-10.2) | | |
| Carbon Dioxide    PLASMA | 18.4 (L) | mmol/L | (22-29) | | |
| Chloride PLASMA | 105 | mmol/L | (98-107) | | |
| Creatinine      PLASMA | 0.5 <i> | mg/dL | (0.5-1.2) | | |
| Glucose PLASMA | 79.1 | mg/dL | (70-115) | | |
| Alkaline Phosphatase | PLASMA | 77 | U/L | (40-130) | |
| Potassium      PLASMA | 4.2 | mmol/L | (3.4-4.5) | | |
| Protein   PLASMA | 8.3 (H) | g/dL | (6.0-8.0) | | |
| Sodium   PLASMA | 138 | mmol/L | (136-145) | | |
| Alanine Aminotransferase    PLASMA | 12 | U/L | (10-50) | | |
| Aspartate Aminotransferase  PLASMA | 28 | U/L | (10-50) | | |
| Urea Nitrogen    PLASMA | 5.4 (L) | mg/dL | (6-20) | | |

| CBC W/Diff | Site/Specimen | 06 Sep 2012 1033 Units | | Ref Rng |
|---|---|---|---|---|
| WBC      BLOOD | 6.7 | x10(3)/mcL | (4.5-12.5) | |

---

Name/SSN: COTTEN, TONI D/602901058

| | | | |
|---|---|---|---|
| | Sex:      F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:      27 Dec 1994 | Tel W: | Unit: | FFHV0    (0060 OPERATIONS SUPPORT SQ) |
| PCat:      F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |

**137**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 4 of 6

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 29 Nov 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | | |

```
RBC        BLOOD  3.53 (L)  x10(6)/mcL      (3.8-5.3)
Hemoglobin   BLOOD  9.1 (L)   g/dL        (11.5-15.0)
Hematocrit   BLOOD  28.1 (L)  %          (36.0-47.0)
MCV        BLOOD  79.7 (L)  fL         (80.0-96.0)
MCH        BLOOD  25.7      pg         (23.0-34.0)
MCHC       BLOOD  32.2      g/dL       (31.0-37.0)
RDW CVBLOOD  24.5 (H)  %          (11.5-14.5)
Platelets    BLOOD  310       x10(3)/mcL   (150-450)
MPV        BLOOD  8.3       fL         (7.4-10.4)
Neutrophils   BLOOD  39.0      %          (25.5-52.0)
BasophilsBLOOD  1.0       %          (0-2)
Lymphocytes   BLOOD  48.0 (H)  %          (33.0-45.0)
Monocytes    BLOOD  12.0 (H)  %          (0-7.0)
Eosinophils   BLOOD  0.0       %          (0-5.5)
Anisocytosis  BLOOD  2+
Slide BoxBLOOD  STORED 8      SLOT #
CommentBLOOD  TARGET CELLS 2+
Comment 2     BLOOD  SICKLE CELLS 1+
Comment 3     BLOOD  POLYCHROMASIA 1+
Comment 4     BLOOD  BASO STP - NOTED -A- <r>
Comment 5     BLOOD  PLAT ADEQ
WBC Estimate  BLOOD  WBC Estimation Performed
WBC Estimate  BLOOD  Blood smear reviewed, results verified
WBC Estimate  BLOOD  Diff/morphology microscopically verified
Cell Count    BLOOD  100    WBC'S
```

| Hemoglobin Electrophoresis Panel | Site/Specimen | 06 Aug 2012 1357 Units | | Ref Rng |
|---|---|---|---|---|
| Hemoglobin A | BLOOD 0.0 (L) | % | 94.5-98.2 | |
| **Hemoglobin S** | **BLOOD 76.0** | **%** | | |
| Hemoglobin A2 | BLOOD 5.5 (H) | % | | 1.8-3.5 |
| **Hemoglobin F** | **BLOOD 18.5 (H) %** | | **0.0-2.0** | |
| Pathologist Review EP | BLOOD | SEE <r> <i> | | |
| Sickle Cell Screen | BLOOD | POSITIVE (H) | | |

| Viscosity Site/Specimen | 06 Aug 2012 1357 Units | Ref Rng |
|---|---|---|
| Viscosity SERUM 1.7 | | 1.5-1.9 |

A/P

1. SICKLE CELL THALASSEMIA:

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia. Patient remains on Hydrea, which she has been on chronically, and seems to be more compliant with her medication than in the past. Hgb F ~17-18% on recent checks. Despite this, however, patient having worsening hip symptoms (R>>L) as noted in note above. Patient has already contacted Orthopedics for a follow-up appt to evaluate this pain, but will also place consult today to help facilitate this as well.  In addition to seeing Ortho, will also increase pts Hydrea dose from 1000 mg PO daily to 1500 mg PO daily, and will have patient follow-up again in ~1 month. Pt to have labs done today and again prior to her next appt in 1 month.

-- Placed consult for patient to undergo evaluation by Orthopedics in light of her worsening hip pain (after previously requiring left hip surgery related to complications from her sickle cell)

-- Increased Hydrea dose from 1000 mg PO daily to 1500 mg PO daily

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0  (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

136

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 29 Nov 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

-- Patient to continue taking daily folate supplementation (1 mg PO daily)

-- Ordered repeat labs (CBC, CMP, Hgb electrophoresis) to be done today and again in Jan 2013

-- Patient to follow-up in Hem-Onc clinic again in 1 month (i.e. early Jan 2013)

Signed By  ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 04 Dec 2012 0746

---

Name/SSN: COTTEN, TONI D/602901058

|  | Sex: | F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
|---|---|---|---|---|---|
| FMP/SSN: 02/417173405 | Tel H: | 228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB:   27 Dec 1994 | Tel W: | | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:   , F41 USAF FAM MBR AD | CS: | | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | | | Tel. PCM: | 376.0402;376.2550 |

**135**

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 06 Sep 2012 1000 CDT
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: EST
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 06 Sep 2012 1005 CDT    **Data in Autocites may be incomplete**

Allergies
•No Known Allergies

Vitals
No Vitals Found.

**Limited System Patient Data at time of Encounter**

**Reason for Appointment:**
1 Month Follow Up
**Appointment Comments:**
KMD

G0 P0. LMP: 02 Jun 2012.

**Vitals**
Vitals Written by WARREN,STACI M @ 06 Sep 2012 1035 CDT
BP: 110/73,   HR: 79,   T: 98.5 °F,   HT: 64 in,   WT: 113 lbs,   $SpO_2$: 98%,   BMI: 19.4,   BSA: 1.535 square meters,
Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Written by ROBERTS,OWEN W @ 10 Sep 2012 2321 CDT
1. Sickle cell thalassemia
          Laboratory(ies):       -CBC W/DIFF/RETIC PANEL (Routine); COMPREHENSIVE METABOLIC PANEL (Routine); HGB
                                            ELECTROPHORESIS PANEL (Routine)

Disposition Written by ROBERTS,OWEN W @ 10 Sep 2012 2321 CDT
Released w/o Limitations
Follow up: 2 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by ROBERTS,OWEN W @ 10 Sep 2012 2320 CDT

**Chief Complaint**

Follow-up Sickle-Beta (0) Thalassemia

**History of present illness**

17 year old female with known Sickle-Beta (0) Thalassemia, previously seen here at Keesler by Pediatric Hematology, but who had her initial evaluation (by me) last month and presents today for routine follow-up.  At that visit, pt, who had been prescribed 1500 mg daily od Hydrea, but who had not been taking it (by her own admission), was counseled strongly on taking her prescribed meds and had Hydrea dose changed to 1000 mg daily.  Pt reports taking the medication as prescribed (in general) since that prior visit, although she does note missing ~3 doses in the last month.  Pt notes having some minor joint/bone aches in last month (including some intermittent, albeit brief, short-lived) chest symptoms.  Pt does also noted some right hip pain and reports she is going to follow-up with Orthopedics (who have seen the pt previously) for this.  No noted fevers or chills.  No shortness of breath.  No bleeding symptoms.  Pt denies any problems with the Hydrea, including no fatigue, mouth sores, diarrhea or other symptoms.

**Past medical/surgical history**

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex: . F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

**134**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 1 of 5

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Sep 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

**Allergies**: NKDA

**Medications:**

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1500mg PO daily  (4 yrs)
- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

**Social history**

Tobacco:  None.
EtOH:     None.

**Family History**

Pts father had sickle cell trait, and Mother has thalassemia trait.

**Review of systems**
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.
**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea.  No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and
    no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding.  No bleeding gums.  No epistaxis.
**Psychological symptoms:** Energy normal.  Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

**Physical findings**
**Vital signs:**
    ° Current vital signs reviewed.  See above in AHLTA note.
**General appearance:**
    ° Awake.  ° Alert.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**HEENT:**
      PERRL. EOMI.

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F4J USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

**133**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
USA - 47   Page 5 of 5

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Sep 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

Normocephalic.  Atraumatic.
No active epistaxis or bleeding gums.
**Neck:**
Supple.  No masses.  No lymphadenopathy.
**Lungs:**
• No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
•No Rhonchi were heard.  •No rales/crackles heard.
**Cardiovascular system:**
Heart Rate And Rhythm: ° Normal.
Heart Sounds: ° S1 normal.  ° S2 normal.
Murmurs: ° No murmurs were heard.
Arterial Pulses: ° Normal.
Edema: ° Not present.
**Abdomen:**
Visual Inspection: Normal.  ° Abdomen was not distended.
Auscultation: ° Bowel sounds were normal.
Palpation: ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
Hepatic Findings: ° Liver was not enlarged.
Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
° Level of consciousness was normal.
**Psychiatric Exam:**
° Affect was normal.
**Skin:**
° Turgor was normal.  ° Showed no generalized erythema.  ° Showed no ecchymosis.

**Lab Results**

| Hemoglobin Electrophoresis Panel | Site/Specimen 06 Aug 2012 1357 | | | Units | Ref Rng |
|---|---|---|---|---|---|
| Hemoglobin A | BLOOD | 0.0 (L) | % | 94.5-98.2 | |
| **Hemoglobin S** | **BLOOD** | **76.0** | % | | |
| Hemoglobin A2 | BLOOD | 5.5 (H) | % | 1.8-3.5 | |
| **Hemoglobin F** | **BLOOD** | **18.5 (H)** | % | **0.0-2.0** | |
| Pathologist Review EP | BLOOD | SEE <r> <i> | | | |
| Sickle Cell Screen | BLOOD | POSITIVE (H) | | | |

| Viscosity | Site/Specimen 06 Aug 2012 1357 | | Units | Ref Rng |
|---|---|---|---|---|
| Viscosity | SERUM | 1.7 | 1.5-1.9 | |

| Comprehensive Metabolic Panel W/GFR | | Site/Specimen 06 Aug 2012 1357 | | Units | Ref Rng |
|---|---|---|---|---|---|
| Albumin | PLASMA | 4.6 | g/dL | (3.5-5.2) | |
| **Bilirubin** | **PLASMA** | **1.0 (H) <i>** | **mg/dL** | **(0.0-0.9)** | |
| Calcium | PLASMA | 9.9 | mg/dL | (8.4-10.2) | |
| Carbon Dioxide | PLASMA | 22.1 | mmol/L | (22-29) | |
| Chloride | PLASMA | 101 | mmol/L | (98-107) | |
| **Creatinine** | **PLASMA** | **0.4 (L) <i>** | **mg/dL** | **(0.5-1.2)** | |
| Glucose | PLASMA | 74.4 | mg/dL | (70-115) | |
| Alkaline Phosphatase | PLASMA | 84 | U/L | | (40-130) |
| Potassium | PLASMA | 3.8 | mmol/L | (3.4-4.5) | |
| Protein | PLASMA | 8.7 (H) | g/dL | (6.0-8.0) | |
| Sodium | PLASMA | 135 (L) | mmol/L | (136-145) | |
| Alanine Aminotransferase | PLASMA | 16 | U/L | | (10-50) |
| Aspartate Aminotransferase | PLASMA | 31 | U/L | | (10-50) |
| Urea Nitrogen | PLASMA | 4.6 (L) | mg/dL | (6-20) | |

---

Name/SSN: COTTEN, TONI D/602901058

| | Sex: F | Sponsor/SSN: BARTEE, LYNNITA M/417173405 |
|---|---|---|
| FMP/SSN: **02/417173405** | Tel H: 228-424-5975 | Rank: MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: 376.0402;376.2550 |

**132**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 06 Sep 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | | |

| | | | | | |
|---|---|---|---|---|---|
| Anion Gap | PLASMA | 12.4 | mmol/L | | |
| GFR Black | PLASMA | >60 | | (SEE-INTERP) | |
| GFR Non-Black | PLASMA | >60 <i> | | (SEE-INTERP) | |
| Urea Nitrogen/Creatinine | PLASMA | 11.2 | ratio | | |

| CBC W/Diff+Reticulocytes | Site/Specimen | 06 Aug 2012 1357 | | Units | Ref Rng |
|---|---|---|---|---|---|
| WBC BLOOD | 7.2 | x10(3)/mcL | (4.5-12.5) | | |
| RBC BLOOD | 3.63 (L) | x10(6)/mcL | (3.8-5.3) | | |
| **Hemoglobin** | **BLOOD** | 8.8 (L) | g/dL | (11.5-15.0) | |
| Hematocrit | BLOOD | 26.7 (L) | % | (36.0-47.0) | |
| MCV BLOOD | 73.5 (L) | fL | (80.0-96.0) | | |
| MCH BLOOD | 24.1 | pg | (23.0-34.0) | | |
| MCHC | BLOOD | 32.7 | g/dL | (31.0-37.0) | |
| RDW CV | BLOOD | 22.8 (H) | % | (11.5-14.5) | |
| **Platelets** | **BLOOD** | 435 | x10(3)/mcL | (150-450) | |
| MPV BLOOD | 8.2 | fL | (7.4-10.4) | | |
| Neutrophils | BLOOD | 37.0 | % | (25.5-52.0) | |
| Lymphocytes | BLOOD | 47.0 (H) | % | (33.0-45.0) | |
| Monocytes | BLOOD | 13.0 (H) | % | (0-7.0) | |
| Microcytes | BLOOD | 1+ | | | |
| Hypochromia | BLOOD | 1+ | | | |
| Anisocytosis | BLOOD | 1+ | | | |
| Slide Box | BLOOD | STORED 10   SLOT # | | | |
| Comment | BLOOD | POLYCHROMASIA 2+ | | | |
| Comment 2 | BLOOD | TARGET CELLS 2+ | | | |
| Comment 3 | BLOOD | SICKLE CELLS - NOTED | | | |
| Comment 4 | BLOOD | PLAT ADEQ | | | |
| WBC Estimate | BLOOD | WBC Estimation Performed | | | |
| WBC Estimate | BLOOD | Diff/morphology microscopically verified | | | |
| Lymphocytes Atypical | | BLOOD | 3 | % | |
| Nucleated RBC/100 WBC | BLOOD | 81 (H) | /100 WBCs | (0-.1) | |
| Cell Count | BLOOD | 100 | WBC'S | | |
| Reticulocytes | BLOOD | 208.8 (H) | x10(9)/L | (18.2-143.0) | |
| Reticulocytes/1000 RBCs | BLOOD | 5.8 (H) | % | (0.5-2.6) | |
| Reticulocytes Immature/Total | BLOOD | 0.380 (H) | ratio | (0.163-0.362) | |
| RBC BLOOD | 3.63 (L) | x10(6)/mcL | (3.8-5.3) | | |

A/P

**1. SICKLE CELL THALASSEMIA:**

Pt presents, as above, for follow-up of her known HgbS/Beta (0) thalassemia, after her initial visit in the adult Hematology clinic last month. Even despite not being compliant w/ her Hydrea previously (by pts own report), her Hgb electrophoresis done after her last visit still showed a Hgb F% of 18.5%. Some mild symptoms noted over the last month, but no significant exacerbations/pain crises noted. Pt also being more compliant, per her report, with taking her Hydrea and reports she will continue to do so. Pt planning to follow-up with Ortho about her hip pain, which she has had previously.

-- Pt to continue Hydrea at current dose (1000 mg daily) for now

-- Will continue to check monthly labs (including CBC and CMP) as part of pts monitoring while receiving this drug, but will see pt back in follow-up (in the Hem-Onc clinic) in 2 months (or sooner as needed)

-- Will check repeat labs today (to include CBC, CMP, and Hgb electrophoresis)

---

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: | 376.0402;376.2550 |

138

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Sep 2012 1000 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | |

Signed By **ROBERTS, OWEN W** (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 10 Sep 2012 2322

**Name/SSN: COTTEN, TONI D/602901058**

| | | | | |
|---|---|---|---|---|
| | Sex: | F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: **02/417173405** | Tel H: | 228-424-5975 | Rank: | MASTER SERGEANT |
| DOB: **27 Dec 1994** | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

**130**

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: COTTEN, TONI D
Treatment Facility: 81ST MEDICAL GROUP
Patient Status: Outpatient

Date: 06 Aug 2012 1300 CDT
Clinic: ONCOLOGY/HEMATOLOGY CLINIC

Appt Type: SPEC
Provider: ROBERTS,OWEN W

AutoCites Refreshed by ROBERTS,OWEN W @ 06 Aug 2012 1312 CDT   **Data in Autocites may be incomplete**

Allergies
•No Known Allergies

Vitals
No Vitals Found.

**Limited System Patient Data at time of Encounter**

**Reason for Appointment:**
Sickle cell anemia on HU therapy
**Appointment Comments:**
KMD

G0 P0.  LMP: 02 Jun 2012.

Vitals
Vitals Written by WARREN,STACI M @ 06 Aug 2012 1312 CDT
BP: 121/84,   HR: 91,   T: 98.7 °F,   HT: 64 in,   WT: 115.3 lbs,   SpO2: 100%,   BMI: 19.79,   BSA: 1.548 square meters.

Tobacco Use: No,   Alcohol Use: No,   Pain Scale: 0 Pain Free

A/P Written by ROBERTS,OWEN W @ 08 Aug 2012 2128 CDT
**1. Sickle cell thalassemia**
    Medication(s):    -IBUPROFEN 600MG--PO 600MG TAB - T1 TAB PO Q6H PRN FOR PAIN #60 RF3 Qt: 60 Rf: 3
    Laboratory(ies):    -HGB ELECTROPHORESIS PANEL (Routine); CBC W/DIFF/RETIC PANEL (Routine); CMP WITH GFR (Routine); VISCOSITY (Routine)

Disposition Written by ROBERTS,OWEN W @ 08 Aug 2012 2129 CDT
Released w/o Limitations
Follow up: 3 month(s) in the ONCOLOGY/HEMATOLOGY CLINIC clinic or sooner if there are problems.
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.

Note Written by DRUNZER,KYLE M @ 06 Aug 2012 1308 CDT
**Consult Order**
**Referring Provider:**    STERING, ALLEN I
**Date of Request:**    12 Jul 2012
**Priority:**    Routine

**Provisional Diagnosis:**

Sickle cell anemia on HU therapy

**Reason for Request:**

17.5y/o with sickle cell anemia on HU therapy with poor compliance. RecentAVN of hip now s/p surgical decompression.Needs to transition care as current provider is PCSing.

Note Written by ROBERTS,OWEN W @ 08 Aug 2012 2127 CDT
**Chief Complaint**

Sickle-Beta (0) Thalassemi  (initial visit in this clinic)

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex:   F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN:  02/417173405 | Tel H:   228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:   27 Dec 1994 | Tel W: | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat:   F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm:  10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance: . No | | Tel. PCM: | 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Aug 2012 1300 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic   Provider: ROBERTS, OWEN W | |

### History of present illness

17 year old female with known Sickle-Beta (0) Thalassemia, previously seen here at Keesler by Pediatric Hematology, who presents today for evaluation and establishment of care here in the adult Hematology-Oncology clinic here at Keesler (as a result of the departure of the pediatric hematologist). Pt has been on Hydrea therapy previously, although she is noted in multiple prior clinic notes to have a history of noncompliance (which she readily admits to). Pt reports having previously had up to 2 episodes of Acute Chest Syndrome per year, but pt reports not having such an episode since late 2010. Earlier this year (~Feb 2012), pt suffered avascular necrosis of her left femoral head/hip, for which she underwent decompression at the time. Subsequently, in May 2012, pt had a pain crisis involving the opposite hip. Pt also has more minor sickle/pain crises (i.e bone pain) at times. Pt normally takes motrin for her pains. She notes having moved recently with her family to Quitman ,MS. Pt has previously auto-infarcted her spleen; she is reportedly up-to-date on all of her vaccinations. No recent fevers, chills, or night sweats. No bleeding symptoms. No chest pain or shortness of breath recently. Pt reports not taking any of her medications (including her Hydrea) in the last few months.

### Past medical/surgical history

Sickle cell anemia
-- Pt has reportedly auto-infarcted her spleen
-- Pt has received ~5 units of pRBCs previously

Headaches/migraines
-- Has been put on Topamax by a Neurologist

Decompression of left femoral head following AVN (Feb 2012)
Wisdom teeth removal.

### Allergies: NKDA

### Medications:

*Pt has not been taking any of these meds recently:*

- Hydroxyurea 1500mg PO daily  (4 yrs)
- Singulair 10mg PO daily
- Folic acid 1mg PO daily
- Motrin 600mg PO q4-6h PRN pain
- Tylenol PO PRN abdominal pain
- Topamax 25mg PO daily
- Estradiol+Norelgestromen patch [last used for 2 weeks from 30 May 2012 through 13 Jun 2012]
- Vitamin D/Calcium (400 units/600mg) PO daily
- Tylenol #3 1 tab PO q4-6h PRN pain not relieved by Motrin

### Social history

Tobacco:  None.
EtOH:  None.

### Family History

Pts father had sickle cell trait, and Mother has thalassemia trait.

### Review of systems
**Systemic symptoms:** No fever, no chills, and no night sweats. No recent wt changes. No new lumps or bumps.
**Head symptoms:** No headache.

| Name/SSN: COTTEN, TONI D/602901058 | | | | |
|---|---|---|---|---|
| | Sex: F | | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | | Rank: | MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | | Unit: | FFHV0   (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | VOEGELE,LAURA L |
| Insurance: No | | | Tel. PCM: | 376.0402;376.2550 |

**128**

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Aug 2012 1300 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

**Eye symptoms:** No worsening vision.
**Cardiovascular symptoms:** No chest pain or discomfort and no palpitations. No limb swelling.
**Pulmonary symptoms:** No dyspnea. No cough.
**Gastrointestinal symptoms:** Normal appetite, no nausea, no vomiting, no abdominal pain, no bright red blood per rectum, and no diarrhea or constipation.
**Genitourinary symptoms:** No hematuria. No incontinence.
**Neurological symptoms:** No limb weakness and no tingling of the feet.
**Hematologic:** No easy bruising or easy bleeding. No bleeding gums. No epistaxis.
**Psychological symptoms:** Energy normal. Mood "fine."
**Skin symptoms:** No skin lesions and no rash.

**Physical findings**
**Vital signs:**
  ° Current vital signs reviewed.   See above in AHLTA note.
**General appearance:**
  ° Awake.  ° Alert.  ° Oriented to time, place, and person.  ° Well developed.  ° Well nourished.  ° In no acute distress.
**HEENT:**
    PERRL. EOMI.
    Normocephalic. Atraumatic.
    No active epistaxis or bleeding gums.
**Neck:**
    Supple. No masses.  No lymphadenopathy.
**Lungs:**
    • No intercostal inspiratory retraction was observed. Clear to auscultation bilaterally • No Wheezing was heard.
    •No Rhonchi were heard. •No rales/crackles heard.
**Cardiovascular system:**
    Heart Rate And Rhythm: ° Normal.
    Heart Sounds: ° S1 normal.  ° S2 normal.
    Murmurs: ° No murmurs were heard.
    Arterial Pulses: ° Normal.
    Edema: ° Not present.
**Abdomen:**
    Visual Inspection: Normal. ° Abdomen was not distended.
    Auscultation: ° Bowel sounds were normal.
    Palpation: ° Abdomen was soft.  ° No abdominal tenderness.  ° No mass was palpated in the abdomen.
    Hepatic Findings: ° Liver was not enlarged.
    Splenic Findings: ° Spleen was not enlarged.
**Neurological:**
  ° Level of consciousness was normal.
**Psychiatric Exam:**
  ° Affect was normal.
**Skin:**
  ° Turgor was normal.  ° Showed no generalized erythema.  ° Showed no ecchymosis.

**A/P**

**1. SICKLE CELL THALASSEMIA:**

Pt presents, as above, for establishment of care in this clinic for continued follow-up for and management of her known HgbS/Beta (0) thalassemia.  As previously indicated, pt has been put on Hydrea in the past, but she has a h/o non-compliance with the drug (along with her other medications) for the past few months.  Patient previously had some concerns about Hydrea causing her to have cramps, but it was previously decided that those symptoms were not related to the drug (and, otherwise, pt seems to have previously tolerated Hydrea).
Counseled pt about the importance of her taking the Hydrea regularly, including all of the potential benefits including decreasing pain crises, decreasing hospital admissions, and even improved mortality.  She reports she will take it..  Pt previously prescribed

| Name/SSN: COTTEN, TONI D/602901058 | | | |
|---|---|---|---|
| | Sex: F | Sponsor/SSN: | BARTEE, LYNNITA M/417173405 |
| FMP/SSN: 02/417173405 | Tel H:  228-424-5975 | Rank: | MASTER SERGEANT |
| DOB:  27 Dec 1994 | Tel W: | Unit: | FFHV0  (0060 OPERATIONS SUPPORT SQ) |
| PCat:  F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: | 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | VOEGELE,LAURA L |
| Insurance:  No | | Tel. PCM: | 376.0402;376.2550 |



CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| 06 Aug 2012 1300 | Facility: 81st Medical Group   Clinic: Oncology/Hematology Clinic | Provider: ROBERTS, OWEN W |

1500 mg daily, but did not take it regularly at that dose. Will have pt start taking 1000 mg of HYdrea daily with hopes that perhaps she will be more compliant with that dose.

-- Restart pts Hydrea (which she has not been taking) at a dose of 1000 mg daily; will plan to check monthly labs (including CBC and CMP) as part of pts monitoring while receiving this drug

-- Will check the following labs today (to serve as a baseline)

      CBC
      CMP
      Hgb Electrophoresis (to check Hgb S and Hgb F percentages)
      Serum viscosity

-- Will re-fill pts ibuprofen prescription for her pain (600 mg PO Q6h PRN pain)

-- Pt to follow-up in Hem-Onc clinic at least Q3months (but will continue to have monthly labs, as noted above)

Signed By ROBERTS, OWEN W (Owen Roberts, Maj, USAF, MC, 81 MDG, Hematology-Oncology) @ 08 Aug 2012 2129

Name/SSN: COTTEN, TONI D/602901058

| | Sex: F | Sponsor/SSN: BARTEE, LYNNITA M/417173405 |
|---|---|---|
| FMP/SSN: 02/417173405 | Tel H: 228-424-5975 | Rank: MASTER SERGEANT |
| DOB: 27 Dec 1994 | Tel W: | Unit: FFHV0 (0060 OPERATIONS SUPPORT SQ) |
| PCat: F41 USAF FAM MBR AD | CS: | Outpt Rec. Rm: 10 KEESLER OUTPATIENT RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: VOEGELE,LAURA L |
| Insurance: No | | Tel. PCM: 376.0402;376.2550 |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505